IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YANGTZE MEMORY TECHNOLOGIES CO., LTD.,

and

YANGTZE MEMORY TECHNOLOGIES, INC.,

    Plaintiffs,

  v.

STRAND CONSULT ApS (d/b/a CHINA TECH THREAT),

and

ROSLYN LAYTON,

    Defendants.

No. 1:25-cv-03554-CJN

**CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia and the Rule 7.1 of the Federal Rules of Civil Procedure:

I, the undersigned, counsel of record for Plaintiffs Yangtze Memory Technologies Co., Ltd., and Yangtze Memory Technologies, Inc. (collectively, "Plaintiffs") certify that to the best of my knowledge and belief:

Yangtze Memory Technologies Company Ltd. is a corporation incorporated in the People's Republic of China with its principal place of business in Wuhan, China. Yangtze Memory Technologies Company Ltd.'s sole parent corporation is Yangtze Memory Technologies Holding Co., Ltd. and no publicly held corporation owns 10% or more of its stock.

Yangtze Memory Technologies, Inc. is a corporation incorporated in California with its principal place of business in Santa Clara, California. Yangtze Memory Technologies, Inc.'s sole parent corporation is Yangtze Memory Technologies Company, Ltd. and no publicly held corporation owns 10% or more of its stock.

These representations are made in order that judges of this Court may determine the need for recusal.

|  |  |
|---|---|
| Dated: October 6, 2025 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
|  | By /s/ Robert M. Schwartz |
| David Needham (D.C. Bar. 1017372)<br>  davidneedham@quinnemanuel.com<br>1300 I Street NW<br>Washington, DC 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100 | Robert M. Schwartz (D.C. Bar 412049)<br>  robertschwartz@quinnemanuel.com<br>Aaron Perahia (*pro hac vice to be filed*)<br>  aaronperahia@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Evan Pearson (*pro hac vice to be filed*)<br>  evanpearson@quinnemanuel.com<br>300 West Sixth Street, Suite 2010<br>Austin, Texas 78701-3901<br>Telephone: (737) 667-6100<br>Facsimile: (737) 667-6200 | David E. Eiseman (D.C. Bar 1015590)<br>  davideiseman@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |

*Attorneys for Plaintiffs Yangtze Memory Technologies, Inc.*
*and Yangtze Memory Technologies Company, Ltd.*