# Exhibit B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> STRAND CONSULT, et al., <br><br> Defendants. | Case No. 24-cv-03454-NW <br><br> **JUDGMENT OF DISMISSAL** |

The Court having dismissed the operative complaint as to all Defendants, IT IS HEREBY ORDERED AND ADJUDGED that the action is DISMISSED as to all Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 2, 2025

Noël Wise
United States District Judge