Exhibit C

# BUILDING RESILIENT SUPPLY CHAINS, REVITALIZING AMERICAN MANUFACTURING, AND FOSTERING BROAD-BASED GROWTH

100-Day Reviews under
Executive Order 14017

June 2021

*A Report by*
The White House

*Including Reviews by*
Department of Commerce
Department of Energy
Department of Defense
Department of Health and Human Services



THE WHITE HOUSE
WASHINGTON

✶ ✶ ✶ ✶ ✶

# BUILDING RESILIENT SUPPLY CHAINS, REVITALIZING AMERICAN MANUFACTURING, AND FOSTERING BROAD-BASED GROWTH

June 2021

# TABLE OF CONTENTS

INTRODUCTORY NOTE ........................................................................................................... 4

EXECUTIVE SUMMARY FOR E.O. 14017 100-DAY REVIEWS ............................................ 6

RECOMMENDATIONS ........................................................................................................... 12

REVIEW OF SEMICONDUCTOR MANUFACTURING AND ADVANCED PACKAGING - DEPARTMENT OF COMMERCE ............................................................................................. 21

 EXECUTIVE SUMMARY .................................................................................................. 22
 INTRODUCTION ................................................................................................................ 24
 MAPPING THE SUPPLY CHAIN ...................................................................................... 26
 RISK ASSESSMENT ........................................................................................................... 53
 GLOBAL FOOTPRINT ....................................................................................................... 60
 OPPORTUNITIES & CHALLENGES ................................................................................ 66
 RECOMMENDATIONS ...................................................................................................... 74
 ABBREVIATIONS .............................................................................................................. 81

REVIEW OF LARGE CAPACITY BATTERIES - DEPARTMENT OF ENERGY .................. 85

 EXECUTIVE SUMMARY .................................................................................................. 86
 INTRODUCTION ................................................................................................................ 89
 MAPPING OF THE SUPPLY CHAIN ............................................................................... 93
 RISK ASSESSMENT ......................................................................................................... 119
 GLOBAL FOOTPRINT ..................................................................................................... 123
 OPPORTUNITIES & CHALLENGES .............................................................................. 129
 RECOMMENDATIONS .................................................................................................... 134
 ABBREVIATIONS ............................................................................................................ 148

REVIEW OF CRITICAL MINERALS AND MATERIALS - DEPARTMENT OF DEFENSE ................................. 151

 EXECUTIVE SUMMARY ................................................................................................ 152
 INTRODUCTION .............................................................................................................. 153
 MAPPING THE SUPPLY CHAIN .................................................................................... 155
 GLOBAL FOOTPRINT ..................................................................................................... 162
 RISK ASSESSMENT ......................................................................................................... 175
 RECOMMENDATIONS .................................................................................................... 194
 ABBREVIATIONS ............................................................................................................ 204

REVIEW OF PHARMACEUTIALS AND ACTIVE PHARMACEUTICAL INGREDIENTS - DEPARTMENT OF HEALTH AND HUMAN SERVICES ............................................................................................ 207

 EXECUTIVE SUMMARY ................................................................................................ 208
 INTRODUCTION .............................................................................................................. 210
 MAPPING OF THE SUPPLY CHAIN ............................................................................. 212
 RISK ASSESSMENT ......................................................................................................... 217
 GLOBAL FOOTPRINT ..................................................................................................... 233
 OPPORTUNITIES & CHALLENGES .............................................................................. 235
 RECOMMENDATIONS .................................................................................................... 240
 ABBREVIATIONS ............................................................................................................ 250

# REVIEW OF SEMICONDUCTOR MANUFACTURING AND ADVANCED PACKAGING

# DEPARTMENT OF COMMERCE

# EXECUTIVE SUMMARY

Semiconductors are the material basis for integrated circuits that are essential to modern day life and are used by the typical consumer on a daily, if not hourly, basis. The semiconductor-based integrated circuit is the "DNA" of technology and has transformed essentially all segments of the economy, from agriculture and transportation to healthcare, telecommunications, and the Internet. The semiconductor industry is a major engine for U.S. economic growth and job creation. Semiconductors are used in virtually every technology product and underpin state-of-the-art military systems. Semiconductors are an integral part of a consumer's everyday life and can be found in household items such as light switches, garage door openers, and refrigerators, as well as in more complex products such as mobile phones, computers, and automobiles.

The U.S. semiconductor industry accounts for nearly half of global semiconductor revenue, yet the share of semiconductor manufacturing capacity on U.S. soil has fallen from 37 percent 20 years ago and stands at about 12 percent of global production. U.S. companies, including major fabless semiconductor companies, depend on foreign sources for semiconductors, especially in Asia, creating a supply chain risk. Many of the materials, tools, and equipment used in the manufacture of semiconductors are available from limited sources, semiconductor manufacturing is geographically concentrated, and the production of leading-edge semiconductors requires multi-billion dollar investments.

The COVID-19 pandemic demonstrates the importance of semiconductors to meeting the world's most urgent challenges including their use in enabling technology for finding treatments, caring for patients, working and studying from home, and ordering groceries and other essential products. Shortages of certain semiconductors during the pandemic also reveal the importance of ensuring stable, resilient supply chains for these vital products. The industry is currently undergoing a shortage due to multiple factors, including unexpected shifts in global demand following the COVID-19 pandemic and events that disrupted specific major semiconductor manufacturing centers, such as the early 2021 storms in Texas that caused a shutdown of several semiconductor manufacturing plants.

This report examines the semiconductor supply chain through five related essential segments: (1) design; (2) fabrication; (3) assembly, test, and packaging (ATP) and advanced packaging; (4) materials; and (5) manufacturing equipment.

- **Design:** The U.S. semiconductor design ecosystem is robust and world leading, but U.S. companies are highly dependent on sales to China for continued profit growth and domestic research and development (R&D) investment. In addition, U.S. design companies depend on limited sources of intellectual property (IP), labor, and manufacturing that are essential to bring products to market.

- **Fabrication:** The United States lacks sufficient capacity to produce semiconductors. The United States relies primarily on Taiwan for leading edge logic chips and relies on Taiwan, South Korea, and China to meet demand for mature node chips.

- **ATP and Advanced Packaging:** For relatively low-tech back-end semiconductor ATP, the United States is heavily reliant on foreign sources concentrated in Asia. Furthermore, as chips become increasingly complex, advanced packaging methods represent a potential area for significant technological advances. However, the United States lacks the necessary materials ecosystem and is also not a cost-effective location to develop a robust advanced packaging sector while massive Chinese investments threaten to upend the market.

- **Materials:** The production of semiconductors requires hundreds of materials, presenting challenges in manufacturing supply chains. Many of the gases and wet chemicals for semiconductors are produced in the United States, but foreign suppliers dominate the market for silicon wafers, photomasks, and photoresists.

- **Manufacturing Equipment:** The United States has a significant share of global production of most types of front-end semiconductor manufacturing equipment, with the notable exception of lithography

equipment production, which is concentrated in the Netherlands and Japan. With limited semiconductor manufacturing occurring in the United States, these equipment manufacturers are heavily reliant on sales outside of the United States.

This review identifies eight cross-cutting risks that encompass most of the identified threats to semiconductor supply chains: (1) fragile supply chains; (2) malicious supply chain disruptions; (3) use of obsolete and generations-old semiconductors and related challenges for continued profitability of companies in the supply chain; (4) customer concentration and geopolitical factors; (5) electronics production network effects; (6) human capital gaps; (7) IP theft; and (8) challenges in capturing the benefits of innovation and aligning private and public interests.

The following policy recommendations are designed to address the current semiconductor shortage and the risks identified in the report:

1. **Promote investment, transparency, and collaboration, in partnership with industry, to address the semiconductor shortage.** While the private sector must take the lead in addressing the shortage in the near term, U.S. government can assist in mitigating the current shortage by redoubling partnerships with industry to facilitate information flow between semiconductor producers and suppliers and end-users; strengthening engagement with allies and partners to promote fair semiconductor chip allocations and increased investment and to increase production; and advancing the adoption of effective semiconductor supply chain management and security practices by companies.

2. **Fund the Creating Helpful Incentives for Production of Semiconductors (CHIPS) for America provisions in the Fiscal Year (FY) 2021 National Defense Authorization Act (NDAA)**, which authorized programs to: (1) incentivize manufacturing through federal financial assistance to construct, expand, or modernize semiconductor-related facilities to support semiconductor fabrication, ATP, and advanced packaging; and (2) advance R&D technology prototyping via a new National Semiconductor Technology Center (NSTC).

3. **Strengthen the Domestic Semiconductor Manufacturing Ecosystem** through legislative action to implement the ideas put forth in President Biden's American Jobs Plan provide incentives to support key upstream—including semiconductor manufacturing equipment, materials, and gases—and downstream industries to offset high operational costs in the United States, continued support for investment in the United States through programs like the Department of Commerce International Trade Administration's SelectUSA; and support for manufacturing through a new Department of Commerce National Institute of Standards and Technology (NIST) Manufacturing USA Institute, as requested in the President's 2022 Budget.

4. **Support Manufacturers, Particularly Small and Medium-Size Businesses** via R&D resources to prove emerging technologies and financing to move from the lab to market and address capital needs for growth.

5. **Build a Diverse and Accessible Talent Pipeline for Jobs in the Semiconductor Industry** through significant investments to grow and diversify the STEM talent pipeline, the Department of Labor's Employment and Training Administration sector-based pathways and training programs, public/private investments to help fund workforce development, and changes in immigration policies to attract the world's best and brightest minds.

6. **Engage with Allies and Partners on Semiconductor Supply Chain Resilience** by encouraging foreign foundries and materials suppliers to invest in the United States and other allied and partner regions to provide a diverse supplier base, pursuing R&D partnerships, and harmonizing policies to address market imbalances and non-market actors.

7. **Protect U.S. Technological Advantage in Semiconductor Manufacturing and Advanced Packaging** by ensuring that export controls support policy actions to address national security and foreign policy concerns related to the semiconductor manufacturing and advanced packaging supply

chain and that foreign investment reviews consider national security considerations in the semiconductor and advanced packaging supply chain.

# INTRODUCTION

Semiconductors are the material basis for integrated circuits that are essential to modern day life and are used by the typical consumer on a daily, if not hourly, basis. The semiconductor-based integrated circuit is the "DNA" of technology and has transformed essentially all segments of the economy, from agriculture and transportation to healthcare, telecommunications, and the Internet. The semiconductor industry is a major engine for U.S. economic growth and job creation. Semiconductors are used in virtually every technology product and underpin state-of-the-art military systems. Semiconductors are an integral part of a consumer's everyday life and can be found in household items such as light switches, garage door openers, and refrigerators, as well as in more complex products such as mobile phones, computers, and automobiles.

According to the most recent data from the Bureau of the Census, about 733 firms located in the United States were involved in semiconductor device manufacturing (North American Industry Classification System (NAICS 334413)[1] in 2017, and an additional 140 firms manufactured the equipment used to make semiconductors (NAICS 333242).[2] The majority of these firms are small: only 69 semiconductor device manufacturers and 22 semiconductor machinery manufacturers have 500 employees or more.[3] Measured by value added, these two semiconductor industry sectors contributed $35 billion to the U.S. economy in 2019, accounting for approximately 1.4 percent total U.S. manufacturing value added.[4]

The two semiconductor industry-related NAICS categories directly employed 207,400 workers in 2019, accounting for 1.6 percent of total U.S. manufacturing employment. These are high-quality, well-paying jobs: the semiconductor manufacturing workforce earned an average of $163,871 per person in 2019, more than twice the average for all U.S. manufacturing workers ($69,928).[5] Eighteen U.S. states have major semiconductor manufacturing operations, according to the Semiconductor Industry Association (SIA).

These statistics, however, capture only a portion of the overall semiconductor industry and therefore understate its importance to the U.S. economy. Information on the broader industry further highlights its importance to the U.S. economy. SIA estimates that the U.S. semiconductor industry had $208 billion in annual sales in 2020, capturing nearly half of the world market. Despite the global COVID-19 pandemic, worldwide sales of semiconductors increased by 6.5 percent in 2020. SIA estimates the global semiconductor market will reach $726 billion in annual sales by 2027, a compound annual growth rate of 4.7 percent. Further, SIA estimates that each direct job in the semiconductor industry supports nearly five additional jobs.[6] Semiconductors are also a major export for the United States with $47 billion in export sales in 2020, ranking fourth overall, after aircrafts, refined oil, and crude oil.[7]

Semiconductors power virtually every sector of the economy—including energy, healthcare, agriculture, consumer electronics, manufacturing, defense, and transportation. Worldwide demand for semiconductors in 2019 by end use was: mobile phones (26 percent), information and communications infrastructure (including data centers, communications networks) (24 percent); computers (19 percent), industrial (12 percent),

---

[1] Note that NAICS 334413 also includes manufacturers of "related devices" such that are not the subject of this review, such as laser and light emitting diodes, fuel cells, and solar cells.
[2] Covered by NAICS 334413 and 333242, respectively.
[3] "2017 SUSB Annual Data Tables by Establishment Industry", (U.S. Census Bureau, March 2020).
[4] "2019 Annual Survey of Manufactures (ASM), NAICS 333242 and 334413" (U.S. Census Bureau, 2019).
[5] Bureau of Labor Statistics, Quarterly Census of Earnings and Wages, NAICS 333242 and 334413.
[6] "Semiconductor Industry Association Briefing to the Bureau of Industry and Security", (Semiconductor Industry Association, February 21 2021); "Chipping In: The Positive Impact of the Semiconductor Industry on the American Workforce and How Federal Incentives Will Increase Domestic Jobs", (Semiconductor Industry Association, May 2021).
[7] Dataweb, "U.S. Census Trade Statistics", (U.S. International Trade Commission, 2020).

automotive (10 percent), and consumer electronics (10 percent).[8]  Among these diverse applications, those that directly support national security and critical infrastructure account for about nine percent of semiconductor demand.  These critical semiconductor end uses include defense and aerospace, telecommunications networks, energy and utilities, healthcare, and financial services.[9]  Defense and other government use is slightly over one percent of worldwide consumption of semiconductors.[10]

In addition to the central role they play in the U.S. economy, semiconductors are essential to national security.  Semiconductors enable the development and fielding of advanced weapons systems and control the operation of the nation's critical infrastructure.  They are fundamental to the operation of virtually every military system, including communications and navigations systems and complex weapons systems such as those found in the F-35 Joint Strike Fighter.  They are key to the "must-win" technologies of the future, including artificial intelligence and 5G, which will be essential to achieving the goal of a "dynamic, inclusive and innovative national economy" identified as a critical American advantage in the March 2021 Interim National Security Strategic Guidance.[11]  In addition, the development of advanced autonomous systems, cybersecurity, space and hypersonics, and directed energy is also dependent on semiconductor technologies.

The COVID-19 pandemic further increased the importance of semiconductors.  Semiconductors have been an enabling technology for finding treatments, caring for patients, working and studying from home, and ordering groceries and other essential products, demonstrating the important role that semiconductors play in meeting both the nation's and the world's most urgent challenges and crises.  Shortages of certain semiconductors during the pandemic also reveal the importance of ensuring stable, resilient supply chains for these vital products.

A sudden supply chain shock could have a far-reaching and unforeseen impact in any of these areas, not only for specific industries, communities, and workers, but also potentially affecting national security and critical infrastructure.  For example, SIA estimates that a disruption in the production of logic chips at foundries in Taiwan could result in nearly $500 billion in lost revenues for electronic devices manufacturers that depend on this supply.[12]

The semiconductor industry is currently undergoing just this type of supply disruption.  In mid- 2020, a global chip shortage began to emerge when automakers warned that relatively inexpensive semiconductors used in automobiles were becoming scarce and that this would potentially disrupt vehicle production.  The initial disruption was due to major demand shocks from the COVID-19 pandemic.  In the second quarter of 2020, at the height of the pandemic-related economic slowdown, auto parts suppliers cancelled orders for chips due to a six-week industry shutdown to mitigate the spread of the pandemic at vehicle and part manufacturing facilities.  Parts suppliers also sought to limit inventories and costs in anticipation of a predicted fall in vehicle demand during a post-pandemic recession.[13]  At the same time, the rapid shift to a work-from-home economy driven by the pandemic dramatically increased demand for electronic devices including video-game systems, computers, laptops, and other electronics and for the digital infrastructure and storage to support the increased on-line activity.  Based on buyer demand and orders, semiconductor suppliers shifted production and foundry orders away from automotive-grade chips where demand was falling to business and consumer electronics chips where demand was spiking.

---

[8] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era", (Boston Consulting Group and Semiconductor Industry Association, April 2021).

[9] "Supply Chain Briefing to the U.S. Department of Commerce", (Semiconductor Industry Association, March 31 2021).

[10] Falan Yinug, "The 2020 SIA Factbook: Your Source for Semiconductor Industry Data", (Semiconductor Industry Association, April 23 2020).

[11] "Renewing America's Advantages: Interim National Security Strategic Guidance", (The White House, March 2021).

[12] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"

[13] "Why is there a shortage of semiconductors?", (The Economist, February 25 2021).

In contrast to early projections, vehicle demand recovered much more quickly than expected in the second half of 2020. This sharp rebound impacted the auto industry in part due to its just-in-time supply chains and limited visibility into upstream suppliers. When auto parts suppliers returned to place orders for chips to meet the unanticipated surge in vehicle demand, semiconductor manufacturers had reportedly already utilized spare capacity to produce chips for electronics devices.[14] Because manufacturing a chip can take up to 26 weeks,[15] and sometimes much longer when supply is tight, production volumes are usually confirmed six months in advance, and it can take months to switch a production line from one type of chip to another. A further complication for the automotive industry is that automotive grade chips can only be produced by qualified producers and they require extensive testing to meet rigorous quality and vehicle safety requirements. These requirements are burdensome—both in time and cost—to the semiconductor producers, particularly when compared to the less stringent requirements for the relatively higher-margin chips for consumer good applications.

Further exacerbating the semiconductor supply shortage was a fire that occurred in March 2021 at a Japanese semiconductor plant that accounts for 30 percent of the market for microcontrollers used in cars. The company, Renesas Electronics Corporation indicated it would take at least 100 days for production to normalize at the plant.[16] In addition, the worst drought in half a century is affecting Taiwan, further straining semiconductor manufacturing, which requires vast quantities of water.[17] Finally, storms in February 2021 caused loss of utilities to semiconductor manufacturer NXP's two plants in Austin, Texas. It took nearly a month for NXP to resume normal operations.[18]

For the auto sector, which relies on chips for functions including braking, power steering, engine controls and safety systems, it means that vehicles cannot be assembled to completion. Automakers are idling plants and furloughing workers as they are unable to maintain production lines as they wait for parts. This shortage will cost the global automobile industry an estimated $110 billion in 2021 and will lead to the production of nearly four million fewer vehicles than automakers had planned.[19]

In April 2021, reports began to indicate that the semiconductor shortage had expanded to other sectors. As of April 30th, Goldman Sachs estimated that a total of 169 U.S. industries were being directly affected by the shortage.[20] Scarce supply also means rising costs for industry and consumers. Given the reliance on microchips in nearly every industry, the widening shortage means a sustained loss of commercial opportunities just as consumer demand is poised to increase as much of the world is emerging from the pandemic. Several semiconductor companies predict that the shortage will last until 2022.[21]

## MAPPING THE SUPPLY CHAIN

There are three broad steps involved in the production of finished semiconductors: design, manufacturing, and ATP. The earliest semiconductor firms performed all three steps in-house and today are known as integrated device manufacturers (IDMs). IDMs continue to capture a majority of the semiconductor market

---

[14] Ziady, Hanna, "The global chip shortage is going from bad to worse. Here's why you should care." (CNN, May 4, 2021).

[15] Falan Yinug, "Chipmakers Are Ramping Up Production to Address Semiconductor Shortage. Here's Why that Takes Time", (Semiconductor Industry Association, February 26 2021).

[16] "Global auto recovery to take more hits from Japan chip plant fire, severe U.S. weather: HIS", (Reuters, March 31 2021).

[17] Stephanie Yang, "The Chip Shortage Is Bad. Taiwan's Drought Threatens to Make It Worse", (The Wall Street Journal, April 16 2021).

[18] NXP Press Release (https://media.nxp.com/news-releases/news-release-details/nxp-resumes-operations-austin-texas-facilities-following-weather)

[19] Dominick Reuter, "The ongoing chip shortage is expected to cost the auto industry $110 billion this year, almost double analysts' estimate from January", (Business Insider, May 14 2021).

[20] Ziady, Hanna,"The global chip shortage is going from bad to worse. Here's why you should care." (*CNN,* May 4, 2021).

[21] Ziady, Hanna, "The global chip shortage is going from bad to worse. Here's why you should care." (*CNN,* May 4, 2021).

by revenue.  Increasingly, though, each step is carried out separately, with different companies specializing in different steps of the process.  In the fabless/foundry model, each of these three steps is performed by a different company that specializes in its role in the supply chain.  In addition to these three fundamental steps, the semiconductor industry relies on sophisticated equipment and hundreds of materials used in the production process.  Accordingly, this report examines the semiconductor supply chain through five related essential segments: (1) design; (2) fabrication; (3) ATP and advanced packaging; (4) materials; and (5) manufacturing equipment.

The semiconductor supply chain—from design to packaging to eventual incorporation into end products purchased by customers—is extremely complex and geographically dispersed.  Due to the specialization of companies in specific steps, the typical semiconductor production process includes multiple countries, and the products may cross international borders 70 times.[22]  The entire process takes up to 100 days, of which 12 days are for transit between supply chain steps.  The figure below is a stylized representation of the supply chain.[23]



The small size and weight of semiconductors is a factor that enables such a geographically and logistically complex supply chain—the costs of transporting them is minimal compared with their value.  However, it also implies that disruption of transportation routes could pose supply problems.  Various forms of transport (e.g., airfreight, ocean freight, trucking) are used, depending on the stage and the distance to be travelled, as well as the nature of the product.  In some cases, specialized handling is required, such as for hazardous and high-purity gases and chemicals used in the fabrication process, or to protect sensitive electronics from damage.[24]

## SEMICONDUCTOR DESIGN

### Semiconductor Design: Overview

The initial phase of semiconductor (chip) production—design—while historically carried out by IDMs (such as U.S.-based Intel and Texas Instruments) which control the entire production process, is increasingly carried out by more specialized "fabless" semiconductor design companies, which rely on a separate company to carry out the actual manufacturing of the semiconductor.  The increased outsourcing of fabrication and the associated major capital investments has allowed for easier entry into the design stage of the process.  This

---

[22] For chips going through the full Fabless, Foundry, and Packaging cycle; likely lower for IDMs.
[23] Nathan Associates, "Beyond Borders: The Global Semiconductor Value Chain", (Semiconductor Industry Association, May 2016).
[24] "DHL Semiconductor Logistics", (DHL, 2021).

results in significantly less industry concentration than in the fabrication and equipment stages, as well as a dependence on Taiwan for fabrication.

Despite lower barriers to entry, fabless design companies must coordinate closely with foundries to ensure the design fits the production process, and they are reliant on providers of IP—often other semiconductor companies which have developed key pieces of technology—and electronic design automation (EDA) software that enables the design process. These upstream and downstream stages are highly concentrated, with essential IP and EDA providers headquartered primarily in the United States—though with major portions of their workforce located outside the United States.

*Industry Structure*

The structure of companies engaged in semiconductor design varies greatly depending on the types of semiconductors in question. The three primary types of integrated circuit semiconductors covered by this report—logic, memory, and analog—are reviewed here. For 2020, logic semiconductors were about 42 percent of the market,[25] memory about 26 percent,[26] analog about 14 percent, with the remainder of the market comprised of non-integrated-circuit semiconductors: discrete, optoelectronic, and sensor devices.

Logic chips, which are the building blocks of computing, comprise the largest category of semiconductors (according to the SIA, logic chips account for 42 percent of industry revenues).[27] In this category of semiconductors, market concentration and the number of design companies is highly dependent on the particular chip type. The markets for personal computer central processing units (CPUs), dedicated graphics processing units (GPUs), and field programmable gate arrays (FPGAs) are all essentially duopolies, while there is significantly more competition in the supplier base for application-specific integrated circuits (ASICs) and for mobile device processors based on ARM Ltd.'s (Arm) architecture. CPUs are the central processors for computers, GPUs are the processors for video rendering, FPGAs are designed to be configured by a customer or a designer after manufacturing, and ASICs are custom chips made for a particular use.

The United States is a world leader in semiconductor design, with many companies taking advantage of the lower capital expenditures enabled by outsourcing their manufacturing or locating their facilities outside of the United States. Essentially all personal computer CPUs are designed by U.S.-based companies Intel and AMD, though AMD relies on contract manufacturing.[28] These same companies may soon dominate the FPGA category, as AMD announced in October 2020 plans to acquire market leader Xilinx in a transaction valued at $35 billion. Should the acquisition clear all regulatory hurdles, AMD-Xilinx and Intel would account for approximately 85 percent of global FPGA sales. Other U.S.-based suppliers Microchip Technology, Lattice Semiconductor, and Achronix Semiconductor constitute much of the remaining portion of the FPGA market. AMD also provides a major share of the world's dedicated GPUs, along with market leading U.S.-based NVIDIA.

---

[25] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"
[26] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"
[27] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"
[28] Additionally, Apple's M-series processors, launched in late 2020, move Apple processors from Intel-based architecture to ARM-based architecture. These processors are designed by Apple and manufactured by TSMC.

| Integrated Circuit Market Share Leaders, 2020 | | | | | | |
|---|---|---|---|---|---|---|
| Logic | | | | Memory | | Analog |
| PC CPU | Mobile CPU | GPU | FPGA | DRAM | NAND | |
| Intel - 78% | Qualcomm - 29% | NVIDIA - 82% | Xilinx - 52% | Samsung - 42% | Samsung - 33% | Texas Instruments - 19% |
| AMD - 22% | MediaTek - 26% | AMD - 18% | Intel - 36% | SK Hynix - 30% | Kioxia - 20% | Analog Devices - 10% |
| | HiSilicon - 16% | | Microchip Technology - 7% | Micron - 23% | Western Digital - 14% | Infineon - 7% |
| | Samsung - 13% | | Lattice - 5% | | SK Hynix - 12% | Skyworks - 7% |
| | Apple - 13% | | | | Micron - 11% | ST - 6% |
| | | | | | Intel - 9% | NXP - 5% |

*Based on data from Mercury Research, Counterpoint Research, Jon Peddie Research, Gartner, TrendForce, Mordor Intelligence, and IC Insights*

There is significantly more competition in the ASICs supplier base with high demand for processors based on the ARM architecture for mobile devices. Chipmakers such as Samsung compete in the market for ASICs and mobile processors alongside fabless companies including U.S.-based Qualcomm and Broadcom as well as U.S. technology companies such as Apple, Alphabet, Amazon, and dozens of others that design some of their own chips. Apart from Intel and Microchip, most suppliers of CPUs, GPUs, FPGAs, and ASICs are fabless, relying on foundries for chip manufacturing.

Memory chips, which, according to SIA, account for 26 percent of industry revenues, are used for storing information needed for computing.[29] The memory category is commoditized and dependent on production volume and economies of scale, and memory is generally produced by IDMs. Korea-based Samsung and SK hynix lead the dynamic random-access memory (DRAM segment along with U.S.-based Micron which holds about 23 percent of share. However, the market share leaders are developing advanced packaging technology (i.e., chip stacking) and other IP for leading edge products.[30] These three companies accounted for 95 percent of the $70 billion global market in 2020.[31]

Flash memory (NAND) production is not quite as concentrated, with six companies accounting for an estimated 99 percent of the $47 billion global market in 2020. Samsung is again a market leader, with slightly over one-third of the NAND market share, followed by Japan-based Kioxia (formerly Toshiba) (20 percent share), U.S.-based Western Digital (14 percent share), Korea-based SK hynix (12 percent share), U.S.-based Micron (11 percent share), and U.S.-based Intel (9 percent share).[32] The NAND segment appears poised for further consolidation, as Intel—with NAND revenue similar to that of Micron—announced in October 2020 that it plans to sell most of its NAND memory business to SK hynix. This sale would propel the combined company into the second place in NAND market share. There are also reports suggesting Western Digital and Micron may be pursuing an acquisition of Kioxia.[33] In addition, China-based Yangtze Memory Technologies (YMTC), formed in 2016, is focused on rapid expansion and has received an estimated $24 billion in subsidies from Chinese government sources. The company may have the capacity to produce as

---

[29] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"
[30] See section on "Advanced Packaging".
[31] Avril Wu, "DRAM Revenue for 4Q20 Undergoes Modest 1.1% Increase QoQ in Light of Continued Rising Shipment and Falling Prices, Says TrendForce", (TrendForce, March 4 2021).
[32] "NAND Flash Memory Market – Growth, Trends, COVID-19 Impact, and Forecasts (2021-2026)", (Mordor Intelligence, n.d.).
[33] "SK hynix to Acquire Intel NAND Memory Business", (Intel, October 19 2020); Jacky Wong, "Kioxia Is a Must-Have for Both Western Digital and Micron", (The Wall Street Journal, April 1 2021).

many as 200,000 wafers per month by 2022, over twice Intel's current NAND production capacity, representing a potential low-cost threat to U.S.-based memory companies.[34]

Compared to memory chips, analog integrated circuit chips are less commoditized and are generally less reliant on using cutting edge manufacturing nodes. Specialized experience with the systems and end uses are a significant driver of value in analog chip production, allowing for less market concentration as companies can retain competitive advantages by specializing within the analog sector. The 10 largest analog integrated circuit suppliers accounted for 62 percent of the $56 billion market in 2020, with only Texas Instruments exceeding 10 percent market share.[35] Many of the leading analog semiconductor companies operate as "fab-lite" producers, manufacturing some of the chips they design but outsourcing a significant portion as well.

Discrete, optoelectronic and sensors, the non-integrated circuit semiconductors, comprised $79 billion in sales in 2020, nearly 18 percent of the total semiconductor market ($440 billion).[36] Most of the semiconductors in this category are mature node technology chips, often only worth pennies each. This market is highly fragmented, with numerous manufacturers. Non-integrated circuit semiconductors include ABB Ltd., (Sweden/Switzerland), Infineon Technologies (Germany), STM Microelectronics (Italy/France), Toshiba (Japan), and U.S. companies Diodes Inc., Vishay Intertechnology, Qorvo, dPix, and Cree. Key driving technologies (and exceptions to mature node technology) for non-integrated semiconductors are innovations in power management and miniaturization, especially for discrete power semiconductors, with autos, especially electronic vehicles as a key end-use.[37] The U.S.-led R&D of gallium nitride (GaN), silicon carbide (SiC) and other compound semiconductor substrates is a key development for a variety of applications, including those for national security in power management and distribution, high-frequency power amplification, and optoelectronics (also exceptions to mature node technology). Flat panel display semiconductors are also in this category.

*Process Steps*

The semiconductor design process itself contains several steps, often performed iteratively to reach a final design that best meets the end requirements. Basic process steps include specification, system level or architecture design, logic design, physical design, and verification/validation. These stages are briefly reviewed below.

- Specification: This step lays out the set of requirements for the chip necessary to fulfill its end uses. This involves translating user requirements to the chip's performance, meaning that having a deep understanding of the customer's needs provides an advantage to the designer. Proximity and access to the customers can thus be meaningful to semiconductor design operation.
- System level design: This step involves breaking out the basic semiconductor architecture. In many cases, the design can be created using pre-defined inputs that have already been specified and validated, either from past use within the company or licensed from another company. Known simply as IP or IP cores, the re-use of past designs in modular form allows for faster development of new features and decreased costs because the IP does not have to be re-developed for every new chip.
- Logic design and physical design: These steps are typically carried out using EDA software, which maps the register transfer level code to physical representations of the electronic components that will be manufactured on the chip.
- Verification and validation: This step, which is carried iteratively and in parallel to other design steps, involves testing the design. At this stage, the design is simulated via a "test bench," which is a virtual

---

[34] Alan Patterson, "China's YMTC is Poised to Lead in NAND Flash Technology", (EET Asia, November 11 2020).
[35] "Texas Instruments Remains World's Top Analog IC Supplier", (EPSNews, March 29 2020).
[36] "The Worldwide Semiconductor Market was up 6.8 percent in 2020, and is expected to show a double digit growth of 10.9 percent in 2021", (World Semiconductor Trade Statistics, March 17 2021).
[37] "Global Discrete Semiconductor Market - Growth, Trends, Covid-19 Impact, And Forecasts (2021 - 2026)", (Mordor Intelligence, 2020).

model of the chip and ensures it operates as expected.  Verification can generate massive amounts of test data and take significant amounts of time, accounting for as much as half of the time to design a chip.[38]

For national security, the semiconductor technologies must also be qualified for use over the military temperature ranges (extended range) and harsh environments, including technology characterization for use in radiation environments when appropriate.  Also, a more stringent and independent parts verification and validation is required.  Semiconductors for automotive applications must likewise meet stringent durability and testing requirements to withstand harsh environmental conditions (e.g., extreme cold, heat and humidity).  They must handle exposure to vibrations and shocks throughout the vehicle's entire expected lifespan of 10 to 20 years and exhibit a much lower failure rate in testing than semiconductors for consumer product applications to ensure they meet vehicle safety requirements.  These requirements are expected to increase and be more stringent as vehicles become more autonomous and incorporate an increasing amount of light detection and ranging (LiDAR), sonar, radar, vision systems, and navigation and recognition technologies.

**Semiconductor Design: Resilience**

*Resilience:  Intellectual Property*

As noted above, the re-use of past designs—known as IP, IP cores, or IP blocks—from either within the design organization or licensed from another company—is a major factor enabling the rapid development of new chips.  Representing an estimated $5 billion market, these IP blocks represent designs for anything from minor internal processes to input/output interfaces such as Universal Serial Bus (USB) and Ethernet controllers, to full microprocessor instruction set architectures (ISAs).[39]  IP is typically licensed for an up-front fee, but may also include sales-based royalties.

Recent years have seen increased market share in IP licensing from EDA providers as they expand to provide more complete design solutions and integration of IP cores into design software.  In this context, the IP that is licensed includes patents, trademarks, industrial designs, copyrights, and trade secrets.  In addition to ongoing growth in leading EDA providers U.S.-based Synopsys and Cadence as well as U.S.-based but German-owned Mentor Graphics, Samsung announced in May 2019 that it would license its semiconductor design IP through EDA provider Silvaco, boosting the U.S.-based company's integrated design offerings.  This move highlights the value to foundries in enabling chip designers to design for their processes; with built-in foundry IP in the design, the cost of changing manufacturers serves to lock-in design customers.

The IP core sector historically has been led by companies headquartered in the United States and United Kingdom, with Arm Ltd. (U.K.) topping the list, along with EDA providers Synopsys and Cadence.[40]  While headquartered in the United States and U.K., these companies have global workforces; over two-thirds of the employees of Synopsys, for example, were located outside of the United States in 2020.[41]  Arm provides the IP that supports most of the world's mobile device processors, with hundreds of licensees representing over

---

[38] Aaron Aboagye, Mark Patel, and Nitin Vig. "Standing up to the semiconductor verification challenge", (McKinsey, Autumn 2014).

[39] Jim Turley, "IP Market Large, Growing, and Strange Apart from One Big Winner, Fortunes are Decidedly Mixed", (Electronic Engineering, September 25 2019).

[40] An additional area is the ongoing development of the RISC-V open standard ISA, which provides IP open source and license-free, is a relatively new phenomenon in the microprocessor IP licensing area.  Initially developed at the University of California, Berkeley in 2010 with funding from Intel, Microsoft and others, the RISC-V IP is owned and maintained by the non-profit RISC-V Foundation, founded in the United States in 2015.  In December 2018, the foundation announced intentions to re-incorporate in Switzerland, in part to "alleviate uncertainty" surrounding export restrictions from the United States and the goal of "calming concerns of political disruption to the open collaboration model."  To date, RISC-V IP has not made significant inroads on the microprocessor-enabling ISA space dominated by Intel and Arm.  As the RISC-V Foundation states, it does not represent "a great new chip technology," but rather is attractive to many because it is a common and open standard.  See: "History of RISC-V", (RISC-V, 2021).

[41] Synopsys Inc, "Form 10-K", (U.S. Securities and Exchange Commission, October 31 2020).

150 billion chips sold.[42]  Arm, which does not produce semiconductors and is currently owned by Japan-based Softbank, is in the process of being acquired by U.S.-based fabless design firm NVIDIA, raising concerns among competing semiconductor designers as well as investigations by several governments' antitrust regulators over continued access to essential IP.[43]  In addition, in April 2021, the U.K. government initiated a national-security review of the proposed acquisition.[44]

Over the past several years, China has taken steps to increase its access to and control of semiconductor IP.  In 2017, Canyon Bridge Capital Partners, a private equity fund with Chinese government ownership, purchased U.K.-based Imagination Technologies, estimated to be the fifth largest provider of semiconductor IP.  In 2018, Arm China was formed as a 51 percent Chinese-owned joint venture with U.K.-based Arm Holdings.[45]  Greater Chinese control over semiconductor IP may present a risk to U.S. industry by limiting the IP available to U.S. companies.

*Resilience: Electronic Design Automation*

The use of EDA software that automates the layout of circuits in an electronic representation has become a critical input to the semiconductor design process as chips contain billions of transistors.  The market for EDA tools historically represents about two percent of the overall semiconductor market, but has taken on increasing importance as shrinking semiconductor technology nodes drive design costs higher.[46]  EDA provider Synopsys, for instance, estimated in 2019 that the cost to design a 5 nanometer (nm) chip would be twice that to design a 7 nm chip.[47]  According to IBS, the cost of designing a 7 nm chip is $297.8 million while that for a 5 nm chip is $542.2 million.[48]

Since the mid-1990s, the EDA market has been dominated by three U.S.-based companies: Synopsys, Cadence, and Mentor Graphics (purchased by Germany-based Siemens in 2017).  This dominance stems at least in part from a combination of the market leaders' ability to purchase and incorporate smaller EDA providers, the high costs to designers of switching EDA providers, and EDA companies' relationships with foundries, which often provide preferential access to process-specific design "kits" for new manufacturing processes in order to enable the EDA vendor to develop process-specific design flows.  This level of integration highlights the importance of access to IP for semiconductor producers.

As the use of integrated circuit chips has become more ubiquitous and the value to end users of specially-designed chips has grown, EDA tools have enabled a broadening set of companies to enter the semiconductor design space, such as users of semiconductors called "systems" companies, including Apple, Alphabet (the parent company of Google), and Amazon.  These companies are empowered by the research, development, and IP incorporated into EDA tools to design chips that best meet their specific requirements.  The growing importance of chip design to downstream technology "systems" companies is reflected in industrial process giant Siemens' purchase of Mentor Graphics in 2017.  The increased use of microelectronics throughout semiconductor end users' systems and the resulting increase in system design complexity provide avenues to expand the use of EDA to produce improved integration between semiconductors and end use systems.

---

[42] Dean Takahashi, "Simon Segars interview — Arm's CEO on competitive threats, custom instructions, and a far-off IPO", (VentureBeat, October 14 2019).
[43] David McLaughlin, Ian King, and Dina Bass, "Google, Microsoft, Qualcomm Protest Nvidia's Acquisition of Arm Ltd", (Bloomberg, February 12 2021).
[44] Stu Woo and Eric Sylvers, "Nvidia's $40 Billion Deal for Arm Faces U.K. National-Security Probe", (The Wall Street Journal, April 19 2021).
[45] "Establishment of Joint Venture for China Business at Subsidiary Arm", (SoftBank Group, June 5 2018).
[46] Wally Rhines, "Chapter 7 – Competitive Dynamics in the Electronic Design Automation Industry", (SemiWiki.com, August 23 2019).
[47] "Synopsys Investor Day", (Synopsys, April 2 2019).
[48] Mark Lapedus, "Big Trouble at 3nm", (Semiconductor Engineering, June 21 2018).

*Resilience: Workforce*

The U.S. semiconductor supply chain is heavily dependent on a high-skilled workforce. The size of the design-specific workforce is difficult to gauge, as design is carried out by IDMs such as Intel, by fabless semiconductor companies such as NVIDIA (which reports 7,500 U.S.-based employees), and by companies that are not strictly part of the semiconductor industry, such as Alphabet, Cisco, and Tesla. The EDA sector upon which design companies rely employs tens of thousands of additional workers; Synopsys alone employs more than 5,000 workers in the Americas, 80 percent of whom are engineers.[49] Further, the entire industry is supported by R&D carried out at universities across the United States with thousands of researchers contributing, and an estimated 250,000 students enrolled in semiconductor-related graduate programs.[50]

The ability of the United States to attract and retain talented workers to American universities and companies underpins the long-term competitiveness of the U.S. semiconductor industry. Since 1990, the number of American students enrolled in semiconductor related graduate programs has remained the same while that for international students has tripled over the same period. According to data from 2016-2017, about two-thirds of graduate students in electrical engineering and computer science are international students.[51]

**Semiconductor Design: Risks**

The key design-specific risks are reviewed briefly below. Because semiconductor design affects every subsequent step in the manufacturing process, the risks reviewed below are largely applicable to the downstream process steps as well.

- **Need for High R&D Expenditures**: U.S. design companies typically invest major portions of their revenue in R&D; six of the seven leading companies in R&D intensity in 2019 were U.S.-based.[52] As design costs at the cutting edge continue to rise, the ability of design companies to continue to invest is dependent on sales growth, which has grown increasingly dependent on sales outside the U.S. and in China in particular.
- **Skilled Workers**: With international students making up an increasing majority of enrollment in U.S. semiconductor-related graduate programs, limits to the ability of foreign-born workers to remain and work in the United States and continued low levels of enrollment of U.S.-born workers present ongoing and long-term risks. In addition, although U.S. universities are consistently graduating more engineering and computer science students each year, the industry faces significant challenges in recruiting and retaining these graduates. Students in related programs are often more conversant in and drawn to software development opportunities than hardware. Companies serving defense needs face additional challenges in that they are unable to compete with the compensation packages common in commercial industry.
- **Access to Foundries**: Semiconductor design companies are enabled by EDA and IP companies, which in turn are enabled by access to and cooperation with fabrication facilities and downstream systems. As systems become increasingly connected and complex, cooperation between companies and access across the levels of the supply chain will continue to rise in importance. The increasing concentration of foundries in East Asia (discussed in the "fabrication" segment below) and the resulting potential for decreased access to and cooperation with manufacturers presents a risk to the continued ability of U.S. semiconductor design companies to lead the world in innovation.

In summary, the U.S. semiconductor design ecosystem is robust and world-leading, but depends on limited sources of IP, labor, and manufacturing that are essential to bring products to market. The needed IP cores

---

[49] Synopsys Inc, "Form 10-K"
[50] Will Hunt and Remco Zwetsloot, "The Chipmakers: U.S. Strengths and Priorities for the High-End Semiconductor Workforce", (Center for Security and Emerging Technology, September 2020).
[51] Will Hunt and Remco Zwetsloot, "The Chipmakers: U.S. Strengths and Priorities for the High-End Semiconductor Workforce"
[52] Stephen Ezell, "Moore's Law Under Attack: The Impact of China's Policies on Global Semiconductor Innovation", (Information Technology & Innovation Foundation, February 18 2021).

and EDA tools are available from U.S.-based companies, but these sectors are highly concentrated. The United States remains an attractive place for skilled engineers and other highly skilled workers, but the semiconductor design sector faces a shortage of skilled workers and is increasingly dependent on foreign-born labor as well as design teams based outside the United States. Restrictions on the ability of U.S. companies to recruit foreign-born workers or in universities to attract foreign-born students could have long-term impacts on the U.S. semiconductor design sector, as would a failure to increase the relevant educational and training opportunities for U.S.-born students. Furthermore, the U.S. fabless design sector is dependent on contract foundries, which are primarily located in East Asia, to manufacture their products and on sales to customers outside of the United States, particularly in China.

## SEMICONDUCTOR FABRICATION

### Semiconductor Fabrication: Overview

This section addresses the next step in the supply chain in which semiconductor designs are fabricated into component part types, such as logic, memory, or analog devices. During this process, semiconductor fabrication facilities (fabs) or foundries (also called pure-play foundries), make disc-shaped wafers (typically cut from an ingot of silicon) into individual chips (each the size of a fingernail). This is a complex and highly specialized capability that requires exact precision—there is no room for error in the processing steps of wafer fabrication. A semiconductor manufacturing plant involves thousands of process machines, lasers, ultra-precision optics, and advanced robotics. The fabrication process is one of the most advanced in the world, involving cutting-edge techniques and equipment, operating at subatomic-level precision. This stage of the semiconductor supply chain accounts for about 24 percent of the value added to the chip.[53]

*Industry Structure*

There are two basic industry models for fabs. The first are fabs operated by vertically integrated semiconductor companies or IDMs that perform all of the steps in the semiconductor manufacturing process—from design to final testing. IDMs account for about two-thirds of global semiconductor production capacity.[54] The majority of IDMs produce memory chips such as DRAMs, as well as discrete analog devices, although Intel, a leading U.S.-based IDM, produces primarily logic devices. In addition to Intel, the United States has several leading IDMs, including Analog Devices, Maxim Integrated Products, Microchip Technology, Micron, ON Semiconductor, and Texas Instruments. It is important to note that, while headquartered in the United States, these companies undertake semiconductor manufacturing in facilities across the world. Intel, for example, operates fabs in Israel, Ireland, and China in addition to the United States, while South Korean-based Samsung and other foreign-headquartered firms produce chips in the United States in addition to their international facilities. SIA reports that 44 percent of U.S.-based semiconductor companies' production capacity is located in the United States.[55] Overall, U.S.-based IDMs accounted for 51 percent of global IDM revenues in 2020, and the United States is especially strong in logic and analog chips.

Many U.S. leaders in semiconductors, such as AMD, Broadcom, NVIDIA, Qualcomm, and Xilinx, operate with a "fabless" business model, in which companies provide their designs to a separate company that specializes in contract manufacturing of semiconductors. These third-party foundries are categorized as "pure-play semiconductor foundries" because they do not design or sell any chips of their own, but act as contract manufacturers for fabless semiconductor firms (and sometimes provide additional capacity or otherwise produce certain chips for IDMs). Some IDMs, notably Samsung, also provide foundry services for fabless companies.

The fabless/foundry business model has become increasingly prevalent as the costs of building and maintaining a state-of-the-art semiconductor manufacturing facility has skyrocketed. Continued advances in

---

[53] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"
[54] "Supply Chain Briefing to the U.S. Department of Commerce"
[55] "2020 State of The U.S. Semiconductor Industry", (Semiconductor Industry Association, 2020).

chip-making technology require entirely new, increasingly costly fabrication equipment. The cost of a state-of-the-art fab (at the 5 nm process node) is at least $12 billion.[56] One extreme ultraviolet (EUV) lithography tool (necessary for manufacturing at or below 5 nm and also often used at 7 nm) alone can cost in the range of $150 million, and many types of equipment are needed in a single fab. One estimate is that the investment that will be required for the next generation fab (that will operate at the 3 nm node) might exceed $20 billion.[57] Moreover, once a new fab is established, operational costs are significant, and ongoing expensive capital investment is required to keep operating at state-of-the-art production nodes. Pure-play foundries benefit from economies of scale, which allow them to absorb the enormous costs of maintaining a semiconductor plant at the cutting edge of technology demanded by chip designers at efficient capacity utilization rates. According to SIA, pure-play foundries account for about one third of global chip production capacity, but nearly 80 percent of production capacity for logic chips.[58] Taiwan Semiconductor Manufacturing Company (TSMC) was the world's first pure-play semiconductor foundry, founded in 1987, and dominates the market today.

The contract foundry market is dominated by Taiwan-based companies, with TSMC alone accounting for 53 percent of the market share of the foundry market. In total, Taiwan-based companies account for 63 percent of the market share. South Korea has 18 percent and China six percent. U.S.-headquartered, Abu Dhabi-owned foundry GlobalFoundries has seven percent share, making up more than half of the remaining 13 percent share of the foundry market.[59]

While the U.S. share of IDM chip market is significant, it has only a 10 percent share of global foundry revenue; foundries in Asia account for an 80 percent share.[60] Taiwan alone accounted for 73 percent of global foundry business.[61] This means that, as noted above, while the U.S. is a leader in semiconductor design, domestic fabless firms are heavily dependent on foreign firms, mainly in Asia, for manufacturing. While this foundry business model is suited to high volume commercial applications, many defense-related applications are low volume, making access to advanced semiconductor manufacturing technologies challenging.

*Process Steps*

The diagram below is a simplified representation of the complex semiconductor fabrication process. Starting with a set of photomasks imprinted with the chip design, and a prepared clean wafer, chip fabrication steps are performed. The steps include:

- lithography (a process used to create circuit patterns of the wafer);
- etching (removing materials from the wafer);
- doping (adding elemental impurities to modulate the electrical properties of the wafer);
- deposition (process for creating layers of insulating and conducting materials used to build a semiconductor device); and
- polishing or chemical mechanical planarization (a process for removing excess materials and creating a smooth surface on each layer).

The wafer will go through these processes multiple times; the entire process is automated and takes place in a sealed clean room. Fabrication of an advanced semiconductor device (at the 10 nm or below node) can take up to 15 weeks, with 11-13 weeks being the industry average. After the front-end processes in which the

---

[56] Willy Shih, "TSMC's Announcement of A New U.S. Semiconductor Fab Is Big News", (Forbes, May 15 2020).
[57] Matt Hamblen, "TSMC starts building 3nm plant in Taiwan worth $20B", (Fierce Electronics, November 4 2019).
[58] "Supply Chain Briefing to the U.S. Department of Commerce"
[59] "Foundry Revenue Projected to Reach Historical High of US$94.6 Billion in 2021 Thanks to High 5G/HPC/End-Device Demand, Says TrendForce", (TrendForce, April 15 2021).
[60] "2020 State of The U.S. Semiconductor Industry"
[61] "Semiconductors: U.S. Industry, Global Competition, and Federal Policy", (Congressional Research Service, October 26 2020).

design is transferred onto the wafer, the wafer is tested, polished, and diced into individual chips.  The number of chips yielded varies; a 300 mm wafer might produce 600 or more individual chips.



Source: SIA[62]

Semiconductor fabrication facilities require a substantial acreage and utility infrastructure – including access to ultrapure gases, dry air and nitrogen, ultrapure water, exhaust systems, and high-quality reliable electrical power.  A large wafer fab can consume as much as 100 megawatts of power, making it more energy intensive than many automotive plants and oil refineries, and can use as much water as a small city.  The water used in the fab undergoes an energy-intensive purification process in which all organic and inorganic contaminants are removed.  The filtering and treatment process uses pumps, motors, drives and other infrastructure that moves the ultrapure water in and around the facility and wastewater out.  Power outages and voltage irregularities can damage highly sensitive equipment, so reliability of the power supply is critical.  Electricity can account for up to 30 percent of a wafer fab's operating costs.  Savings through improved energy efficiency can help cut costs while reducing environmental impacts and improving sustainability.[63]

**Semiconductor Fabrication:  Current Resilience**

The vast majority of semiconductor manufacturing – by IDMs and pure-play foundries – takes place in (in order): Taiwan, South Korea, Japan, China, and the United States.  U.S.-installed semiconductor production

---

[62] SIA, https://www.semiconductors.org/wp-content/uploads/2021/04/SIA-BCG-Report_Strengthening-the-Global-Semiconductor-Supply-Chain_April-2021.pdf) (last accessed May 26, 2021).
[63] "Innovative Power Solutions for Semiconductor Fabrication Efficiency", (SchneiderElectric, 2018).

capacity[64] accounts for approximately 12 percent of the global total, down from 37 percent in 1990.[65]  In 2019, Taiwan accounted for 20 percent of global installed capacity, followed closely by South Korea with 19 percent.  Japan accounted for 17 percent, China for 16 percent of capacity; and Europe nine percent.  The remaining six percent of capacity is in Singapore, Israel, and the rest of the world.[66]

**U.S. Semiconductor Manufacturing Capacity as a Percent of Global Capacity**

**1990-2021 and 2030 Forecast**



Source: SEMI, VLSI and BCG[67]

Of the 40 major semiconductor fabs located in the United States, half (20) produce using 300 mm (12 inch) wafers, which is the modern standard; the others produce using 200 mm (8 inch) wafers or below.  Between 2009 and 2018, more than one hundred 150-200 mm fabs closed worldwide with 70 percent of the closure locations in the United States and Japan.  According to IC Insights, many[68] of the fabs had been used for decades and had outlived their useful purpose.  In some cases, they were replaced by more cost efficient or upgraded facilities.  In other cases, the cost of fab ownership was too great, and the company moved to fab-lite or fabless business model.[69]

Six companies operate the twenty 300 mm fabs, and are located in eight U.S. states, as detailed in the following table.  All but Skorpios also operate fabs overseas.  As noted above, Intel has semiconductor production operations in Israel, Ireland, and China.  Micron has fabs in Singapore, Japan, and Taiwan in addition to its U.S. facilities, while Texas Instruments has production in China, Malaysia, Taiwan, and the Philippines in addition to Texas.  GlobalFoundries, the leading U.S. pure-play foundry, is owned by the Emirate of Abu Dhabi via sovereign wealth fund Mubadala and also has fabs in Germany and Singapore.  In 2019, the company scrapped plans to open a fab in Chengdu, China.

| Company | # of Fabs | Location | Products |
|---|---|---|---|
| GlobalFoundries | 2 | Malta, NY | Foundry |

[64] Maximum output that can be produced, see: Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"

[65] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"

[66] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"

[67] Varas et al. "Government Incentives and U.S. Competitiveness in Semiconductor Manufacturing", (Boston Consulting Group and Semiconductor Industry Association, September 2020).

[68] "100 IC Wafer Fabs Closed or Repurposed Since 2009", (IC Insights, March 26 2020).

[69] "100 IC Wafer Fabs Closed or Repurposed Since 2009", (IC Insights, March 26 2020).

| Company | # of Fabs | Location | Products |
| --- | --- | --- | --- |
| GlobalFoundries | 1 | East Fishkill, NY[70] | Foundry |
| Intel | 2 | Chandler, AZ | IDM/Logic |
| Intel | 4 | Hillsboro, OR | IDM/Logic |
| Intel | 2 | Albuquerque, NM | IDM/Logic |
| Micron | 1 | Boise, ID | R&D/Pilot |
| Micron | 1 | Lehi, UT | IDM/Memory |
| Micron | 2 | Manassas, VA | IDM/DRAM |
| Samsung | 2 | Austin, TX | IDM/Foundry |
| Skorpios | 1 | Austin, TX | Pilot Fab |
| Texas Instruments | 1 | Richardson, TX | IDM/Analog |
| Texas Instruments | 1 | Dallas, TX | IDM/Analog |

Source:  Congressional Research Service.[71]

While U.S. chip production capacity has been relatively stable, capacity and production are growing outside of the United States, particularly in Asia.  As a result, SIA predicts that, by 2030, the U.S. share of semiconductor production capacity will fall to 10 percent, while the Asian share will grow to 83 percent.  In 2019, of six new semiconductor production facilities in the world, none were in the United States, while four were in China.

As noted in the discussion of the "design" segment, this report covers three primary types of chips: memory, logic, and analog.  As can be seen in the diagram below, different regions of the world specialize in different sectors.  For example, the United States produces only five percent of memory chips, while South Korea accounts for 44 percent, and China 14 percent.[72]  In the memory segment, as noted above, China has focused on rapid expansion of YMTC, providing the company with $24 billion in subsidies allocated just for its Wuhan factory.[73]  The company's expansion and low-price offerings presents a direct threat to U.S. memory chip makers Micron and Western Digital.

In the logic chip segment (e.g., computer and cell phone microprocessors), the United States produces none of the leading edge (under 10 nm) chips while Taiwan accounts for 92 percent.  At other logic chip nodes, the United States is stronger: it produces 43 percent of advanced (10-22 nm) logic chips, and the six to nine percent of prior generation (28 nm and above) logic chips while Taiwan between 31 and 47 percent and China between 19 and 23 percent.  Finally, the United States produces 19 percent of analog/discrete chips while China 17 percent and South Korea 27 percent.[74]

---

[70] This facility has been acquired by ON Semiconductor for $430 million; ON Semiconductor will gain full operational control of the East Fishkill fab at the end of 2022.
[71] Congressional Research Service. "Semiconductors: U.S. Industry, Global Competition, and Federal Policy". October 26 2020, p.22 https://crsreports.congress.gov/product/pdf/R/R46581 (last accessed May 26, 2021).
[72] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era".
[73] Stephen Ezell, "Moore's Law Under Attack: The Impact of China's Policies on Global Semiconductor Innovation"
[74] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"

Breakdown of the global wafer fabrication capacity by region, 2019 (%)

**Semiconductor Fabrication:  Risks**

The key fabrication-specific risks are reviewed briefly below.

- **Lack of U.S. Production Capability at the Most Advanced Technology Levels:**  The United States lacks semiconductor production capability at the most advanced semiconductor process node—currently 5 nm—at which only TSMC (Taiwan) and Samsung (South Korea) currently operate.  The most advanced fabs in the United States are 10 nm[75] operated by Intel, which does not expect to enter full 7 nm production until 2023 and announced in January 2021 that it will be using TSMC's "enhanced" 7 nm or less production line for its latest graphics chip.[76]  As a result, U.S. fabless chip companies now rely almost exclusively on Asian producers (especially TSMC) for production of the most advanced (7 nm or less) chips.  These are used in emerging industries, such as electrification, 5G, and Internet of things (IoT).  Much of TSMC's 5 nm (and in the future, 3 nm) production will be devoted to meeting the needs of companies such as Apple for utilization in mobile communications devices.  In addition to supply chain risks due to the geographic concentration of production, the lack of domestic capability at the most advanced technology also raises concerns for national security, as secure access to state-of-the-art technology is needed to provide technical superiority for some military applications.

- **Dependence on Geographically Concentrated Foreign Production for Mature Chips:** In addition to foreign reliance for leading edge chips, as reviewed above, the United States relies on sources concentrated in Taiwan, South Korea, and China to meet demand for various non-leading edge memory and logic chips that are used widely in myriad consumer and industrial applications.  This impacts the U.S.'s ability to supply various sectors critical to its current and future national security and critical infrastructure needs.  Trailing edge logic chips are used in many military and critical infrastructure applications, which can have significantly longer lifespans than consumer applications.

- **Dependence on China for Sales Revenue:** Due to China's dominance in the electronics assembly space, U.S. chipmakers are also heavily dependent on sales to China.  China is the largest market for semiconductors, most of which are then re-exported when contained in end products, including consumer electronics and appliances.  According to The Economist in 2018, for example, mobile phone chip provider Qualcomm generated two-thirds of its revenue from China, and memory maker Micron

---

[75] Some experts indicate that Intel's 10 nm process is roughly equivalent to TSMC and Samsung's 7 nm process; Daniel Nenni, "SEMICON West Intel 10nm and GF 7nm Update", (SemiWiki.com, July 18 2018).
[76] "Intel plans to tap TSMC's 7 nanometer process for 'DG2' graphics chip", (DeccanHerald, January 12 2021).

generated 57 percent of its revenue from the country.[77]  Intel reported in 2020 that China accounted for 26 percent of its revenue.  Heavy reliance on sales to China provides the Chinese Government with economic leverage and the potential to retaliate against the United States.

- **China's Aspirations to Lead the Semiconductor Industry:** China's share of the global semiconductor industry is relatively small and its companies produce mostly low-end chips. China's most advanced pure-play foundry, Semiconductor Manufacturing International Corporation (SMIC), can only produce at the 14 nm node, with limited capacity.  However, the country is in the middle of major state-led effort to develop an indigenous, vertically integrated industry that leads in all segments by 2030.  China's share of semiconductor wafer capacity stood at 16 percent in 2019, but is expected to grow to 28 percent by 2030. The Chinese Government is devoting $100 billion in subsidies to its semiconductor industry, including the development of 60 new manufacturing facilities.[78]  As discussed in the discussion of "design" segment of the supply chain, China has moved aggressively with its subsidies to develop a home-grown memory chip maker to break its reliance on the world's three main memory companies: Samsung (South Korea), SK hynix (South Korea), and Micron (U.S.).  U.S. memory firm Micron is a direct competitor with YMTC and will likely be the first U.S. firm to see its future competitiveness and ability to innovate threatened as a result of Chinese subsidies funding its competitor.

- **Workforce Challenges**: The domestic semiconductor industry has experienced a "greying" of its workforce, coupled with difficulties in attracting and retaining younger workers with the necessary skills (for whom the semiconductor industry competes with other technology companies).  Workers in fabs, such as factory technicians and line workers, account for about 38 percent of the domestic semiconductor workforce. These workers maintain and operate complex manufacturing equipment; the positions typically require at least an associate's degree or skill-specific hands-on training.[79]

- **Rising Fab Costs:**  As semiconductor technologies advance, the cost of building a next generation fab increases significantly.  As noted above, the cost of a fab at the 5 nm node is approximately $12 billion while that for a fab at the 3 nm node may exceed $20 billion. In order to justify the initial and ongoing investment for a fab, the average fab utilization is 80 percent.[80]  This is one reason that the small and medium sized semiconductor companies are mostly fabless, concentrating on the design and IP for semiconductors without having to maintain an ongoing fab business.

- **Unique Challenges of Developing New Manufacturing Knowledge:**  Production IP, the manufacturing know-how that is created in the process of translating knowledge into products, is the critical link between R&D and all downstream economic benefits.  A manufacturer that invests in developing production process IP only captures the benefits associated with that IP and the portion of the relevant market that they capture.  The comparatively massive benefits associated with the IP and the rest of the market are generally lost forever.  In some cases, that same IP gets re-developed by others.  In other cases, that same IP gets stolen.  Finally, sometimes the same problem gets solved through a different path.  All three of those results capture some of that lost benefit.  While this principle is true across all of manufacturing, it is much more acute in semiconductors due to the higher independence of processing technology from end-product application.

In summary, while U.S. production capacity has been stable, the United States lacks sufficient capacity on a relative basis to produce semiconductors and relies extensively on sources in Taiwan, South Korea, and China for production.  The United States is heavily dependent on a single company–TSMC–for producing its

---

[77] "The semiconductor industry and the power of globalization", (The Economist, December 1 2018).

[78] "Strengthening the U.S. Semiconductor Industrial Base", (Semiconductor Industry Association, n.d.).

[79] "Comments of Semiconductor Industry Association to Request for Information, "Charting a Course for Success: America's Strategy for STEM Education" 85 Fed. Reg. 55323 (Sept. 4, 2020)", (Semiconductor Industry Association, October 19 2020).

[80] Falan Yinug, "Chipmakers Are Ramping Up Production to Address Semiconductor Shortage. Here's Why that Takes Time"

leading edge chips and has significant dependence on China for mature node logic chips. Since semiconductors are such key components, the fragile supply chain for semiconductors puts virtually every sector of the economy at risk of disruption. Recent events affecting global supply chains, such as the COVID-19 pandemic, weather-related events, and the blockage of the Suez Canal demonstrate the importance of preparedness and supply chain resilience. The lack of domestic production capability also puts at risk the ability to supply current and future national security and critical infrastructure needs. U.S. production is also threatened by significant Chinese investments to expand its chip production capability and a greying of the U.S. workforce.

## SEMICONDUCTOR ASSEMBLY, TEST, AND PACKAGING AND ADVANCED PACKAGING

This section reviews the back-end segment of chip production, ATP, as well as the related U.S. supply base, and discusses the advanced packaging supply chain, including current resilience and risks.

### Semiconductor ATP: Overview

In the back-end ATP stage, chips are assembled into finished semiconductor components, tested, and packaged for incorporation into finished products. The ATP stage occurs under two models: (1) by IDMs and foundries or (2) by Outsourced Semiconductor Assembly and Test (OSAT) companies that specialize at the test and assembly business and provide services on contract. While U.S. companies have 28 percent of the market share of ATP revenues and 43 percent of the market share of IDM ATP revenues (followed by South Korea, Japan and Europe), as noted below, companies have outsourced ATP production to facilities outside the United States. Foundries such as TSMC (Taiwan), UMC (Taiwan), SMIC (China), and XMC (China) have entered the packaging business to increase the manufacturing services they offer to their fabless customers, especially the advanced packaging of chiplets. TSMC introduced its first advanced packaging solution in 2012.[81] In 2017, there were more than 100 different OSATs in the market.[82] There are eight large OSATs; most are small- to mid-sized players.

While there are some U.S. OSAT companies (notably Amkor), U.S.-based companies only represent 15 percent of OSAT business (Taiwan leads with 52 percent, followed by China with 21 percent), and Amkor, while headquartered in the United States, does not have a U.S. production facility.

ATP Market Share (by Revenue)



Source: CSET, VLSI Research

Traditionally, ATP has been an automated and lower value business that requires considerable floor space and employs mostly low-tech workers (this is changing with the introduction of advanced packaging techniques discussed below). Consequently, this was the first stage of production to be outsourced (starting in the 1970s), primarily into Southeast Asia. Today, the majority of ATP takes place in China, Taiwan and Southeast Asia (Singapore, Malaysia, Philippines, and Vietnam). SEMI and Techsearch identified more than 120 OSAT companies and 360 packaging facilities around the world for 2018. Of the 360 facilities, more than 100 were in China, around 100 in Taiwan, and 43 in Southeast Asia (the other facilities were in Europe

---

[81] Herb Reiter, "TSMC's Advanced IC Packaging Solutions", (SemiWiki.com, May 1 2020).
[82] Mark Lapedus, "What Next for OSATs", (Semiconductor Engineering, March 6 2017).

or the Americas).[83]  China's OSAT production is current to the mainstream packaging technologies, but China is developing advanced packaging technologies."[84]

In addition, with respect to testing, for national security considerations, semiconductor technologies must be qualified and tested for use over military temperature ranges (extended range), radiation resistance, and harsh environments.  This involves, among other things, single event effects (SEE) testing using heavy-ion radiation-testing infrastructure.  The existing U.S. heavy-ion radiation-testing infrastructure is fragile and cannot meet current or future SEE testing demand.  Customers are already experiencing long wait times and rising testing prices, and it could easily suffer major strains if even a single major facility closes down suddenly.  "There are fewer than half a dozen accelerator laboratories that can produce ion beams with sufficient ion species and energies to meet the needs of SEE testing."[85]  This impacts availability of testing to support future space missions among space agencies and industry, including satellites.

### Semiconductor ATP: Risk

Today, the United States only has three percent of worldwide semiconductor packaging capacity (this does not include testing capacity)[86] mostly provided by IDMs, which often have their ATP facilities outside the United States.  While this has been a historically low-tech component of the supply chain, it is a critical step.  The United States' dependence on ATP production in Southeast Asia, Taiwan and China exposes the U.S. supply chain to disruptions.

### Semiconductor Advanced Packaging: Overview

While, as noted above, ATP has historically been a low-value component of the supply chain, packaging is increasingly becoming more advanced.  For decades, the semiconductor industry has followed Moore's Law, which provides that the number of transistors on a semiconductor doubles roughly every two years.  Today, the power and performance benefits of chip scaling are diminishing at each new node while the cost per transistor has been increasing.  While scaling remains an option, as it becomes more expensive and difficult, the semiconductor industry is searching for alternatives, including putting chiplets and/or more than one integrated circuit into one package.  This is known as advanced packaging.[87]  Advanced packaging represents both an alternative and complementary technology to linewidth shrinks as it offers higher chip density at the packaging instead of the chip level and allows for integration of different chip functions in a single package.  Advanced packaging also allows for increased use of commercial-off-the-shelf (defense approved) chips for custom solutions.

Advanced packaging types include chip stacking technologies—especially for memory chips— and embedded die, fan-out wafer-level packaging and system-in-package (combining chiplets or multiple chips in one package).[88]  One approach with logic chips has been to separate standardized IP functions into distinct, smaller chips, called "chiplets" that are connected via standard interfaces on a single package.  A chiplet functions with other chiplets, so the design must be co-optimized and the silicon cannot be designed in isolation.[89]  The Defense Advanced Research Projects Agency (DARPA) and the Department of the Navy as well as industry participants (AMD, Marvell, and Intel) have had a number of projects exploring this approach.  Advanced packaging has significant value for national security to enable disaggregation of

---

[83] SEMI, "Industry's Only Worldwide OSAT Manufacturing Sites Database Now Tracks 360 Facilities, Expands Test Site Coverage", (PR Newswire, November 20 2019).

[84] Mark Lapedus, "China Speeds Up Advanced Chip Development", (Semiconductor Engineering, June 22 2020).

[85] "Testing at the Speed of Light", (The National Academies of Sciences Engineering, and Medicine, 2018).

[86] SEMI, "Public Comment 52. SEMI. Kim Ekmark. 04/05/21", (Regulations.gov, April 5 2021).

[87] Mark Lapedus, "Shortages, Challenges Engulf Packaging Supply Chain", (Semiconductor Engineering, February 18 2021).

[88] "Advanced Packaging: A collection of approaches for combining chips into packages, resulting in lower power and lower cost", (Semiconductor Engineering, n.d.).

[89] TechSearch International, "TechSearch International Quantifies Heterogeneous Integration Market Growth", (3DInCities, February 24 2021).

functional, security, volume, environmental performance, thus allowing customizable device for unique national security applications.

In 2019, advanced packaging made up 42.6 percent of total semiconductor packaging by value and is expected to reach nearly half of the total semiconductor packaging market by 2025.[90]  This would be a compound annual growth rate (CAGR) of 6.1 percent from 2014 to 2025, more than doubling advanced packaging revenue from $20 billion in 2014 to roughly $42 billion in 2025.  This is almost triple the expected growth for the traditional packaging market, estimated at a 2.2 percent CAGR from 2014 to 2025.[91]

**Advanced Packaging: Current Resilience**

The top 10 advanced packaging companies include: two IDMs (Intel (U.S.) and Samsung (South Korea)); a foundry (TSMC (Taiwan)); the top five global OSATs (ASE Group (Taiwan), SPIL (Taiwan), Amkor (U.S.), Powertech Technology (Taiwan), and JCET (China)) and two smaller OSATs: Nepes Display (South Korea) and Chipbond (Taiwan)).  These 10 companies process approximately three-fourths of all advanced packaged chips.[92]

Advanced packaging in the United States is primarily provided by IDMs, including Intel, Texas Instruments, and Micron.[93]  One U.S.-based foundry, GlobalFoundries also provides advanced packaging services.[94]  In addition, smaller companies, such as Micross, Skywater and Qorvo, provide advanced packaging services to supply niche defense and industrial needs.[95]

While China does not currently have strong advanced packaging capabilities, as noted above, it is developing advanced packaging capabilities in order to compensate for its lack of production of leading-edge semiconductors.[96]

In addition, as capabilities and demand for advanced packaging grow, comments submitted in response to the Federal Register Notice of Inquiry (NOI) note that the United States' lack of capabilities in advanced packaging substrates (which are based on printed circuit board technologies) and related supply chains present vulnerabilities.[97]  Suppliers for substrates are based in Asia.  Key substrate companies include: Ibiden (Japan), Nanya (Taiwan), Shinko (Japan), Samsung (South Korea), Unimicron (Taiwan), Shennan Circuits (China), Zhuhai Yueya (China), and AKM Electronics Industrial (China).[98]  In addition, printed circuit board

---

[90] Kumar et al., "Webinar: Trends and Challenges in Semiconductor Advanced Packaging", (Semiconductor Industry Association, September 29 2020).

[91] Santosh Kumar, Favier Shoo, and Vaibhav Trivedi, "Status Of The Advanced Packaging Industry 2020: Market & Technology Report - July 2020", (Yole Development, July 2020).

[92] "Advanced Packaging Current Trends & Challenges", (Yole Development, 2020).

[93] Kumar et al., "Webinar: Trends and Challenges in Semiconductor Advanced Packaging"

[94] Mark Lapedus, "The Next Advanced Packages", (Semiconductor Engineering, June 18 2020).

[95] "Advanced Interconnect Technology", (Micross, 2021); "Advanced Packaging: Qorvo's Centers of Excellence", (Qorvo, 2021); "SkyWater's Florida Expansion Accelerates Domestic Advanced Packaging Capabilities for Microelectronics Manufacturing", (Skywater, n.d.).

[96] Seunghyuk Choi, Christopher Thomas, and Florian Weig, "Advanced-packaging technologies: The implications for first movers and fast followers", (McKinsey, Autumn 2014).

[97] Chipletz Inc, "Public Comment 34. Chipletz Inc. Jay Owen. 04/05/21", (Regulations.gov, April 6 2021); TTM Technologies, "Public Comment 15. TTM Technologies. Thomas Edman. 04/02/21", (Regulations.gov, April 6 2021); IPC and USPAE, "Public Comment 91. IPC and USPAE. Chris Mitchell. 04/05/21", (Regulations.gov, April 6 2021); Calumet Electronics Corporation, "Public Comment 89. Calumet Electronics Corporation. Todd Brassard. 04/05/21", (Regulations.gov, April 6 2021); Purdue University, "Public Comment 93. Purdue University. Carol Handwerker. 04/05/21", (Regulations.gov, April 6 2021); Flextech Alliance, "Public Comment 77. Flextech Alliance Inc DBA NextFlex. Malcolm Thompson. 04/05/21", (Regulations.gov, April 6 2021).

[98] Saif M. Khan, Alexander Mann, and Dahlia Peterson, "The Semiconductor Supply Chain: Assessing National Competitiveness", (Center for Security and Emerging Technology, January 2021).

manufacturing has shifted to China, making China a more attractive market for substrate suppliers.[99] IPC/U.S. Partnership for Assured Electronics (USPAE) estimates the United States is 20 years behind Asia in printed circuit board manufacturing technologies necessary for next-generation electronics applications and 30 years behind in the capability to manufacture the printed circuit board manufacturing-like substrates necessary for advanced microelectronics packaging.[100]  The U.S. printed circuit board manufacturing industry, which once accounted for more than 30 percent of total global production, today accounts for less than five percent.[101]

**Semiconductor Advanced Packaging: Risks**

Key risks pertaining to advanced packaging are reviewed below.

- **Chinese Investments in Advanced Packaging Threaten to Upend the Market in the Future:** While China lacks strong advanced packaging capabilities, the Chinese government has made significant investments in advanced packaging.  For the past several years, advanced packaging has been a technology priority for the Chinese semiconductor industry, with the State Council aiming to have advanced packaging account for about 30 percent of all packaging revenues earned by Chinese vendors by 2015.[102]  In January 2021, SMIC's newly hired vice chairman said that Chinese companies should focus on advanced packaging to overcome their weakness in reducing semiconductor linewidth, probably signaling that SMIC will be aggressively moving into advanced packaging.[103]  Stephen Hiebert, senior director of marketing at U.S. semiconductor packaging equipment company KLA reported in 2018 "…we see strong OSAT investment in China as advanced packaging capacities ramp to match Chinese front-end fab projects."[104]

- **Lack of Capabilities in Materials for Advanced Packaging:** Advanced packaging substrates, which are based on printed circuit board technologies, and printed circuit board manufacturing is primarily based in Asia, with the latter based primarily in China.  This creates challenges for companies seeking to invest in advanced packaging in the United States.

- **Defense Needs Alone Are Insufficient to Keep Advanced Packaging Onshore:** A handful of U.S. companies provide advanced packaging solutions for defense needs, which comprise a small share of the market.  As advanced packaging capabilities continue to grow outside the U.S., they will soon overwhelm the volume of defense needs and market forces will draw leading-edge capabilities offshore.  Ultimately, volume drives both innovation and operational learning; in the absence of the commercial volume, the United States will not be able to keep up either with the technology, in terms of quality, cost, or workforce.

In summary, the United States relies on foreign sources concentrated in Asia for back-end ATP capabilities, creating supply chain disruption risks in this segment of the supply chain.  Packaging is becoming more advanced as the industry is pursuing new approaches to  compensate for the complexity, lower yield, and diminishing marginal returns of ever-smaller feature sizes at the most advanced or smallest nodes.  While the United States and its partners have advanced packaging capabilities, China's massive investments in advanced

---

[99] The loss of technological leadership in printed circuit boards shows weaknesses in the electronics supply chain beyond semiconductors that is not the subject of this report, but as commenters to the federal register notice have indicated, are weaknesses that also need to be addressed to ensure a strong supply chain.

[100] IPC and USPAE, "Public Comment 91. IPC and USPAE. Chris Mitchell. 04/05/21", (Regulations.gov, April 6 2021).

[101] IPC and USPAE, "Public Comment 91. IPC and USPAE. Chris Mitchell. 04/05/21"

[102] Seunghyuk Choi, Christopher Thomas, and Florian Weig, "Advanced-packaging technologies: The implications for first movers and fast followers"

[103] Che Pan, "SMIC urges China's chipmakers to embrace advanced packaging as Moore's Law slows nanometre node progress and US sanctions bite", (Yahoo News, January 25 2021).

[104] Mark Lapedus, "Packaging Challenges For 2018", (Semiconductor Engineering, January 8 2018).

packaging threaten to upend the market in the future. In addition, the United States lacks the ecosystem for developing advanced packaging technologies.

**Semiconductor Materials**

As described above, modern chip manufacturing is an incredibly complex process, involving hundreds of steps completed over several months. Among the essential inputs for semiconductor manufacturing are hundreds of materials that are used in various stages of the fabrication process. It is beyond the scope of this 100-day review to evaluate all of the inputs for the semiconductor manufacturing process.[105],[106] One market research firm estimates that the global market for electronic materials and chemicals and gases for the semiconductor industry was valued at $18.3 billion in 2020 and is predicted to grow to $26.2 billion by 2025.[107] However, the following provides a brief review of the supply chain for certain key semiconductor materials.

*Polysilicon*

The process of manufacturing semiconductors starts with silicon, which is the second most abundant element in the earth's crust. Although most silicon is used in the steel and aluminum industries, metallurgical grade silicon is used to produce polysilicon, a high purity form of silicon used in the electronics and solar industries. The semiconductor supply chain begins with polysilicon of ultra-high purity – 99.99999999999 percent pure. It is often referred to as "11 Nines"—with impurities equivalent to just one grain of sand in 16 Olympic-sized swimming pools. To produce the ultrahigh purity polysilicon, silicon is combined chemicals such as trichlorosilane gas in a very energy intensive process. Polysilicon used in the solar industry is of a lesser grade, known as "9 Nines" pure, and solar applications account for 90 percent of demand for polysilicon.[108]

There are several manufacturers of electronics-grade polysilicon with manufacturing in the United States, including Hemlock Semiconductor (Michigan), Norway-based REC Silicon, Germany-based Wacker Polysilicon, and Japan-based Mitsubishi Materials America. U.S.-based Hemlock Semiconductor indicated that it has the capacity to increase polysilicon production by 50 percent, yielding up to 35,000 tons of polysilicon per year.[109] Although the U.S. currently has production capacity, according to the domestic producers, U.S. technological leadership and production of semiconductor-grade polysilicon is at risk due to China's actions to increase its dominance of both the semiconductor and solar supply chains. As a result of these actions, which include a high tariff on polysilicon imported to China, U.S. polysilicon producers have been cut off from the Chinese market, which represents over 95 percent of the global solar-grade polysilicon market. Direct and immediate customers in the solar industry currently do not exist in the United States. Because the production processes for semiconductor grade and solar grade polysilicon are closely related, U.S. producers must be able to take advantage of a robust global market for solar energy products to ensure continued production of material for semiconductors.[110] According to these producers, China now accounts for over 70 percent of polysilicon production capacity, and U.S. producers, nine percent.[111]

---

[105] In response to the Notice of Inquiry, several of those commenting noted supply chain vulnerabilities for specific materials used in the semiconductor manufacturing process, including ABF substrate, lanthanum, cerium, scandium, cesium, hydrogen fluoride, and helium.
[106] For more information on specific semiconductor materials see: Saif M. Khan, Alexander Mann, and Dahlia Peterson, "The Semiconductor Supply Chain: Assessing National Competitiveness"
[107] "Electronic Chemicals and Materials: The Global Market", (BCC Research, January 2021).
[108] Johannes Bernreuter, "Polysilicon Uses: The lion's share has shifted from semiconductor to solar", (Bernreuter Research, June 29 2020).
[109] Taylor DesOrmeau, "Hidden in the cornfields, Michigan has its own little silicon valley", (MLive, April 6 2021).
[110] "Transcript: Virtual Forum for Risks in the Semiconductor Manufacturing and Advanced Packaging Supply Chain", (Bureau of Industry and Security, April 8 2021).
[111] "65% surge in polysilicon prices triggers unexpected increase in module production costs and affects solar installation outlook in 2020", (IHSMarkit, September 2 2020).

*Semiconductor Wafers*

After the polysilicon is produced it must be grown into ingots, the ingots are then sliced to make the thin disk-shaped silicon wafers from which the chip manufacturing process begins. The United States lacks the manufacturing capacity to transform polysilicon into polished, blank wafers. As most semiconductors are made of silicon, this is a key vulnerability.

The major players in the silicon wafer market—which are capable of producing 300 mm wafers used in state-of-the-art semiconductor fabs—are headquartered in Japan, Taiwan, Germany, and South Korea. Japanese firms are dominant in this sector, with an estimated 56 percent share of the market, followed by Taiwan (16 percent), Germany (14 percent), and South Korea (10 percent). Only small U.S. firms, such as Virginia Semiconductor, manufacture silicon wafers, although some of the foreign (German, Japanese, and Taiwanese) firms have production facilities in the United States. China is not a major player in this market, and has very limited capability to make 300 mm wafers; the estimated market share of Chinese firms is less than five percent.[112]

The global semiconductor industry has been constantly increasing the diameter of silicon wafers used as the larger the diameter of the wafer, the more real estate of silicon is available for manufacturing. At present, the semiconductor industry is widely making use of 300 mm wafers; investments for 450 mm wafer production were explored by a collection of leading manufacturers, but significantly higher manufacturing costs for semiconductor processing tools and lower expected returns on investment led to the abandonment of this approach. Two hundred mm wafers also continue to have a large market, especially for commodity semiconductors.

With respect to silicon wafer manufacturing equipment, according to comments submitted in response to the NOI, most of the specialized equipment, including the special furnaces used to grow ingots from polysilicon called Czochralski, or CZ pullers; and the special materials used to transform polysilicon into wafers, including quartz crucibles, graphite parts, and slicing wire; are sole-sourced or not produced in the United States.[113]

Although the vast majority of commercial semiconductors are produced from silicon wafers, compound semiconductors, which feature a thin coating of a material with different physical and conductive properties, are better suited to key emerging applications in 5G communications, autonomous vehicles, renewable energy and military systems. These materials, which include germanium, gallium arsenide (GaAs), GaN, and SiC, continue to function well beyond the temperature threshold of silicon, and can thus deliver superior performance with lower size, weight and power requirements. Compound semiconductors have historically been developed for military or specialty communications and optoelectronics applications and have been more expensive. However, as they are increasingly being used commercially and there have been developments in GaN and SiC, the cost differential has decreased.

The United States currently has a leadership position in GaN microwave electronics for radar, electronic warfare and communications. Other countries, especially China, are making large national investments to create their own GaN electronics capabilities.[114]

The Department of Energy has long recognized the importance of developing compound semiconductors for power electronics, having established Power America, a Manufacturing USA Institute in 2015. Power America is a consortium of 60 companies, universities and federal laboratories focused on accelerating the adoption of U.S.-made SiC and GaN in applications such as electric vehicles, renewable energy, grid

---

[112] Saif M. Khan, Alexander Mann, and Dahlia Peterson, "The Semiconductor Supply Chain: Assessing National Competitiveness"
[113] Linton Crystal Technologies, "Public Comment 9. Linton Crystal Technologies. Todd Barnum. 03/31/21", (Regulations.Gov, March 31 2021); SEMI, "Public Comment 52. SEMI. Kim Ekmark. 04/05/21"
[114] PowerAmerica, "Public Comment 45. PowerAmerica. Victor Veliadis, Ph.D.. 04/05/21", (Regulations.gov, April 6 2021).

resilience, and mass transit systems.[115]  In addition, DARPA has funded numerous programs focused on indium phosphide, GaAs, SiGe, SiC, GaN and aluminum nitride plus recent work on ultra-wide bandgap semiconductors.[116]  Beyond this investment in research, however, there remains a significant need for a domestic foundry, as foundry services for SiC and GaN are mainly offshore.[117]

The United States is a global leader in deployment of SiC, making it a true competitiveness success story, due in large part to consistent and substantial U.S. Government investments over decades.  The United States has homegrown SiC companies and has also attracted significant foreign direct investment.  Cree Power (U.S.) is perhaps the best-known example of the former.  With regard to foreign direct investment, Infineon (Germany) has dramatically increased its U.S. presence in recent years with the acquisitions of American companies International Rectifier in 2015 and Cypress Semiconductors in 2020.

*Photomasks and Photoresists*

Photomasks, including reticles, are plates that contain the pattern used to produce integrated circuits.  Since custom photomasks are usually identified by end-user, they are one of the areas of the semiconductor supply chain that pose the most risk for malicious tampering.

As transistors have become smaller and smaller, photomasks have also become more complex in order to accurately transfer increasingly complex patterns onto the silicon wafers.  Masks are made using a process similar to that used to make the chips themselves, using e-beam lithography and laser lithography machines.  During the photolithography step of the semiconductor fabrication process, light is shined through the photomasks to produce a pattern on the wafer.  A photoresist, which is a light sensitive organic material used to form a pattern, is then applied to the wafer, which is then exposed to light using a photolithography tool.  The pattern created in the photoresist is then etched in the wafer to create the minute, highly complex circuit patterns of the semiconductor design.  Photomasks for state-of-the-art chip manufacturing, using EUV technology, are significantly different than conventional photomasks.  EUV masks work by reflecting light, rather than blocking light and use a silicon and molybdenum layered substrate rather than chromium and quartz.

Captive production of photomasks is common among large semiconductor firms.  Intel (U.S.), Samsung (South Korea), TSMC (Taiwan), and SMIC (China) all have in-house mask making operations.  Fabless semiconductor companies, however, rely on merchant photomask manufacturers, leaders of which are headquartered in Japan, the United States, and Taiwan.  The Center for Security and Emerging Technology (CSET) estimates that Japanese firms control 53 percent of the merchant mask market, while U.S. firms have 40 percent, and Taiwanese firms, seven percent.[118]

According to the CSET supply chain study, Japanese firms also dominate the semiconductor photoresist market, with an estimated 90 percent share.  The remaining 10 percent is held primarily by firms based in the United States and South Korea.  China has little indigenous capacity to produce advanced photoresists.

*Ultra-Pure and Regular Chemicals and Gases*

There are many providers of chemicals and gases for the semiconductor industry, with leading companies based in the United States, Japan, and Europe.  Foreign companies usually have a presence in the United States.  The bulk of the business of most chemical and gases providers is outside of the semiconductor industry.

---

[115] PowerAmerica, "Public Comment 45. PowerAmerica. Victor Veliadis, Ph.D.. 04/05/21"
[116] National Defense Industrial Association, "Public Comment 73. National Defense Industrial Association (NDIA). Nick Jones. 04/05/21", (Regulations.gov, April 6 2021).
[117] PowerAmerica, "Public Comment 45. PowerAmerica. Victor Veliadis, Ph.D.. 04/05/21"
[118] Saif M. Khan, Alexander Mann, and Dahlia Peterson, "The Semiconductor Supply Chain: Assessing National Competitiveness"

The United States, Japan, and France produce semiconductor gases. Currently, the six largest suppliers – Versum Materials (U.S.), SK Materials (South Korea), MTG/TNS (Japan), Air Liquide (France), Linde/Praxair (U.K./U.S.), and KDK (Japan) – control about half of the overall market, with about 50 suppliers accounting for the other half of the market.[119]

The United States, Germany and Japan are leading producers of wet chemicals. KMG Chemicals (U.S.), Avantor (U.S.), Honeywell (U.S.), BASF (Germany), and Kanto Chemical (Japan) have more than 60 percent of the market share of wet chemicals.[120]

*Raw Materials*

The raw materials used to produce wafers – including silicon and gallium– are concentrated in China. Helium gas is also in shortage. The U.S. is a source of helium however, it is a by-product of natural gas production and therefore subject to gas prices.[121]

Some of the critical materials, minerals, and rare earth elements discussed in the critical minerals and materials' supply chain review required under Executive Order (E.O.) 14017 are used in semiconductor manufacturing (including gallium and polysilicon). However, although these materials are critical to the semiconductor manufacturing process, other uses of these materials are consumers of these materials,[122] and the issues for these materials are not particular to the semiconductor industry.

**Semiconductor Materials: Risks**

- **Variety of Materials Required:** The incredibly complex semiconductor manufacturing process requires hundreds of essential inputs, many of which are raw materials, chemicals, and gases. These materials have their own complex supply chains, and likely contain hidden choke points that could disrupt production. In addition to the raw materials, compound semiconductor materials are increasingly important to commercial and military applications. Global leadership in automated vehicles, renewable energy, and cloud computing will require sustained investment in materials research, both to understand and characterize unique material properties, and to utilize them in such a manner that effectively exploits those properties.[123]

- **Dependence on Foreign Sourcing:** Many of the materials used in semiconductor manufacturing have limited production in the United States. The majority of silicon wafers are manufactured in Japan, with an additional quarter of the supply filled by nearby Taiwan and South Korea. In addition, some raw materials, including silicon and gallium, are primarily sourced from China. Certain specialty inputs such as certain electronic grade gases and chemicals, also have limited domestic sourcing, if any.[124] A disruption in the supply of any of these materials could have far-reaching impacts on semiconductor production.

- **Geographic Concentration of Suppliers:** In addition to a dependence on non-U.S. sources, many of the foreign sources of materials for semiconductor manufacturing are concentrated in East Asia. As noted above, gallium and indium are primarily sourced from China, and silicon wafers, photomasks, and

[119] Mike Corbett and Andy Tuan, "Opportunities in Electronic Specialty Gases", (SEMI, October 9 2019).
[120] Saif M. Khan, Alexander Mann, and Dahlia Peterson, "The Semiconductor Supply Chain: Assessing National Competitiveness"
[121] "U.S. Geological Survey, Mineral Commodity Summaries: Helium", (U.S. Geological Survey, January 2021).
[122] An illustrative list of raw materials used in semiconductor manufacturing can be found on page 54 of Saif M. Khan, Alexander Mann, and Dahlia Peterson, "The Semiconductor Supply Chain: Assessing National Competitiveness"
[123] Brewer Science, "Public Comment 56. Brewer Science. A. Freedman. 04/05/21", (Regulations.gov, April 6 2021).
[124] SEMI, "Public Comment 52. SEMI. Kim Ekmark. 04/05/21"; Pure Helium LLC, "Public Comment 25. Pure Helium LLC. Alex Cranberg. 04/05/21", (Regulations.gov, April 6 2021).

photoresist are primarily sourced from Japan. Additional sources of supply are largely concentrated in Taiwan and South Korea.

- **Safety, Availability, and Transportation of Chemicals and Gases:** Long distance supply chains for chemicals and gases can present a safety and material purity concern, and semiconductor manufacturing requires the constant input of certain gases and chemicals. Gases and chemicals companies often have production/services near semiconductor fabs for this reason. The high-purity wet chemicals are already in short supply, as, according to public comments, the low margins leave no incentive to expand production capacity.[125]

In summary, foreign suppliers dominate the market for silicon wafers, photomasks and photoresists. Japanese companies are especially strong in these industry sectors. The products, however, are manufactured in various locations throughout the world, and many of the foreign-headquartered companies have production facilities in the United States to serve domestic semiconductor manufacturers. The United States and ally countries produce gases and wet chemicals for semiconductors. China does not have competitive, technologically advanced indigenous production capability for wafers, photomasks, or photoresists. However, China is the leading global supplier for gallium, one of the base elements for gallium nitride and gallium arsenide semiconductors.

## SEMICONDUCTOR MANUFACTURING EQUIPMENT

### SME: Overview

There are multiple categories of SME, each used in a different step of semiconductor production line. There are equipment types specific to manufacturing bare wafers (covered under "Materials" above), processing the bare wafer to semiconductors on a wafer (Front-end), packaging (Back-end), and equipment for manufacturing photomasks (mask manufacturing). Chip manufacturers need all the categories of front-end equipment in their manufacturing line. The cost of complex front-end semiconductor manufacturing equipment is a major reason (along with construction costs) for the high cost of a semiconductor fab.[126]

Front-end SME include equipment for fabrication steps, including lithography, etching, doping or ion implantation, deposition, and polishing or chemical mechanical planarization. Of particular note is metal organic chemical vapor deposition (MOCVD) equipment, a specific type of deposition equipment that deposits thin layers of certain metals, used primarily for the production of compound semiconductors, including those based on GaAs and GaN. Back-end SME includes equipment for ATP and advanced packaging.

*SME: Current Resilience*

The SME industry is dominated by companies in the United States (41.7 percent share by revenue), Japan (31.1 percent share), and the Netherlands (18.8 percent share). South Korea has 2.2 percent share, and the rest is shared among China, Germany, Taiwan, Israel, Canada, and additional countries in Southeast Asia and Europe.[127] Many of the South Korean SME companies are owned by Samsung or SK hynix, or one of these South Korean semiconductor companies is their primary customer.[128] Although there is a Chinese company producing every category of semiconductor manufacturing equipment, Chinese companies do not have a notable share of any category except assembly and packaging equipment and MOCVD.

---

[125] SEMI, "Public Comment 52. SEMI. Kim Ekmark. 04/05/21"
[126] Saif M. Khan, Alexander Mann, and Dahlia Peterson, "The Semiconductor Supply Chain: Assessing National Competitiveness"
[127] Saif M. Khan, "Securing Semiconductor Supply Chains", (Center for Security and Emerging Technology, January 2021).
[128] Hyeryung Kang, "South Korean Semiconductor Equipment Makers Benefit from Samsung Electronics' New Investments While Display Equipment Makers Look towards the Chinese Market for Opportunities", (Korea IT News, May 28 2020).

The top five semiconductor manufacturing equipment companies for 2019 were Applied Materials (U.S. – 18.8 percent world market share), ASML (Netherlands – 16.8 percent), Tokyo Electron (Japan – 13.4 percent), Lam Research (U.S. – 11.8 percent) and KLA Corporation (U.S. – 6.8 percent),[129] for a total 67.6 percent of the world market (by value).

As indicated in the figure below, while the United States has significant market share in the production of most front-end SME, the notable exception is for lithography scanning/stepper equipment, which is almost all manufactured by the Dutch company ASML and Japanese companies Nikon and Canon.

One piece of SME can have over 100 parts, and parts of and accessories for SME (HS 848690) is the largest trade category for this industry. According to the Census Survey of Manufacturers, half of the revenue for sales of U.S. semiconductor manufacturing equipment is spent on parts and other materials.[130] U.S. companies provide key parts for equipment sold by foreign companies. Notably, Cymer (U.S.) manufactures the lasers for ASML's EUV stepper/scanner lithography machines. ASML acquired Cymer in 2013, but Cymer remains a separate operating unit in ASML located in the United States. Also, some of the minerals and materials referred to in the "Materials" section above are used in the manufacture of semiconductor manufacturing equipment.

Due to the limited market and customers and the cyclical nature of sales, most of the large equipment companies manufacture more than one type of equipment so they can offer a full suite of devices and upkeep options to customers. Lithography stepper/scanner equipment companies such as ASML are an exception to this rule because of the unique technologies of the equipment. Lam Research specializes in deposition and etch, Tokyo Electron (TEL) in deposition and etch, and KLA in metrology and inspection.[131]

---

[129] "2019 Top Semiconductor Equipment Suppliers; The year was won by ALD, Process Control, EUV, and SOC Test"

[130] "2019 Annual Survey of Manufactures (ASM)" (U.S. Census Bureau, 2019).

[131] Peter Clarke, "ASML loses its crown in semiconductor manufacturing equipment", (EENews Europe, November 30 2020).

IC Manufacturing Equipment Market Shares



Source: VLSI Research

Source: CSET (based on VLSI Research data)[132]

As indicated above, for lithography, ASML (Netherlands) is the sole producer of EUV stepper/scanners, which are essential for producing integrated circuits with a linewidth of 5 nm or less. However, only two semiconductor manufacturers, TSMC and Samsung, currently use EUV machines in production, which cost more than $100 million. Both ASML and Nikon produce Deep Ultra-Violet (DUV) photolithography machines that cast a beam of light through a photomask and creates a small image of the photomask's pattern onto a wafer. Outside of the Netherlands and Japan, the United States and other countries' share in lithography equipment is primarily in lithography equipment for specific lower volume chips or for making photomasks.

An exception to Japanese and Dutch leadership is MOCVD equipment, which is used in the production of semiconductors made from materials other than silicon (such as GaN and GaAs), including LEDs, laser diodes and other photonic chips, power/RF devices, and solar cells. As mentioned above, there are defense implications for GaN chips. MOCVD equipment is manufactured by Veeco (U.S.), Aixtron (Germany) and AMEC (China). China attempted to gain market share in the MOCVD market through acquisitions. In 2016, Chinese entity Fujian Grand Chip Investment Fund, a company formed for the transaction that included state-and regional owned bodies, tried to buy Aixtron, but the prospective acquirer dropped its takeover bid after the deal was blocked by President Obama after a review conducted by the Committee on Foreign Investment in the United States (CFIUS).[133]

---

[132] Saif M. Khan, Alexander Mann, and Dahlia Peterson, "The Semiconductor Supply Chain: Assessing National Competitiveness"
[133] Maria Sheahan, "China's Fujian drops Aixtron bid after Obama blocks deal", (Reuters, December 8 2016); The White House, Presidential Order -- Regarding the Proposed Acquisition of a Controlling Interest in Aixtron SE by Grand Chip Investment GMBH, Dec. 2, 2016.

The top three companies for etching equipment are Lam Research (U.S.), Tokyo Electron (Japan), and Applied Materials (U.S.).[134]  Chinese companies, including AMEC, have developed some expertise in etch and can compete in most segments except leading edge, however their market share is only around one percent.[135]

In contrast to front-end SME, the United States has a relatively small market share (4.9 percent) in back-end packaging SME.  Japan has the largest share of packaging equipment (35.7 percent), followed by China (22.9 percent) and the Netherlands (11.1 percent).  However, U.S.-based Kulicke and Soffa is a leading SME packaging company.  The United States and Japan are leaders in back-end test equipment (for ATP), with 33.5 and 48.6 percent of the market share, respectively.

*SME: Risks*

Key SME-specific risks are reviewed briefly below.

- **Dependence on Foreign Sales:** While the United States has a significant share of the SME production market, U.S. producers are highly dependent on foreign sales.  As the largest manufacturers of semiconductors, Taiwan, China, and South Korea are the largest markets for SME.[136]  Although Taiwan is expected to regain its position as top market for SME for 2021 and 2022,[137] due to significant spending in chip production, China's consumption of SME is expected to increase steadily.[138]  For example, U.S.-based Applied Materials and Lam Research report that approximately 90 percent of their total revenue in 2020 resulted from non-U.S. sales, with China growing from 16 percent of Lam Research's revenue in 2018 to 31 percent in 2020.[139]  Accordingly, U.S. SME producers are at risk of being significantly impacted by trade restrictions between the United States and China or unexpected demand shifts in Asia. The resulting impacts could last far beyond current revenue declines, as semiconductor manufacturers experience some degree of equipment lock-in, with changing equipment providers requiring costly redesigns.  Lam Research, for instance, noted in its 2020 annual report that "once a semiconductor manufacturer commits to purchase a competitor's semiconductor manufacturing equipment, the manufacturer typically continues to purchase that competitor's equipment, making it more difficult for us to sell our equipment to that customer."  Also, sales of SME are limited to semiconductor companies with fabs, universities, and semiconductor industry consortia—SME companies cannot increase their customer base beyond these categories as this equipment is unique to the semiconductor industry.

- **Chinese Subsidies for SME Production Distort the Market:** In addition, China plans to provide significant subsidies to fund SME production in the country.  Phase II of China's National Integrated Circuit Industry Investment Fund, discussed below, focuses on etching machines, deposition, test, and wafer cleaning equipment with funding from $28.9 to $47 billion.[140]  Subsidies keep the Chinese companies in business even though most do not appear to be making a profit.  For example, according to Organization for Economic Co-operation and Development (OECD), "Government equity injections have had discernable effects on the financial performance" of Chinese semiconductor producers where increases in firm assets are not matched by any increase in profitability.[141,142]  The subsidies provide

---

[134] Dixuan Lu, Ian Platonov, "China's AMEC – from Etching to MOCVD (and Back?)", (EqualOcean, July 9 2020).
[135] Saif M. Khan, Alexander Mann, and Dahlia Peterson, "The Semiconductor Supply Chain: Assessing National Competitiveness"
[136] "Semiconductor Equipment Consensus Forecast – Record Growth Ahead, SEMI Reports", (SEMI, December 14 2020).
[137] SEMI, "Public Comment 52. SEMI. Kim Ekmark. 04/05/21"
[138] "Semiconductor Equipment Consensus Forecast – Record Growth Ahead, SEMI Reports"
[139] Applied Materials Inc, "Form 10-K", (U.S. Securities and Exchange Commission, October 25 2020); Lam Research Corporation, "Form 10-K", (U.S. Securities and Exchange Commission, June 28 2020).
[140] Christopher Taylor, "Self-sufficiency for China at the Important 28 nm CMOS node: The Plan Can Succeed", (StrategyAnalytics, October 27 2020).
[141] OECD, "Measuring distortions in international markets: The semiconductor value chain", (OECDiLibrary, December 12 2019).
[142] OECD, "Measuring distortions in international markets: The semiconductor value chain"

Chinese companies with access to funds to invest in R&D for the next generation semiconductor manufacturing, affording significant advantages to these companies relative to non-Chinese companies that do not receive such subsidies.  In view of the massive R&D and capital expenditure to manufacture SMEs and uncertainties with respect to the timing and location of leading edge chip production, unlike in the past, today, SME makers are reluctant to invest in R&D for the next generation wafer size without a commitment from top semiconductor companies.

- **Shortage of SME for Smaller Wafer Sizes:** Even with widespread use of newer technologies like 300 mm lines, many types of semiconductors especially small surface area discrete semiconductors, compound semiconductors, and mature node integrated circuit semiconductors were designed to be produced on 200 mm or even smaller wafers.  As a result, foundries usually have both 200 mm and 300 mm lines, and a notable share of semiconductors production is on 200 mm wafers or even smaller. There is currently a shortage of 200 mm equipment, which shows no sign of abating.  More than 200 fabs currently in operation produce semiconductors on 200 mm wafers, mostly for mature node chips (350 nm to 90 nm).  Automotive, consumer (gaming), wireless communications, 5G smartphones and LED's are cited as driving demand for 200 mm capacity.  In addition, analog, display drivers, power management integrated circuits and radio frequency devices utilize 200 mm wafers or smaller and industrial and power semiconductors—especially GaN or other compound semiconductor often utilize such wafers.  An SME company reported that although sales of 200 mm wafer equipment declined from 2010 to 2015 toward a 50-50 split between 200 and 300 mm as expected, demand reversed to 2010 levels. SEMI reports that, in 2019, there were five new 200 mm fabs and seven began construction in 2020 (three in China, and one each in the United States, Japan, and Taiwan).  Although equipment for 200 mm used to be available as used equipment, this market has dried up.  New equipment at 200 mm is also hard to come by, especially lithography equipment.[143]

- **Industry Consolidation:** Today, new equipment buys will be due to new fabs, technology, features or need to increase output, increasing the importance of services and upgrades and the consolidation of the industry toward large providers with a wide range of products, such as Applied Materials, Tokyo Electron, and Lam Research.  This also puts the smaller equipment companies in danger of being absorbed by larger companies or losing sales to subsidiaries of the larger companies.

In summary, the United States has a significant share of global production of most front-end SME with the notable exception of lithography equipment production, which is concentrated in the Netherlands and Japan. The United States also has a significant share of global production of back-end testing equipment.  By contrast, the United States has a relatively small market share in global back-end SME packaging equipment while China has a significant share.  While China is currently highly dependent on non-Chinese sources for SME (with the exception of packaging and MOCVD), it is providing significant investments focused on production such equipment.  These investments afford significant advantages to the beneficiary companies relative to other companies in terms of investments in R&D to produce equipment for leading edge chips.

## RISK ASSESSMENT

The semiconductor manufacturing supply chain is so broad and includes so many materials and processes that identifying risks to the semiconductor supply chain is virtually synonymous with identifying all risks to manufacturing in general.  The SIA notes, for example, that one of its members has over 16,000 suppliers, more than half outside the United States, and that a semiconductor may cross international borders as many as 70 times before reaching its final destination.[144]  The risks addressed in this report will accordingly not be exhaustive, but represent an attempt to broadly categorize and summarize key risks facing the U.S. semiconductor industry.

---

[143] Mark Lapedus, "200mm Demand Surges", (Semiconductor Engineering, December 17 2020).
[144] Alam et al. "Globality And Complexity of the Semiconductor Supply Ecosystem"

The many category-specific risks identified above are often symptoms of more general supply chain challenges. The Department of Commerce has identified broad risks that encompass most of the identified threats to semiconductor supply chains: (1) fragile supply chains; (2) malicious supply chain disruptions; (3) use of obsolete and generations old semiconductors and related challenges for continued profitability of companies in the supply chain; (4) customer concentration and geopolitical factors; (5) electronics production network effects; (6) human capital gaps; (7) IP theft; and (8) challenges in capturing the benefits of innovation, aligning private and public interests.

**Fragile Supply Chains: Many Inputs, Industry Concentration, and Geographic Concentration**

The supply chains for semiconductor manufacturing are immense. Aside from the immediately apparent inputs such as wafers and photomasks, the manufacturing of semiconductors requires hundreds of chemicals and dozens of gases. A 2018 study of chemical use in two memory device fabrication facilities found they each used over 400 chemical products weighing over 45,000 tons per year.[145] According to NIST, as many as 49 gases alone may be used in semiconductor production.[146] Many of these chemicals have their own extensive supply chains that often originate outside of the United States or may depend on limited or single sources of supply.

While not commonly thought of as manufacturing inputs, assured sources of water and energy are essential to semiconductor manufacturing. One commenter responding to the NOI noted that "a typical semiconductor production facility uses two to five million gallons of water per day." TSMC recently announced plans to build an industrial water treatment facility to better insulate itself from droughts or other water-related disruptions, aiming to satisfy over 40 percent of the company's water usage of 156,000 tons per day by 2024.[147]

Energy demands are also high for semiconductor fabrication. Facilities may require as much as 100 megawatt-hours of power each hour of operation,[148] equivalent to the amount of power consumed by the average U.S. household in nine years.[149] With electricity amounting for up to 30 percent of fabrication operating costs, access to reliable and affordable energy is essential for semiconductor manufacturers to be competitive.[150] The sudden cessation of water or electricity into a fab ruins wafers currently in the production line, at a high cost to the manufacturer.

For inputs that can be kept in inventory, efforts to gain cost savings through reduced inventories increase vulnerabilities to supply chain disruptions. While many companies seek multiple suppliers to reduce the risk of disruption, for some items, this may not be possible. As discussed above, many segments of the semiconductor supply chain are highly concentrated, with one or a handful of suppliers dominating a particular process or area of focus. One of the most visible such areas is in photolithography equipment, where only ASML supplies EUV equipment, and the top three providers (ASML, Nikon, Canon) account for virtually all of the overall market share.

The United States leads the world in fabless semiconductor design, which introduces the additional supply constraint of outsourced manufacturing services. As noted above, 80 percent of the foundry market share is located in Asia, nearly all located in Taiwan. With a limited number of potential suppliers of chip fabrication

---

[145] Kim et al. "Chemical use in the semiconductor manufacturing industry", (International Journal of Occupational and Environmental Health, October 24 2018).
[146] Fluid Metrology Group, "Index of Semiconductor Process Gases", (National Institute of Standards and Technology, August 21 2020).
[147] Cheng Ting-Fang, "TSMC tackles Taiwan drought with plant to reuse water for chips", (Nikkei Inc, April 22 2021).
[148] Steve Chen, Apoorv Gautam, and Florian Weig, "Bringing Energy Efficiency to the Fab", (McKinsey, Autumn 2013).
[149] "Use of energy explained: Energy use in homes", (U.S. Energy Information Administration, May 9 2019).
[150] Steve Chen, Apoorv Gautam, and Florian Weig, "Bringing Energy Efficiency to the Fab"

services and severe geographic concentration, a single event such as a natural disaster can result in significant disruption across the supply chain.

Indeed, the globalized and highly specialized structure of the semiconductor manufacturing supply chain, combined with the economic benefits of geographic manufacturing clusters, raises the risks of disruption from natural and human-made disasters. For example, in December 2020, a one-hour long power outage in a memory fab in Taiwan impacted 10 percent of global DRAM supply.[151] In a more recent example, the 2021 cold weather-related power outages in Texas led to short term closures of three chip manufacturing facilities in Austin, further straining supply chains that had been impacted by COVID-19.[152] In addition, following a fire at its facility in March 2021, Japanese chip producer, Renesas Electronics Corporation, said that it would take 100 days for the plant to return to normal production. This further exacerbated the automotive chip shortage because two-third of the output of the impacted production line supplied automotive chips.[153] With East Asia hosting significant concentrations of critical material inputs and manufacturing processes, and U.S. semiconductor manufacturing concentrated in Texas, Arizona, and Oregon, the potential for a single event to have large impacts is heightened.

Domestic manufacture, processing, and distribution of semiconductors and materials and equipment related to semiconductor manufacturing could potentially be impacted by current and future regulations under environmental statutes. Regulated entities, including those in the semiconductor industry, may need to identify specific chemicals in their supply chain and engage in R&D to reduce or replace those chemicals as necessary. Given the complexity and challenges of the supply chain outlined in this document, this could, in some cases, be a significant undertaking. The U.S. Environmental Protection Agency is aware of these issues, including those raised by commenters regarding specific actions under the Toxic Substances Control Act,[154] and has been in constant communication with the semiconductor industry regarding how supply chain impacts can be considered during development of future regulations.

**Malicious Supply Chain Disruptions: Insertions and Counterfeits**

The risk of malicious disruptions to semiconductors and their supply chains has risen in concert with increased chip complexity, process separation, and outsourcing. According to the Department of Defense's (DoD) Defense Science Board Cyber Supply Chain Task Force, "insertion of a malicious microelectronic vulnerability via the supply chain can occur at any time during production and fielding of a weapons system or during sustainment of the fielded system."[155] The design step is particularly vulnerable to alteration of insertion. Such attacks would not need to be targeted at a particular end user; as designs and IP blocks can be used across millions of chips a modified design could insert a back door across all chips using it, with a malicious actor then able to target the system using the chip, specialized designs for known end-users could be especially vulnerable. The end-user is also easily identified during the fabrication of the specialized photomasks and packaging.

Counterfeiting and re-use of semiconductors presents an additional risk. Beyond the revenue loss experienced by the victims of counterfeits—estimated at $100 billion annually for the entire electronics sector—systems and end users can experience early or catastrophic failure as a result of counterfeit semiconductors.[156] Defense systems and critical infrastructure are particularly at risk from counterfeits, as these uses often place more stress on components and have more dire ramifications for failure. Inspection,

[151] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era"

[152] Ian King and Bloomberg, "Texas power failures shut down chip factories, which could send shock waves up the supply chain", (Fortune, February 17 2021).

[153] Eimi Yamamitsu, "Renesas says normal production at fire-hit chip plant to take 100-120 days", (Reuters, March 29 2021).

[154] For example, see public comments from Hitachi High-Tech America, Inc. and American Chemistry Council.

[155] Defense Science Board, "Task Force on Cyber Supply Chain", (Office of the Under Secretary of Defense For Acquisition, Technology, and Logistics, April 2017).

[156] Guin et al. "Counterfeit Integrated Circuits: A Rising Threat in the Global Semiconductor Supply Chain", (IEEE, August 2014).

sensing, and monitoring also is at particular risk because a counterfeit semiconductor may not detect failures and problems or may induce mis-calibration of equipment due to faulty readings. The simplest form of counterfeiting in this case is the re-packaging or remarking of a used, mis-branded or not to spec semiconductor. Semiconductor companies have developed sophisticated product markings and other counters to this.

The DoD instituted the Trusted Foundry program in 2003 to focus on assuring the integrity of the semiconductor supply chain for the U.S. Government. To this end, DoD Instruction 5200.44 requires that "In applicable systems, integrated circuit-related products and services shall be procured from a trusted supplier accredited by the Defense Microelectronics Activity (DMEA) when they are custom-designed, custom-manufactured, or tailored for a specific DoD military end use (generally referred to as application-specific integrated circuits (ASICs))." With no leading-edge semiconductor manufacturers in the United States or other members of the National Technology and Industrial Base,[157] the DoD is currently unable to ensure its access to secure supply chains. Similarly, the Department of Energy's Argonne National Laboratory's planned Aurora supercomputer has had to switch from using Intel to TSMC due to Intel's delays in starting 7 nm production.[158]

### Use of Obsolete and Generations Old Semiconductors and Related Challenges to Continued Profitability of Companies in the Supply Chain

Beyond access to leading edge chips for new systems, the United States has significant ongoing requirements for mature node and obsolete semiconductors. Many defense systems in particular are in service for many decades beyond their initial design, and sustainment of these systems requires a continued ability to manufacture and replace parts that are no longer cutting edge. The chips used in the B-2 bomber, for example, were obsolete just seven years after it came into service; replacing the obsolete electrical components ended up costing nearly 40 percent of what it would have cost to replace the entire electrical system.[159] With defense and other critical systems often having lifespans counted in decades and semiconductors doubling in density every two years, U.S. national security can depend on semiconductors that are generations old.

In addition, for consumer applications, there is continued demand for chips that are years removed from leading edge, creating challenges for continued profitability and production of components. For example, mature node chips (those chips with larger line-widths) that are ubiquitous in autos and other electronic devices throughout the electronics ecosystem are severely impacted by the current shortage. These are relatively low-cost processors that carry out tasks within many different types of end-uses, especially microcontrollers.[160] Despite continued demand, the relative cost of building and operating new fabrication facilities focused on older technologies is high and is complicated by the limited supply of semiconductor equipment suppliers for mature node production.

### Customer Concentration and Geopolitical Factors: Dependence on China and Potential for International Conflict

While the United States no longer leads the world in semiconductor manufacturing capabilities, it does play a dominant role in the crucial EDA, IP, and SME segments. With much of the world's semiconductor

---

[157] The National Technology and Industrial Base (NTIB), established by 10 U.S.C. §2500, includes national security and dual-use activities in the United States, Canada, the U.K., and Australia

[158] Odell et al. "Supply Chain Risk in Leading-Edge Integrated Circuits", (Institute For Defense Analysis, March 2021).

[159] Peter Sandborn, "Trapped on Technology's Trailing Edge", (IEEE Spectrum, April 1 2008).

[160] A microcontroller is integrated circuit used for controlling the digital, analog, and memory functions of an electronic system. They are small, versatile, and inexpensive type of semiconductor. Robert Keim, "What Is a Microcontroller? The Defining Characteristics and Architecture of a Common Component", (All About Circuits, March 25 2019); Song Jung-a and Eleanor Olcott, "Global chip shortage spreads to toasters and washing machines", (Financial Times, April 24 2021).

manufacturing carried out in Asia, these companies are highly dependent on manufacturing outside the United States for production of their chips.  They also substantially rely on sales outside the United States for revenue, which in turn funds continued development of leading-edge chips to maintain their market lead.  As noted above, U.S. equipment companies are nearly entirely dependent on non-U.S. sales, with sales to China accounting for an increasingly large percentage.  Losing access to these customers in the short run can have permanent effects, as manufacturers redesign their processes based on their equipment suppliers.

U.S. semiconductor companies, particularly equipment providers and EDA suppliers, thus have the potential to be significantly impacted by trade restrictions between the United States and China, with major portions of their revenue at risk of long-term disruption.  Based on the Chinese Government's ambitions in regard to the semiconductor industry, these revenue sources may be at risk in the long run regardless, but given their ability to reinvest in their businesses is immediately dependent on sales to China, their long-term viability is immediately affected by actions that decrease sales.  The current dependence of U.S. companies on sales to China, in addition to plans by the Government of China to become a world leader in semiconductor production, represent one of the largest, most concerted risks to the U.S. semiconductor industry.  This short-term dependence and long-term vulnerability highlights the importance of a holistic approach to addressing increasing concentration of semiconductor production activities in China.  China's plans and actions more fully explored in the "Competitor Actions" section below.

Beyond China's semiconductor-specific plans, it must be noted that the bulk of worldwide state-of-the-art semiconductor fabrication facilities are in territory subject to geopolitical and geological risk.  The fact that many fabrication facilities are in China and Taiwan and are owned by entities in these two economies puts the world semiconductor community at great risk from geopolitical actions.  Even a minor conflict or embargo could have immediate major disruptions to the United States and long-term implications for U.S. supply chain resilience.

**Electronics Production Network Effects: Ongoing Erosion of U.S. Microelectronics Ecosystem**

The production of electronics in general, and semiconductors in particular, benefit from so-called "manufacturing clusters."  Regional clustering of similar companies provides the companies in the cluster agglomeration benefits via shared infrastructure and suppliers, building a large talent pool for their workforce, and facilitating shared innovation.[161]  In establishing itself as the primary immediate customer for semiconductors, China has established a market position that, if unchecked, will allow it increasing power over the global semiconductor industry.

With many of their largest customers already in China, semiconductor companies have an incentive to establish a nearby presence, which in turn serves to increase the attractiveness of setting up a semiconductor-related business there.  A 2017 Department of Commerce survey of the U.S. semiconductor industry found that of the companies with suppliers or customers in China, 42 percent also outsourced some design or manufacturing to China, compared to 18 percent of those with no suppliers or customers in China.

One instructive example is the printed circuit board industry, as highlighted in the 2018 DoD report *Assessing and Strengthening the Manufacturing and Defense Industrial Base and Supply Chain Resilience of the United States*:

> The case of printed circuit boards likewise highlights the growing risks to the industrial base.  The printed circuit board sub-sector provides the substrate and interconnects for the various integrated circuits and components that make up an electronic system.  Today, 90% of worldwide printed circuit board production is in Asia, over half of which occurring in China; and the U.S. printed circuit board sub-sector is aging, constricting, and failing to maintain the state of the art for rigid and rigid-flex printed circuit board production capability.

Indeed, one major printed circuit board producer reported to the Department of Commerce in 2016 that it could build a new production bare printed circuit board site in China or the United States for approximately

---

[161] Ryan Donahue, Joseph Parilla, and Brad McDearman, "Rethinking Cluster Initiatives", (Brookings, July 2018).

the same cost, but that the presence of the upstream and downstream supply chain in China made it more logical and profitable to establish the new facility in China. In the same way that it has now become a better business choice to manufacture circuit boards in China even given the same cost basis, the risk to the U.S. semiconductor industry will continue to rise as China accounts for an increasing share of the semiconductor ecosystem.

## Human Capital Challenges

The United States has an immediate need for highly skilled workers in the semiconductor industry. A 2017 industry survey by Deloitte and SEMI found that 77 percent of surveyed semiconductor executives thought the industry was facing a critical talent shortage, with another 14 percent expecting a severe talent shortage.[162] A 2017 Department of Commerce survey similarly found that 71 percent of facilities identified "finding qualified workers" as one of their top three expected workforce issues between 2018 and 2022, with nearly half of respondents listing it as their single most pressing workforce issue.

With such intense competition for skilled labor, the U.S. semiconductor industry is highly dependent on immigration, with an estimated 40 percent of high-skilled workers born abroad.[163] Intel and Micron both reported in 2020 that restrictions to immigration were a challenge in hiring and retaining talent, and accordingly a risk to their businesses.[164]

Universities in the United States are a primary attraction for and source of talent for the semiconductor industry. International students in 2020 accounted for approximately 60 percent of enrollment in semiconductor-related graduate programs.[165] As China increasingly seeks out foreign talent, retaining these students in the United States serves to both bolster the domestic semiconductor industry and prevents competitors from acquiring the talent necessary to surpass the United States.

The Semiconductor Research Corporation (SRC) and the industry association SEMI reported in their public comments on the semiconductor supply chain Executive Order Notice of Inquiry their outreach, education and training programs specific to the semiconductor supply chain and recommendations.[166]

## IP Theft

In addition to seeking to acquire skilled semiconductor workers, there are indications that, as the Information Technology and Innovation Foundation writes, "the acquisition of foreign semiconductor technology through IP theft has been a key pillar of China strategy."[167] Multiple Chinese semiconductor companies have been accused of and charged with stealing trade secrets, including by state-owned Fujian Jinhua Integrated Circuit, Co.[168] Illicit pursuit of IP is not limited to China: from 2012 to 2016, an average of just over 100 lawsuits per year involving semiconductor patents were brought before U.S. District Courts, with a similar number of semiconductor-related petitions brought before the Patent Trial and Appeal Board in 2016 via the *inter partes* review procedure (launched in 2012).[169] The semiconductor industry relies on protection of and reasonable access to IP. Semiconductor design and the associated EDA tools are essentially applications

---

[162] Will Hunt and Remco Zwetsloot, "The Chipmakers: U.S. Strengths and Priorities for the High-End Semiconductor Workforce"
[163] Will Hunt and Remco Zwetsloot, "The Chipmakers: U.S. Strengths and Priorities for the High-End Semiconductor Workforce"
[164] Intel Corporation, "Form 10-K", (U.S. Securities and Exchange Commission, December 26 2020); Micron Technology Inc, "Form 10-K", (U.S. Securities and Exchange Commission, September 3 2020).
[165] Will Hunt and Remco Zwetsloot, "The Chipmakers: U.S. Strengths and Priorities for the High-End Semiconductor Workforce"
[166] SEMI, "Public Comment 52. SEMI. Kim Ekmark. 04/05/21"
[167] Stephen Ezell, "Moore's Law Under Attack: The Impact of China's Policies on Global Semiconductor Innovation"
[168] "PRC State-Owned Company, Taiwan Company, and Three Individuals Charged With Economic Espionage", (U.S. Department of Justice, November 1 2018).
[169] "Trends in Semiconductor Industry Patent Prosecution and Litigation 2017", (Jones Day, February 2017).

of IP, and the United States' ability to continue to lead in these areas is dependent on adequate protection of IP.

Related areas of concern are forced technology transfer and IP leakage that results from outsourcing of semiconductor production processes. Within Chinese government plans to promote their semiconductor industry are policies that encourage or require the transfer of IP to China-based businesses, including through joint-venture requirements with Chinese businesses. Increased activity by U.S. semiconductor businesses—as well as the Taiwan- and South Korea-based companies U.S. semiconductor design companies depend on for production—in China may result in an acceleration of transfer of IP from U.S.-based companies to China-based companies.

Aggressive pursuit and defense of IP is reflective of the overall level of competitiveness in the semiconductor industry and importance of maintaining competitive edges. The semiconductor industry is second only to biopharmaceuticals as the world's most R&D-intensive industry; the ability to reap the benefits of R&D spending to enables continued future innovation.[170] The same dynamic exists with capital expenditures, as the costs of building cutting edge fabs is rapidly increasing: Moore's Second Law holds that the cost of constructing a semiconductor fabrication facility doubles every four years. For companies aiming to produce at the cutting edge, failure to capitalize on current technology can result in an inability to invest in future technology.

**Challenges in Capturing the Benefits of Innovation, Aligning Private and Public Interests**

Under optimal conditions, private companies—particularly ones that do not receive massive state-subsidies—optimizing their individual business conditions will lead to efficient markets and sustainable growth. However, the massive R&D and capital expenditures required to manufacture semiconductors and the speed at which the leading edge advances mean that private incentives and the public interest can easily become misaligned. Multi-billion dollar investments take a minimum of several years to show any return, and rising investment needs decrease the appetite for investment by the private sector, particularly in the face of uncertain demand.

Even with the robust private spending on R&D in semiconductor industry, expenditures are targeted at the "D" side: applied research and product development that have closely hewed to advancing Moore's Law scaling.[171] Many individual firms do not have the risk-tolerance necessary to undertake the long-term, high-rate-of-failure basic research projects that will be necessary to advance radically new chip designs and manufacturing processes to support emerging computing methods.[172] Even in the event of a successful outcome, it is difficult for a single firm to capture all of the economic benefits associated with a breakthrough in fundamental science, making them even less interested to try.[173]

In light of the benefits of clustering and network effects discussed above, an individual decision to cease investing or begin offshoring can have negative effects on the rest of the industry. The decision of GlobalFoundries in 2018, for instance to cease work on 7 nm production was "not based on technical issues that the company faced, but on a careful consideration of the business opportunities the company had with its 7 LP platform as well as financial concerns."[174] The decision to stop work on 7 nm production may have been the most profitable business decision for GlobalFoundries, but left the United States without any cutting edge foundries for the near term.

---

[170] Stephen Ezell, "Moore's Law Under Attack: The Impact of China's Policies on Global Semiconductor Innovation"
[171] "Winning the Future: A Blueprint for Sustained U.S. Leadership in Semiconductor Technology", (Semiconductor Industry Association, April 2019).
[172] "The Future of Computing", (Potomac Institute for Policy Studies, January 2020).
[173] Matt Hourihan and David Parkes, "Federal R&D Budget Trends: A Short Summary", (American Association for the Advancement of Science, January 2019).
[174] Anton Shilov and Ian Cutress, "GlobalFoundries Stops All 7nm Development: Opts To Focus On Specialized Processes", (AnandTech, August 27 2018).

This lack of domestic capacity may soon be mitigated by proposed investments in the United States for new fabrication facilities in the United States (discussed below).  In the same way that the decision of GlobalFoundries to cease work on 7 nm production limited the options of domestic design companies, unilateral investments by Intel, TSMC, or Samsung in a domestic foundry can have positive ripple effects throughout the semiconductor supply chain.

The broader external impacts of such individual decisions are amplified in the semiconductor manufacturing industry, which is highly consolidated and features significant government intervention, particularly in China.  While U.S. companies must typically cut back on hiring, capital expenditures, and R&D when faced with uncertain future demand, companies in China, both with and without direct government ownership, are able to continue to invest based on the knowledge that the Government of China will be contributing billions of dollars to the industry.

# GLOBAL FOOTPRINT

## CHINA

China is implementing a comprehensive strategy to build an indigenous semiconductor sector.  The billions of dollars in state-directed subsidies and other financial support given to domestic entities comprise the key pillar of China's overall industrial policy approach since 2014, which aims to indigenize and place under state control or ownership its entire semiconductor supply chain.

China's novel subsidy strategy – primarily in the form of government equity "investments" – aggressively exploits gray areas in international trade rules in World Trade Organization (WTO) disciplines.[175] Government and industry stakeholders across the global semiconductor supply chain are deeply concerned by China's market-distorting behavior.  The following is a catalogue of the scale and structure of China's subsidies program, where China is spending its money, and the current and potential impacts of the subsidies.

The government of China declared its desire to build a globally superior, self-sufficient domestic semiconductor industry with its June 2014 publication of the *Guidelines*.[176]  China's industrial policy in the semiconductor sector is funded at a magnitude significantly larger than in previous sector development campaigns.  "China routinely cranks out economic plans; what counts is not the plan but the money,"[177] meaning that what matters with this policy is not the plan itself, but the amount of money being doled out.

In conjunction with release of the *Guidelines,* China established the National Integrated Circuit (IC) Fund, incorporated as a majority government-owned investment company.  Launched in 2014, the first phase of the National IC Fund had as its main shareholders China's Ministry of Finance and the China Development Bank, which held almost 60 percent of the shares combined, while central and local level government state owned enterprises (SOEs) held the vast majority of remaining shares.  According to China's National Enterprise and Credit Information Publicity System,[178] the registered capital for the first phase of the National IC Fund was $21 billion.  Announced in October 2019, the second phase of the National IC Fund included $29 billion and will likely increase.

China's "venture capital" model is designed to funnel massive state subsidies into China's domestic semiconductor industry.  By characterizing the National IC Fund as a private, market-driven investment fund

---

[175] WTO Subsidies and Countervailing Measures (SCM) Agreement requires all members to notify all government subsidies to the SCM Committee which are then subject to extensive review to determine, *inter alia,* whether said subsidy is prohibitive and caused injury: "Agreement on Subsidies and Countervailing Measures ("SCM Agreement")", (World Trade Organization, n.d.).
[176] "Ensuring Long-Term U.S. Leadership in Semiconductors", (President's Council of Advisors on Science and Technology, January 2017).
[177] James Andrew Lewis, "China's Pursuit of Semiconductor Independence", (Center For Strategic & International Studies, February 27 2019).
[178] "国家职业信用信息公示 National Enterprise Credit Information Publicity System", (State Administration of Market Supervision and Administration, n.d.).

free from government intervention, China is avoiding the transparency requirements of the WTO subsidy regime and is likely seeking to avoid future WTO dispute settlement. With clear guidance and support from China's central government, this "venture capital" model has been replicated across Chinese provinces and municipalities. The Chinese government has consistently maintained that the investment fund is run on a commercial basis without government interference. However, the reality is that these fund managers, in all likelihood, serve as proxies to carry out the government of China's policy to strengthen indigenous innovation, replace imports and support China's industrial policy and military-civil fusion objectives.[179]

Now that China is eight years into its plan, it is clear that that China's government designed its "venture capital" model to facilitate a massive subsidy campaign to develop its domestic semiconductor capability to avoid any WTO oversight. Indeed, the OECD recently concluded that this "could explain in part the recent proliferation of government funds investing in semiconductor firms, which may allow governments to continue /supporting their domestic industry while limiting the risk of a WTO challenge," obliquely referring to China.[180]

Central government funding also signals where municipal and provincial level officials should invest, thus amplifying the effect of central-level subsidies.[181] The value of subsidies provided by non-central government entities to China's semiconductor industry has been estimated at $145 billion for the 2015-2025 time frame.[182] Combined, Chinese government support to its domestic industry during this time frame could be as high as $200 billion, though lack of transparency makes determining the true scale of Chinese government financial support difficult.

In addition to subsidies, Chinese policies have lowered income tax rates for semiconductor companies that use specific technology nodes and there are specific concessions on value-added tax. Several potential domestic champions, including Tsinghua Unigroup (Beijing) and SMIC (Shanghai), have received loans at below-benchmark rates from China's policy banks (e.g. China Development Bank) and the "big four" state-owned banks.[183] Semiconductor sector development is one of China's most well-funded industrial policies, highlighting the seriousness with which China is challenging established global players.

**Semiconductor Subsidy Support Vectors**

China's support for its domestic semiconductor industry is being implemented in various ways.

In the early stages of implementation, China focused on semiconductor industry mergers and acquisitions. In 2015, China began by funding the consolidation of myriad of domestic companies into larger ones, giving potential "national champions" the scale to compete with foreign companies. The most prominent example was the acquisition of RDA Microelectronics (China) and Spreadtrum (China) by Tsinghua Unigroup. These acquisitions put Tsinghua Unigroup in lead position for China's semiconductor industry development.

In the *Guidelines,* China acknowledged that it could not develop its semiconductor industry without foreign assistance and technological expertise and therefore emphasized the importance of international engagement. For example, the *Guidelines* provided the objective to "further improve the [semiconductor] development environment, vigorously attract foreign capital, technology and talent; encourage international IC companies to establish R&D, manufacturing and operations in China." Armed with billions in subsidies, the Chinese government went on a buying spree for foreign semiconductor companies. Globally China went from zero semiconductor company acquisitions prior to 2014 to over 25 potential and completed deals in 2015. This

---

[179] Dieter Ernst, "China's Bold Strategy For Semiconductors--Zero-Sum Game Or Catalyst For Cooperation?", (East-West Center, September 2016).
[180] OECD, "Measuring distortions in international markets: The semiconductor value chain"
[181] OECD, "Measuring distortions in international markets: The semiconductor value chain"
[182] According to SIA estimates of publicly available information. Poor transparency makes the true scale of financial support challenging to predict
[183] OECD, "Measuring distortions in international markets: The semiconductor value chain"

does not include the more than a dozen unrecorded and informal approaches that took place during this period.[184]

Talent recruitment is another focus in China's semiconductor strategy. Under its "Thousand Talents Plan," China aims to recruit top science and engineering experts from abroad to support Made in China 2025.[185] This has been evident in the semiconductor sector as China has poached semiconductor engineers from across the world, with a particular focus on South Korea and Taiwan. China is targeting two groups of engineers: senior industry veterans in their 40s and 50s who have in-depth knowledge of current manufacturing processes and very young talent just out of university. For example, in South Korea there are reports of successful use of "1/5/3" recruiting tactics to entice local talent –industry veterans are offered five times their salary for three years of work if they accept employment in China.[186] China has also reportedly lured away 3,000 Taiwanese chip engineers over the past several years by offering two to three times their current salary.[187] Paying above-market rates for industry talent is another example of China's aggressive behavior supported by state subsidies.

A large proportion of Chinese subsidies in the semiconductor sector are going towards construction of Chinese fabs. Modern fabs are expensive to build and equip ($12-$20 billion) and extremely complex to operate. Consequently, since 2014, the Chinese government has played a central role in co-financing a domestic semiconductor fab building boom through complex ownership structures that involve local and central government funds as well as certain SOEs. Increasing domestic fab capacity is a hallmark of China's industrial policy to achieve its goal of self-reliance in the semiconductor sector. In 2018, China alone accounted for more than half of worldwide construction spending on fabs, reaching $6.2 billion.[188] In 2019, total announced Chinese investments in fabs exceeded $215 billion. Industry estimates that government-financed fabs in China could number 70 or more by 2023 compared with roughly two dozen now.[189] The Chinese government is also ensuring that the pace of China's semiconductor fab construction moves ahead unimpeded. Signaling the Government's resolve, the National IC Fund recently pledged to commit further capital to projects during the COVID-19 outbreak in China, including the YMTC 3D-NAND flash memory fab in Wuhan.[190]

There is an expanding global demand for memory chips and China hopes to use lessons from developing this technology as a stepping stone to produce more sophisticated products, as Japan and South Korea did in the 1980s and 1990s.[191] China understands that emerging applications and technologies will require unparalleled memory capabilities. Its strong push into memory is a strategic move to achieve its ultimate goal of cyber sovereignty and establishing first-mover advantage in "new generation information technology."

China's memory projects are the most mature of all its efforts across the semiconductor spectrum. YMTC, a subsidiary of Tsinghua Unigroup, is emerging as China's national champion memory chip producer. Even though YMTC's 3D-NAND memory technology is untested and significantly less advanced than global leaders, it still represents a watershed moment in China's semiconductor ambitions, especially because YMTC

[184] Thilo Hanemann and Daniel H. Rosen, "Chinese Investment in the United States; Recent Trends and the Policy Agenda", (Rhodium Group, December 9 2016).
[185] Kathrin Hille, "US fears attempts by Chinese chipmakers to grab top talent", (Financial Times, November 2 2018).
[186] Blouin et al. "2016 Top Markets Report Semiconductors and Related Equipment", (U.S. Department of Commerce, International Trade Administration, July 2016).
[187] Keoni Everington, "China poaches 3,000 chip engineers, but Taiwan winning from trade war", (Taiwan News, December 3 2019).
[188] James Andrew Lewis, "China's Pursuit of Semiconductor Independence"
[189] OECD, "Measuring distortions in international markets: The semiconductor value chain"
[190] Ahmad et al. "Semicon China 2017", (Credit Suisee, March 22 2017).
[191] James Andrew Lewis, "China's Pursuit of Semiconductor Independence"

was only founded in July 2016.  YMTC has received an estimated $24 billion in subsidies from Chinese government sources, which was essential to the firm's rapid development.[192]

**China National IC Fund Phase II**

Undeterred by foreign competitors' and governments' complaints about the market-distorting effects of its subsidies[193] as well as U.S. export restrictions of advanced semiconductor technology and machinery that may assist Chinese companies, China is accelerating its industrial policy.  As illustrated above, China is signaling its commitment to the development of its semiconductor industry and confidence that these policy tools are working despite at least six multi-billion dollar semiconductor projects in China utilizing state funds failing over the past two years,[194] on-going overinvestment in China's domestic IC market,[195] and the fact that even state champion Tsinghua Unigroup is struggling to meet its debt obligations.[196]  Announced in late 2019, the second phase of the National IC Fund is largely the same as the original, but looks to support the indigenization of a broader swathe of the semiconductor supply chain, including SME as discussed above. The second phase also includes sharp increases in the amount of funds from local governments, especially from the southwest provinces.  Genuine private-sector investment is almost non-existent.[197]

Ding Wenwu, President of the National IC Fund (former Director of Electronic Information Division in the China's Ministry of Industry and Information Technology), announced that, while the first phase was focused "almost exclusively on manufacturing projects, phase two will increase the proportion of investment in the IC design industry, IC equipment and materials, and will also focus on *subsidizing the adoption of domestic ICs by Chinese electronics companies*."[198]  He highlighted China's design weaknesses in advanced chips, such as CPUs, GPUs, FPGAs, and microelectromechanical systems (MEMS).  Through mastery of these types of chips, China aims to dominate emerging industries, including autonomous vehicles, smart grid, IoT, 5G and AI, which could address its strategic technology gap with the United States.

**SOUTH KOREA**

South Korea plays a major role in the global semiconductor supply chain.  In 2019, South Korea-based companies accounted for nearly 20 percent of global sales, second only to the United States.  This market share is predominantly represented by Samsung and SK hynix.  It also has a small but consistent role in the manufacture of semiconductor manufacturing equipment.

Given the predominance of Samsung and SK hynix in the global supply chain, most South Korean Government support, while limited, is provided to those two firms.  From 2014-2018, the South Korean Government provided a total of $8 billion to Samsung and less than $1 billion to SK hynix, representing less than one percent of revenue for both companies mostly through R&D support and tax concessions.[199]  Most recently, the South Korean Government announced two programs aimed at improving the semiconductor workforce and artificial intelligence (AI) chips.

---

[192] Cheng Ting-Fang, "China's top maker of memory chips plans to double output in 2021", (Nikkei Inc, January 12 2021).

[193] According to Taiwan News, there were approximately 45,300 companies in China supposedly dedicated to chip production or design as of July 20, 2020. Sophia Yang, "Six of China's largest semiconductor projects now halted", (Taiwan News, October 5 2020).

[194] Emily Feng, "A Cautionary Tale For China's Ambitious Chipmakers", (National Public Radio, March 25 2021).

[195] Nuying Huang and Willis Ke, "China moving to prevent blind investment in third-generation semiconductors", (DigiTimes, December 28 2020).

[196] Josh Horwitz, "Analysis: China's would-be chip darling Tsinghua Unigroup bedevilled by debt and bad bets", (Reuters, January 19 2021).

[197] Xinzhixun Rurouni Sword, " 芯智讯 注册资本2041.5亿，大基金二期来了！", (Weixin, October 25 2019).

[198] "丁文武解读大基金二期规划，将布局哪些新兴行业", (EEFocus, March 19 2018).

[199] OECD, "Measuring distortions in international markets: The semiconductor value chain"

Samsung produces a wide array of semiconductor products and its competitive advantage lies in logic, memory, and image sensors.  In 2020, Samsung was rated the second leading semiconductor company by sales, just behind Intel, driven primarily by memory and leading edge logic.[200]  Samsung is one of only two companies that are producing volume in the leading edge 7 nm and 5 nm chips.  The firm is using its manufacturing and technology edge to push its manufacturing capacity, thus further cementing is growing leadership over other rivals.  In 2020, Samsung was ranked number one in total global 300 mm capacity at 21 percent.[201]  Samsung continues to make significant investments to increase its production capacity and is forecasted to spend an additional $30 billion in 2021.[202]

South Korea's dominant market share is also driven by South Korean companies' strong memory business.  In 2019, Samsung was the global market share leader in DRAM (46 percent) and NAND flash (35 percent).[203]  SK hynix is also a dominant player in the memory market with 29 percent of the DRAM and 10 percent of the NAND Flash market during the same timeframe.  In 2019, strong memory sales and rising prices helped Samsung and SK hynix take the number two and four spots, respectively, for top global semiconductor firms by revenue.[204]

The Government of Korea provides several types of incentives to support its domestic semiconductor-manufacturing base.  Not only does the Korean Government provide subsidies to lower the cost of infrastructure development and utilities, but it also supports semiconductor companies by identifying and providing favorable locations for new fabs.  In addition, the government has enacted simplified or expedited procedures and has eased regulations to lower administrative burdens on the South Korean semiconductor industry.  According to one source, incentives and subsidies provided by the Government of Korea effectively lower the total cost of ownership of a semiconductor fab by approximately 25-30 percent.[205]

## EUROPEAN UNION (EU)

In December 2020, 20 EU member states signed a joint declaration to work together to "reinforce the processor and semiconductor ecosystem and to expand industrial presence across the supply chain."  The declaration states its aims as "creating synergies among national research and investment initiatives" and building and expanding upon existing microelectronics projects.  The Declaration notes a requirement of investments from the EU budget, national budgets, and the private sector.  Microelectronics was identified as a key area for investment under the EU Recovery and Resilience Facility.  In its March 2021 release of a new "Digital Compass," the EU Commission has called for Europe to account for 20 percent of global production by value of "cutting-edge and sustainable semiconductors" by 2030.  The announcement of the new Digital Compass promised investments from the EU budget to support its goals, including support from the Recovery and Resilience Facility.  The EU Commission has set aside $173 billion to support member states' digital infrastructure projects in its 2021-2027 budget.  Also of note is the industry-academic consortia IMEC,[206] with two state-of-the art cleanrooms and one 200 mm, advanced packaging equipment and 4,000 employees.  Industry supplies 80 percent of the funding, and 20 percent by the local government.  There are also regional efforts such as Silicon Saxony.[207]

---

[200] "Intel to Keep Its Number One Semiconductor Supplier Ranking in 2020", (IC Insights, November 23 2020).
[201] "TSMC Ranks in Top-10 For Capacity in Three Wafer Size Categories", (IC Insights, February 24 2021).
[202] Kotaro Hosokawa, "Samsung to pour $30bn into booming chip business", (Nikkei Inc, January 9 2021).
[203] Cheng Ting-Fang and Lauly Li, "China memory chip output zooms from zero to 5% of world total", (Nikkei Inc, November 20 2019).
[204] Kim Eun-Jin, "Samsung Electronics Tops Global NAND Flash Market in 4Q20 with 32.9% Share", (Business Korea, March 5 2021); Yonhap, "Samsung's presence in DRAM market slightly down in Q1: report", (The Korea Herald, May 12 2021).
[205] Note: different sources report varying levels of support provided by other governments: Varas et al. "Government Incentives and US Competitiveness in Semiconductor Manufacturing".
[206] "About Imec", (IMEC, n.d.).
[207] Silicon Saxony, "About Silicon Saxony", (SiliconEurope, n.d.).

**JAPAN**

In response to the COVID-19 global pandemic, under a program approved by Japan's National Diet, the Ministry of Economy, Trade, and Industry allocated $2.8 billion to support Japanese companies moving manufacturing capacities with an overreliance on one country (e.g., China) back to Japan or to Southeast Asian countries.[208] Subsidies initially targeted the costs of shifting production for medical products in short supply, and subsequent rounds target critical technology and green goods.[209] In addition, recent press reports indicate that additional support for semiconductor manufacturers will be included in an economic growth strategy developed by the Government of Japan.[210]

**TAIWAN**

In Taiwan, current incentives for semiconductor companies included 50 percent for land costs, 45 percent for construction and facilities and 25 percent for semiconductor manufacturing equipment.[211] Science parks sponsored by the Taiwan authorities provide semiconductor companies with access to land, electricity, and water and lower operating costs by enabling several members of the semiconductor supply chain to operate within the same facility. In total, according to one source, these incentives and subsidies effectively lower the total cost of ownership of a semiconductor fab by approximately 25-30 percent.[212] Other amenities at industrial parks include land for lease only, transportation infrastructure, no commercial or business taxes for machines used for production, raw materials, fuel, or semi-finished products, grants for industry-academic cooperation programs, reduction in R&D taxes, and a one-stop shop for services including talent cultivation, R&D grants application and customs services.[213]

In addition, in June 2020, Taiwan announced a $1.3 billion annual fund to attract foreign companies to establish semiconductor R&D projects in Taiwan, subsidizing up to half of all R&D costs incurred by global chip companies that build a presence on the island.[214] It also announced that the government would invest $335 million to incentivize foreign companies to establish semiconductor R&D facilities in Taiwan. The program aims to subsidize half of all R&D costs incurred by global chip companies that build on the island.[215] In addition, Taiwan authorities announced small-scale programs focused on AI applications.[216]

To combat China's efforts on attracting semiconductor engineers and designers, Taiwan has a law prohibiting Chinese firms from conducting business activities—including recruitment—without prior approval from the Taiwanese authorities.[217] In March 2021, Taiwanese prosecutors relied on this law to investigate accusations that Beijing-based Bitmain had established front companies in Taiwan to poach semiconductor designers.[218]

**SINGAPORE**

In Singapore, the total cost of ownership of an advanced memory fab is approximately 21 percent lower than it would be in the United States, with 63 percent of this gap attributed to government incentives provided to

[208] Yuko Takeo, Emi Urabe, "Japan Allocates $2.4 Billion to Beef Up Supply Chains", (Bloomberg, November 20 2020).

[209] "Successful Applicants Selected for the Program for Promoting Investment in Japan to Strengthen Supply Chains", (Government of Japan: Ministry of Economy, Trade, and Industry, November 20 2020).

[210] Rieko Miki, Takashi Tsuji, and Kosuke Takeuchi, "Japan to pour cash into domestic chipmaking, following US and China", (Nikkei Inc, May 19, 2021).

[211] Varas et al. "Government Incentives and US Competitiveness in Semiconductor Manufacturing"

[212] Varas et al. "Government Incentives and US Competitiveness in Semiconductor Manufacturing"

[213] "Why Hsinchu Science Park", (Hsinchu Science Park Bureau, Ministry of Science and Technology, November 30, 2020).

[214] Debby Wu and Cindy Wang, "Taiwan Draws Up Plan to Woo $1.3 Billion of Annual Tech Research", (Bloomberg, July 4 2020).

[215] Debby Wu, "Taiwan Dangles $335 Million to Woo Foreign Chipmakers", (Bloomberg, June 3 2020).

[216] Taiwan Today, "MOST unveils plan for AI research centers", (Ministry of Foreign Affairs Republic of China (Taiwan), July 7 2017).

[217] Debby Wu, "Taiwan Probe Spurs Fears of China Poaching Top Chip Talent", (Bloomberg, March 9 2021).

[218] Kathrin Hille, "Taiwan accuses Bitmain of poaching its top chip engineers", (Financial Times, March 10 2021).

semiconductor companies. These incentives include significant subsidies that lower land procurement and development costs. In addition, the government supports special economic zones and science parks, enabling other members of the semiconductor supply chain to operate within the same facility as the fab that they support. In total, according to one source, these incentives and subsidies effectively lower the total cost of ownership of a semiconductor fab by approximately 25-30 percent.[219]

## ISRAEL

While Israel currently lacks significant semiconductor manufacturing capacity, the Government of Israel provides strong incentives and subsidies to encourage the development of its semiconductor-manufacturing base. These incentives include subsidies on land development, facility construction, and equipment procurement. In total, according to one source, government incentives effectively lower the total cost of ownership of a semiconductor fab by approximately 30 percent.[220]

# OPPORTUNITIES & CHALLENGES

### Opportunity: Foster Investment in Domestic Semiconductor Manufacturing

As noted earlier, the U.S. share of semiconductor production and manufacturing capacity has fallen from 37 percent 20 years ago and stands at about 12 percent (by total capacity wafers per month) of global production. U.S. companies, including major fabless semiconductor companies, depend on foreign sources for semiconductors, especially in Asia, creating an obvious supply chain risk. Also, of concern is the fact that the U.S. semiconductor industry does not currently build high volume cutting edge integrated circuits in the United States but relies on Taiwan to manufacture these leading-node semiconductors. These cutting-edge chips are the foundation of paradigm-shifting technologies, such as AI and 5G, which have been identified by DoD as national security priorities. The United States also relies on foreign sources for materials.

To address these concerns, the U.S. Government has an opportunity to promote investment in domestic semiconductor manufacturing facilities as well as manufacturing of key inputs for semiconductors. There is promising evidence that this is already happening: TSMC, Samsung, Intel, and GlobalFoundries have all announced proposals for investments in semiconductor manufacturing operations in the United States.

- TSMC announced plans last year to build an advanced chip foundry in the Phoenix, Arizona area, a $12 billion investment with completion scheduled in 2024.[221] The plant will produce 5 nm chips with a capacity of 20,000 wafers per month and will employ 1,600 workers.[222]

- Samsung is considering a $17 billion investment to expand its production capacity in the United States, which would create 3,000 additional jobs[223] and is expected to commence operations in 2023.[224] Technical details on the plant expansion are unclear; one report indicates that the facility would be capable of producing at the 3 nm node. The company is seeking a 20-year property tax reimbursement to locate in Austin, Texas and has stated it is also considering locations in the United States (Arizona and New York) and in South Korea.

---

[219] Kathrin Hille, "Taiwan accuses Bitmain of poaching its top chip engineers."

[220] Varas et al. "Government Incentives and US Competitiveness in Semiconductor Manufacturing."

[221] "Chipmaker TSMC eyeing expansion of planned Arizona plant –sources", (Reuters, May 4 2021).

[222] "TSMC Announces Intention to Build and Operate an Advanced Semiconductor Fab in the United States", (TSMC, May 15 2020).

[223] Tribune News Service, "Samsung seeks $1 billion in tax breaks to build new $17 billion chip plant in Austin", (The Dallas Morning News, February 5 2021).

[224] Sohee Kim and Ian King, "Samsung Considers $10 Billion Texas Chipmaking Plant, Sources Say", (Bloomberg, January 22 2021).

- Intel announced in March 2021 that it will invest $20 billion to expand its manufacturing capacity through construction of two new fabs at its Chandler, Arizona campus. The fabs will not only serve Intel's requirements but will also provide foundry capacity for fabless customers. The investment is expected to create 3,000 permanent, high wage jobs.[225]

- GlobalFoundries is seeking federal and state support in the form of subsidies or incentives to build a fab adjacent to its existing fab (Fab 8) in Malta, New York. Fab 8 recently implemented export control security measures to allow for the manufacturing of ≥12 nm devices subject to the International Traffic in Arms Regulations or the Export Administration Regulations.[226]

Not only would increasing domestic semiconductor production capacity help address supply chain vulnerabilities in all segments of the semiconductor supply chain, it could also be the source of high quality, high paying jobs. SIA has estimated that each direct job in the semiconductor industry generates four to five indirect jobs. In addition, expanding production in the United States would help ensure that to maintain a domestic core of trained workforce. Absence of production at the cutting edge can lead to a lack of experience among American engineers working at the cutting edge, risking the U.S. lead in design expertise.

A semiconductor production facility could also support jobs in upstream and downstream sectors – such as electronic materials and packaging and testing. Electronic materials manufacturers already have production facilities in the United States; increased semiconductor production will encourage additional capacity and jobs in these and other critical steps in the supply chain. Several responses to the NOI were from current suppliers to semiconductor fabrication facilities outside the United States, and indicated that they would be interested in establishing U.S. locations to support new domestic fabrication facilities.[227]

In addition, as noted above, the United States also lacks back end chip processing capacity—ATP. This phase of the semiconductor production process is less technologically demanding than fabricating the chip, and the barriers to entering this sector are lower. It is nonetheless a vital step in the chip manufacturing process and an area in which China has both capability and market share and thus ability to willfully or accidently interrupt supply chains. Government policies to incentivize advanced chip packaging and testing in the United States could also enhance supply chain resilience. These incentives could be targeted at marginalized or economically depressed communities, which are not reaping the benefits of newly announced planned investments in chip production. Most production is in the Austin, Texas and Phoenix, Arizona areas—already technologically prosperous regions.

The Small Business Administration (SBA); several Department of Commerce bureaus, including the Economic Development Administration, Minority Business Development Agency, and NIST Manufacturing Extension Partnership program; and the Export-Import Bank of the United States (EXIM) all have programs, expertise, and resources that could be utilized to achieve the goal of expanding domestic production of semiconductors.

*Challenges*

The biggest challenge to increasing domestic semiconductor production is cost, both absolute and relative to other countries as discussed in the "Fabrication" and the "Competitor Actions" and "Ally/Partner Country Actions" sections. A large volume 300 mm fab anywhere in the world can cost billions of dollars, and tens of billions for a leading edge fab. The most critical factors for determining the best location to manufacture semiconductors include synergies with an existing semiconductor ecosystem/footprint, access to skilled talent, protection for intellectual property, labor costs, and government incentives. While the United States

---

[225] "Intel Announces $20 Billion Investment for Two New Arizona Fabs", (Intel Corporation, March 23 2021).
[226] "GlobalFoundries to Implement ITAR and Strict Security Assurances at its Advanced U.S. Semiconductor Manufacturing Facility", (GlobalFoundries, May 20 2020).
[227] Bureau of Industry and Security, "86 FR 14308 Semiconductor Manafacturing and Advanced Packaging Supply Chain NOI published 3-15-21_comments due 4-5-21", (Regulations.gov, March 15 2021).

fares well on the first three factors, the costs of labor are higher and there have been significantly fewer government incentives.  As a result, the 10-year cost of a new fab in the United States may be 30 percent—$6 billion on average—higher than building the same fab in Taiwan, South Korea or Singapore, and up to 50 percent higher than in China.  Much of the cost differential (estimated 40-70 percent) is specifically due to government incentives.[228]

Given the fact that global demand for semiconductors is forecast to grow, resulting in a need for an increase in semiconductor manufacturing capacity of more than 50 percent between 2020 and 2030, there is an opportunity for the U.S. to regain a higher share of fab capacity.

## Opportunity: Maintain and Advance U.S. Leadership in Semiconductor Technologies through R&D

The United States has led the world in semiconductor innovation, driving transformative advances in nearly every modern technology from computers to mobile phones to the Internet itself.  While the U.S. semiconductor design ecosystem is robust and world leading, this segment of the supply chain faces a number of challenges as discussed above.  Specifically, the U.S. design ecosystem is robust and world leading, but depends on limited sources of IP, labor, and manufacturing that are essential to bring products to market as well as continued ability to make significant R&D investments.  This section focuses on R&D-related opportunities.

The U.S. Government can and must play a vital role in sustaining U.S. leadership in semiconductor technology through supporting R&D and address areas in which there are shortcomings.  Federal investments in semiconductor-related research has the potential to add significantly to U.S. gross domestic product and create thousands of high-quality jobs.

Federal scientific and research agencies, including DARPA, the National Labs and NIST, can take the lead on building public-private partnerships and consortia to advance semiconductor innovations across the spectrum of scientific fields—materials, designs, architecture, and manufacturing technology.  Market failures in private funding for basic science research have meant that disruptive technology breakthroughs are more commonly associated with government research programs and federally funded academic studies.[229]  In addition, according to industry, public/private partnerships connect industry, academia and government and keep industry members updated with novel ideas and discoveries, and new materials, from around the world.  However, they are not as successful in translating these technologies to the industrial production phase.

The importance of maintaining U.S. semiconductor leadership and the potential for U.S. government labs to leverage their technological expertise in this regard has been increasingly recognized in bipartisan legislation, such as the CHIPS Act.  A broad, well-coordinated, well-funded federal initiative can build upon this growing consensus.

The United States could further explore semiconductor-related R&D opportunities with key partners, such as Taiwan, Europe, Japan, and South Korea, with which the United States has existing Science and Technology agreements.  Pooling resources of multiple nations could help boost R&D investments and diversify the risk of investments across multiple countries.  An example of a successful multinational R&D effort was EUV technology and equipment, which involved U.S., Japanese, and European participation over the course of three decades.

*Challenges*

Funding is a major challenge to developing next generation semiconductor technologies.  Semiconductor design and production are already highly sophisticated and take place at the subatomic level.  Technology advancements are pushing against the barriers of physics, and breakthroughs to move beyond current limits will involve massive costs.  For this reason, it is vital that there be a broad partnership of government, industry and academia to work together to achieve these goals, as it is increasingly difficult for companies to

---

[228] Varas et al. "Government Incentives and US Competitiveness in Semiconductor Manufacturing"
[229] Matt Hourihan and David Parkes, "Federal R&D Budget Trends: A Short Summary."

do so alone.  U.S. investments in semiconductor-related research will need to be increased significantly over current levels.  Research is critical to advancing semiconductor design, and federal investment in semiconductor research accounts for only a small fraction of total R&D.  In contrast, other governments – including China – are increasing their research investments.

Another challenge will be to ensure coordination among the various federal players (and private sector participants) to minimize duplication of effort and maximize potential return on investments.

**Opportunity: Create Pathways to Support Domestic Semiconductor Jobs along the Supply Chain**

The semiconductor industry provides employment opportunities at all levels, from scientists and engineers to manufacturing workers.  Expansion of domestic semiconductor production and maintaining its technological edge will require a robust domestic workforce.  There are opportunities, in both direct and indirect jobs, for workers with an Associate's degree or less.  Some of these opportunities will require specialized training through apprenticeships, and career and technical education programs.

The lion's share of direct jobs, particularly in leading edge production, require Bachelor's degrees or advanced degrees and pay upwards of $170,000 annually.[230]



Relative Percent of Education Levels of Largest Detailed STEM Occupations in Semiconductor and Other Electronic Component Manufacturing (NAICS 3344)

Source: 2015 and 2016 American Community Survey Public Use Microdata, U.S. Department of Commerce[231]

Manufacturing jobs include electrical technicians, assemblers, testers, mechanics, and front-line supervisors.  These jobs may be well-suited to registered-apprenticeship and community college programs.  Semiconductor companies, working with community colleges, can develop production-line specific training programs that will benefit industry, local communities, and individuals.  A share of the training programs, employment opportunities, and semiconductor production jobs should be available to traditionally underrepresented populations and in economically depressed or deindustrialized regions of the country.

To better prepare students for postsecondary programs, companies can also collaborate with career and technical education (CTE) programs at the state and local levels to develop technical preparation programs.

---

[230] "Chipping in to support stronger U.S. job growth.", (Semiconductor Industry Association, May 2021).
[231] 2015 and 2016 American Community Survey Public Use Microdata, U.S. Department of Commerce, U.S. Census Bureau, Table 1.11 Educational attainment for workers 25 years and older by detailed STEM occupation, 2015-2016, Data collected for largest populated STEM occupations in NAICS 3344.

Most CTE programs are available to all high school students in a school or district and develop the academic, technical, and employability skills to prepare students to succeed in the workforce and postsecondary education.

Construction of new fabs creates jobs for skilled construction labor.  If the CHIPS Act were fully funded, fab expansion, upgrades and construction is expected to create more than 22,000 jobs.  Further, the investment is projected to create tens of thousands of indirect jobs.[232]

Overall, industry analysis suggests 1 in 5 jobs in the industry do not require a college degree.[233] However, as fab tools and processing become increasingly advanced, manufacturing jobs increasingly require lengthy education and training investments.  Leading edge fabs are largely dependent on workers with Bachelor's degree or higher.  Proprietary data suggest 75 to 90 percent of the workforce in leading edge fabs holds a Bachelor's degree or higher, with 50 to 60 percent of engineers holding advanced degrees.

The U.S. holds advantages in the high-skilled workforce.  Universities are already strong in technical fields, including microelectronics, and the U.S. National Labs are world class.  Many of these institutions rely on foreign-born students and workers.

*Challenges*

The United States has an immediate need for highly skilled workers in the semiconductor industry and increased investments in leading edge production will increase this need.  There is a particular shortage of electrical engineers, one of the largest categories of semiconductor workers.  A 2017 industry survey by Deloitte and SEMI found around 60 percent of respondents identified difficulty filling open Electrical Engineering positions.  Other positions identified as difficult to fill included Computer Scientists, Software Engineering, Mechanical Engineering, Computer System Engineering, Materials Science & Chemicals.[234]

The U.S. has relied on foreign-born workers to fill many of these gaps.  More broadly, 40 percent of high-skilled workers in the U.S. semiconductor industry are born abroad.[235]  Many students pursuing these degrees within U.S. institutions are foreign born, especially in advanced degrees.  International students in 2020 accounted for approximately 60 percent of enrollment in semiconductor-related graduate programs.[236]

---

[232] Note: U.S. Department of Commerce analysis incorporates EPI statistics, see: Josh Bivens, "Updated employment multipliers for the U.S. economy", (Economic Policy Institute, January 23 2019).
[233] "Chipping in to support stronger U.S. job growth." 2021. Semiconductor Industry America.
[234] Mark Lapedus, "Engineering Talent Shortage Now Top Risk Factor", (Semiconductor Engineering, February 25 2019).
[235] Will Hunt and Remco Zwetsloot, "The Chipmakers: U.S. Strengths and Priorities for the High-End Semiconductor Workforce"
[236] Will Hunt and Remco Zwetsloot, "The Chipmakers: U.S. Strengths and Priorities for the High-End Semiconductor Workforce"

| Discipline | Bachelor's degrees | | Master's degrees | | Doctoral degrees | |
|---|---|---|---|---|---|---|
| | Total recipients | Percent foreign | Total recipients | Percent foreign | Total recipients | Percent foreign |
| Computer and Information Sciences/Programming/Computer Systems Analysis | 56,090 | 8% | 33,437 | 73% | 1,752 | 59% |
| Electrical, Electronics, and Communications Engineering/Computer Engineering | 28,645 | 12% | 18,787 | 74% | 2,686 | 48% |
| Mechanical Engineering/Mechatronics | 35,780 | 9% | 8,542 | 53% | 1,507 | 56% |
| Physics/Engineering Physics | 8,508 | 8% | 2,006 | 38% | 1,909 | 45% |
| Chemistry/Chemical Engineering/Materials Science/Materials Engineering | 28,903 | 8% | 5,650 | 44% | 4,761 | 42% |
| Total | 157,926 | 9% | 68,422 | 67% | 12,615 | 48% |

*Source:* CSET analysis of 2016–17 Integrated Postsecondary Education Data System (IPEDS).

By dramatically increasing demand for trained workers, the CHIPS Act provisions will likely create an immediate call from industry for more foreign-born students and workers. Electrical engineers are expected to be in high demand across a range of industries in the United States, and new engineers require substantial academic and on-the-job training. The CHIPS Act provisions, however, also create an opportunity, if not an impetus, for bringing semiconductor manufacturers together to solve jointly the most acute skills shortages that they face. The current geographic concentration of semiconductor manufacturing, principally in Arizona, California, Oregon, and Texas, could facilitate collaboration to identify common skills needs and pathways. Constructing new semiconductor factories is multiyear endeavor and in parallel the companies could establish education and training programs needed to prepare U.S. workers and address the significant under-representation of African Americans, Latinos and women in semiconductor technology fields.

Workers with science, technology, engineering, and math (STEM) degrees are highly coveted in the U.S. labor market, with the country having among the highest diversion rates of STEM graduates in the world. Even many U.S. electrical engineering students, for example, will take jobs outside of the field, such as in consulting or banking. Hiring foreign-born, U.S.-trained electrical engineers and other STEM workers is one option to ensure hiring challenges do not undermine an expansion supported by the CHIPS Act provisions. Furthermore, as China increasingly seeks out foreign talent, retaining these students in the United States serves to both bolster the domestic semiconductor industry and prevents competitors from acquiring the talent necessary to surpass the United States. Intel and Micron both reported in 2020 that restrictions to immigration were a challenge in hiring and retaining talent, and accordingly a risk to their businesses.[237] Strategic hiring of foreign-born staff must be balanced with employer-driven, public-private investments in training U.S. workers.

---

[237] Intel Corporation, "Form 10-K." Micron Technology Inc, "Form 10-K."

**Opportunity: Enhance International Engagement and Cooperation on Range of Semiconductor-Related Issues**

The fact that most advanced technology links in the semiconductor supply chain are concentrated among countries that are U.S. allies and partners creates an opportunity to forge a cooperative, multilateral approach to semiconductor-related issues. These countries share many of the same concerns, including supply chain vulnerabilities, the importance of technological leadership, and countering China's aspirations. Ongoing engagement with these like-minded countries will foster harmonization of export control policies, international research partnerships, and amelioration of supply chain vulnerabilities by establishing a diverse supplier base. International engagement on these issues is necessary to promote a "level playing field" for U.S. industry. While industrial supply chains and investment are almost exclusively the purview of the private sector in the United States, the same is not true for Japan, South Korea, and Taiwan who have a long history of industrial coordination between the government and the private sector. As such, direct U.S. government involvement in coordinating efforts to build industrial partnerships between U.S. business and industrial partners in Japan, Taiwan, and South Korea is critical.

**Opportunity: Encourage Private Sector Development and Implementation of "Best Practices" for Mitigating Semiconductor Supply Chain Risks**

Increasing awareness by private sector firms in both the semiconductor industry and in end user sectors of the importance of a comprehensive supply chain review can help identify sole/single sources for key materials and diversify suppliers/plants/geographies.

Many profit-seeking companies base their supplier decisions with the goals of minimizing costs, reducing inventories, and increasing utilization. This approach, however, may not allow for the flexibility to absorb disruptions in their supply chain. Moreover, companies may not be fully aware of the vulnerability of their supply chains to potential global shocks caused by natural or political phenomena. Given the number of locations from which materials are sourced, geographies where manufacturing operations take place, and transportation routes, supply chain risk management can be complex.

A "Best Practices" supply chain approach could assist companies in identifying and prioritizing risks and then developing policies to monitor and manage them. Better transparency and understanding of global supply chains can also allow for an evaluation with regard to such factors as workers' rights and environmental responsibility.

**Opportunity: Domestic Production of Emerging Technologies Can Drive Demand for Semiconductors in the United States**

As noted above, U.S. semiconductor companies at various segments of the supply chain, including EDA suppliers, SME providers, and chip-makers, are highly dependent on foreign sales, particularly to China. This is because chip production is concentrated in East Asia and China is a leading consumer of semiconductors. According to the SIA, China accounts for approximately 24 percent of global consumption of semiconductors and the United States accounts for approximately 25 percent, making the United States and China the top two global consumer of semiconductors.[238] While current demand in the United States and China is roughly equivalent, in the next five years, demand in China is forecasted to continue to increase and to outperform the rest of the world.[239] This would increase U.S. semiconductor manufacturers' dependence on sales to China, risking financial vulnerabilities in the short- and long-term as discussed above.

The DoD market for trusted microelectronics is miniscule compared to the commercial market. But the *need for security* in microelectronics goes well beyond the fraction of DoD purchases that require trusted components. With some combination of increased market awareness and the associated risk mitigation, the market for "trustworthy" microelectronics could expand several times. In other words, if critical

---

[238] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era."
[239] Varas et al. "Strengthening The Global Semiconductor Supply Chain In An Uncertain Era."

infrastructure, mass transportation, 5G networks, industrial IoT, connected vehicles, and medical devices developed greater security requirements, market and cost structure would change substantially.

As the United States pursues leadership in next generation technologies and invests in key infrastructure projects such as high-speed broadband infrastructure, electric vehicles, electric grid resilience, and power generation modernization demand for semiconductors that are the linchpin of these technologies will increase, and that demand can be met in part with domestic production. Cultivating domestic development, production, and demand for these leading edge industries will provide an "anchor" for leading edge semiconductor technology and production. This will be beneficial for the DoD and national security, as defense needs alone are small compared with commercial markets. As semiconductors become increasingly embedded in and essential to technologies throughout the economy, secure supply chains are of growing importance to U.S. economic and national security.

### Opportunity: Meeting the Climate Challenge

The semiconductor industry is essential to meeting the climate challenge facing the United States and the world as a whole. The electric grid of the future—using 100 percent clean energy—will be built on semiconductor technology. By investing in domestic semiconductor research, development and production, the United States will be in the position to be a leader in the race to meet zero-emission goals, as well as competitive supplier of the products, equipment and technologies that will be needed to meet these goals.

Similarly, semiconductors are the key to more computationally-intensive electric vehicles of the future. A robust semiconductor supply chain that will accelerate the ability for the United States to manufacture clean cars and put those cars on U.S. and global roads.

### Opportunity: Leverage Pollution Prevention Programs to Increase the Sustainability of Semiconductor Manufacturing

U.S. semiconductor manufacturers and their suppliers can build markets and increase resilience by increasing their participation in efforts that seek to reduce the environmental footprint of their industry. There are several efforts that help to reduce or offset emissions from the industry.

Semiconductor manufacturers can improve their fluorinated greenhouse gas (F-GHG) destruction efficiency and implement process improvements to reduce those emissions. Electronic Product Environmental Assessment Tool (EPEAT), a global ecolabel that helps purchasers identify and procure more sustainable electronics, incentivizes the use of semiconductors made in 300 mm fabs that have reduced their F-GHG emissions on a metric ton $CO_2e$ basis in EPEAT registered computer products. Semiconductor manufacturing uses, and can emit, a variety of F-GHGs. Some of these F-GHGs are highly potent greenhouse gases that, pound-for-pound, trap up to 23,000 times as much heat as carbon dioxide in the atmosphere, where they can remain for thousands of years. Under the EPEAT program, computers can receive additional points and higher levels of registration (Silver or Gold) for using semiconductors from fabs with reduced F-GHG emissions, reducing the amount of F-GHGs emitted during the manufacturing process by over 90 percent. The U.S. Government is one of the largest purchasers of information technology (IT) products in the world, and is required to procure EPEAT registered products, sending a strong demand signal to the IT sector to incentivize manufacture and sale of more sustainable electronic goods. Purchasers around the globe have followed the U.S. federal government example and are also seeking out EPEAT products as part of their sustainable procurement programs. The Environmental Protection Agency conservatively estimates that reducing FGHGs released to the atmosphere during semiconductor manufacturing could result in a reduction of around 10 million metric tons of $CO_2e$ globally and around 2 million metric tons of $CO_2e$ in the United States from the baseline.

The Green Power Partnership program reduces pollution and the corresponding negative health and environmental impacts associated with conventional electricity use. The three semiconductor industry companies that were identified on the Partnership's top 100 Partners list used a total of 6,581,859,722 kWh of

73

green energy in the 2020 reporting year; two semiconductor manufacturers are using green power for 100 percent of their electricity.

Pollution Prevention centers across the United States can be funded to expand their mission to include research and outreach on preventing pollution at semiconductor fabs or in the industry's supply chain. The planned update of the EPEAT criteria will provide an opportunity to further incentivize shifts to more sustainable manufacturing of semiconductors. Efforts from allied industries to reduce carbon emissions, of which the Ultra-Low Carbon Solar Alliance is one, should be looked at for translation to the semiconductor industry. This effort aims to reduce the embedded carbon in solar materials. Similar materials and processes are used in semiconductor manufacturing and there may be opportunities here for environmental gains. New sources of funding should be considered to research recycling and reuse of semiconductor industry waste streams for this and other industries.

As domestic semiconductor-related plants are constructed or expanded to address supply chain vulnerabilities and to ensure continued U.S. leadership in this critical technology, there is also the opportunity to build them as next-generation facilities, where the energy they consume is moving toward clean power from zero carbon sources such as wind and solar (Clean Energy Standard).

# RECOMMENDATIONS

A secure and resilient semiconductor supply chain will require a whole-of-country effort, bringing together the resources and ingenuity of the private sector, the government, universities and other non-profits, and workers. This report makes seven major sets of recommendations to expand and secure the U.S. semiconductor supply chain:

1. Promote investment, transparency and collaboration, in partnership with industry, to address the current shortage
2. Fully fund the CHIPS for America provisions to promote long-term U.S. leadership
3. Strengthen the domestic semiconductor manufacturing ecosystem
4. Support SMEs and disadvantaged firms along the supply chain to enhance innovation
5. Build a talent pipeline
6. Work with allies and partners to build resilience
7. Protect the U.S. technological advantage

**1. Promote investment, transparency and collaboration, in partnership with industry, to address the current semiconductor shortage:**

The current semiconductor shortage is the result of multiple factors, including unexpected shifts in global demand related to the COVID-19 crisis and events that disrupted specific major semiconductor manufacturing centers, such as the early 2021 storms in Texas that caused a shutdown of several semiconductor manufacturing plants. U.S. and global production continue to adjust to address the shortage; however, the shortage continues to negatively impact U.S. workers and consumers and is a persistent headwind to the U.S. economic outlook. While the private sector must take the lead in addressing the shortage in the near term, U.S. government can assist in mitigating the current shortage by facilitating investment, transparency, and collaboration with industry and with partners and allies.

- **The Department of Commerce should redouble its partnership with industry to facilitate information flow between semiconductor producers and suppliers and end-users:** In April, the Department of Commerce launched an initiative to convene industry stakeholders along the supply chain to increase communication and transparency. Through these meetings, industry has recognized that government can play a useful and supportive role accelerating information flow and identifying data gaps and investment opportunities. The Department of Commerce should bolster this work, potentially leveraging the convening power of the Department of Commerce's Advisory Committee on Supply Chain Competitiveness, Department of Homeland Security's Cybersecurity

and Infrastructure Security Agenda's Sector Coordination Councils, or other efforts. The private sector should continue to play a leading role, including through identifying ways to incentivize information-sharing across companies in these supply chains.

- **The Administration should strengthen engagement with allies and partners to promote fair semiconductor chip allocations, increase production, and encourage increased investment:** To date, U.S. government agencies have undertaken broad and high-level diplomatic outreach to ensure fair chip allocation and to affirm that the semiconductor manufacturing capacity in ally and partner countries is maximized. The U.S. government should continue engaging with allies and partners to encourage increased production and a fair allocation of supplies to American firms, while discouraging hoarding and other activities that will likely prolong the current shortage. The Administration should also continue its commercial diplomacy to promote investments by foreign firms in the domestic semiconductor industry. Such efforts have recently yielded success, for example resulting in the announcement of a partnership between the U.S. and South Korea to increase the global supply of mature node chips for automobiles and support leading-edge manufacturing in both countries.

- **Over the medium term, the Administration should advance the adoption of effective supply chain management and security practices by companies:** Companies—both semiconductor manufacturers and suppliers as well as in end-user industry sectors—can reduce the risk that a natural disaster or event can create a chokepoint that slows down or stops the entire supply chain. In addition, as discussed in this report, due to the complex supply chains, semiconductors are at risk of malicious insertions and counterfeiting. Specific recommendations to address these risks are as follows:

    - Companies should (1) make reasonable efforts to conduct scenario planning for disrupted supply and diversify sources to include multiple or lower-risk regions; (2) consider evolving product designs to allow more flexibility in chip use; (3) have faster upgrade cycles in products to reduce long-tail risk of stranded products;(4) ensure backward compatibility of form and function so that newer chips can be substituted for older ones; and (5) enter into contracts that allow for options to adjust quantities based on unexpected changes in demand.

    - To reduce the impacts of transportation and logistics issues, prior to making orders, companies should create scenarios of risk-adjusted demand so that the different scenarios can be factored into decisions regarding quantities of orders. To further assist in these efforts, companies can utilize technology platforms that provide better visibility into available logistics capacity.

    - NIST should continue to work with industry partners to identify supply chain challenges and provide potential solutions, including through its collaboration with industry on Supply Chain Assurance, which will produce example implementations to demonstrate whether purchased computing devices are genuine and unaltered during manufacturing and distribution processes.

**2. Advance Long-Term U.S. Leadership and Resilience by Fully Funding the CHIPS for America Provisions in the FY 2021 NDAA.**

The Biden-Harris Administration applauds Congress for recognizing the importance of a robust domestic semiconductor manufacturing and research and development capability by authorizing the bipartisan CHIPS for America provisions in the FY2021 NDAA. As an initial step, Congress should fund the CHIPS provisions with at least $50 billion in funding. Production incentives should support U.S. leadership in

leading edge chip production, secure mature node supply chains for critical industries, and ensure the safety and security of products produced domestically and by allies and partners.

- **Manufacturing:** Consistent with the American Jobs Plan proposals, federal incentives to build or expand semiconductor facilities are necessary to counter the significant subsidies provided by foreign allies and competitors. The NDAA authorized the Department of Commerce to award financial assistance to private entities or public-private consortia to finance, construct, expand, or modernize facilities to support semiconductor fabrication, ATP, and advanced packaging. These incentives should support production across multiple nodes. Investment should support production of leading edge logic production necessary to maintain competitiveness in the semiconductor industry, along with production of mature node logic chips and analog and discrete chips essential to critical industries and defense needs, and production of memory chips, which require support in the face of increased Chinese investment in the memory industry.

- **Research and Development:** Congress should also fund essential investments in R&D. As authorized by the NDAA, these funds could support an NSTC, to advance the next phase of innovation, advanced packaging and integration, research into new materials, architectures, processes, devices, and applications, and most importantly, bridges the gap between R&D and commercialization. The funds could support NIST in establishing new programs to foster the development of Advanced Packaging and Test capabilities onshore. Appropriations for may also support new or expanded R&D programs at the DoD. For example, DoD funds can be used to continue or expand R&D in DARPA's Electronics Resurgence Initiative, including for laboratory to fabrication programs. These efforts should be closely aligned with the NSTC R&D programs and priorities.

- **Multilateral Fund:** The NDAA authorized a Multilateral Semiconductors Security Fund which, if funded, should support the development and adoption of secure semiconductors and secure semiconductors supply chains. This should include joint R&D programs with allies. The Fund, operated by the Department of State, would support diplomatic efforts with foreign partners to align policies on export controls, foreign direct investment screening, supply chain security, intellectual property protection, and transparency requirements on subsidies.

### 3. Strengthen the Domestic Semiconductor Manufacturing Ecosystem

As discussed in this report, an ecosystem for semiconductor manufacturing is critical for fostering a robust and sustainable commercial semiconductor industry. The U.S. government should undertake the following measures to advance this goal:

- **Invest in the infrastructure needed to support semiconductor manufacturing:** Congress should pass recommendations in President Biden's American Jobs Plan, which, in addition to the requests for semiconductor research and manufacturing and for critical supply chain efforts, will drive U.S. demand for semiconductors through investments in key semiconductor using industries—including power generation transmission, clean energy, broadband, and electric vehicles—and, in turn, help incentivize private sector investments. In addition, investments in clean energy and water sources should offset the cost of energy for new semiconductor fabrication facilities – both are key inputs in semiconductor manufacturing.

- **Support private sector investments across the semiconductor manufacturing supply chain.**
  - Congress should authorize and fund incentives to support key upstream—including semiconductor manufacturing equipment, materials, and gases—and downstream industries throughout the supply chain. With additional authorized funds, the Department of Commerce could provide financial support for such facilities, EXIM could potentially provide loans or loan guarantees for those facilities where there is a sufficient export nexus, and SBA loans and programs could support small domestic suppliers.

> o SelectUSA services to foreign-located businesses of international and U.S. origins seeking to invest in the United States can be used to attract investment in semiconductor manufacturing supply chains. SelectUSA services include market research products like Research and Locations Report services, investment counselling, introductions to state-level Economic Development Organizations to assist with organizing land and associated infrastructure, educational and matchmaking events, and assistance navigating the federal regulatory system.

- **Provide focused support for domestic chip production related to national security needs:**
  - o DoD should support a study that analyzes SEE test requirements to determine whether additional investments are needed for construction of new SEE test facilities.
  - o With additional resources, DoD should increase investments to upgrade SEE testing capacity at existing facilities to meet demand and through purchasing block-buys of SEE testing.
  - o DoD should invest in radiation hardened microelectronics data collection, storage, analytics services to support a coordinated, centralized DoD SEE test resource management activities.

## 4. Support Small and Medium-Size Semiconductor Businesses, including Disadvantaged Businesses

Small and medium sized suppliers represent the majority of U.S. firms involved in semiconductor and related device manufacturing and would benefit from specialized support to increase their market share and resilience. Their needs are diverse, ranging from R&D funding to prove emerging technologies, financing to support commercialization, and support in resisting predatory foreign acquisition practices. The Administration should help small businesses scale and connect to commercial production—including through existing SBA programs—by targeting promising areas of the semiconductor supply chain, such as design, semiconductor manufacturing equipment, materials, production services, fabrication, materials, 'assembly, test and packaging' and advanced packaging. Further, the Administration should help commercialize new technology by targeting investments to promising late-stage innovators.

- **R&D funding:** The Small Business Innovation Research/Small Business Technology Transfer (SBIR/STTR) program should be used in a consistent and coordinated manner by large Federal R&D agencies (Departments of Defense, Commerce, Energy) to signal commitment and interest in U.S. innovation and emerging technologies, especially for startups and small businesses in fields related to the semiconductor industry. This can be used to establish a wide community of practice that intentionally incorporates innovative small businesses, and expands connections with Accelerators at universities, including at historically black college and universities (HBCUs) and minority-serving institutions (MSIs), to pull technology forward.

- **Support for commercialization:** Promising small businesses should be supported by Federal agencies to scale their businesses, connecting these firms to the commercial value chain via a clearly mapped "growth chain."

- **Address capital needs for growth:** SBA should assist U.S. small semiconductor firms by drawing the attention of private investors in the Small Business Investment Companies program as a potential source of debt and equity investment; and assisting these firms in making use of low-cost loan programs to obtain working capital, build inventory, drive domestic demand, buy out foreign owners and investors, finance equipment purchases and expand facilities.

- **EXIM can also assist with capital needs:** EXIM could provide loans or loan guarantees for capital investment for those facilities where there is a sufficient export nexus and provide loans and loan guarantees for exported U.S. goods and services.

5.  **Build a Diverse and Accessible Talent Pipeline for Jobs in the Semiconductor Industry**

The Administration and Congress should make significant investments to grow and diversify the STEM talent pipeline, which is essential for semiconductor manufacturing and many other industries in the United States.  It should also expand sectoral partnerships through which employers work in partnership with training providers, intermediaries, labor unions and community-based organizations to create pathways to job opportunities.  Training should be paired with strong labor standards, including the free and fair choice to join a union and bargain collectively.

- **The Department of Labor's (DoL) Employment and Training Administration (ETA) should support sector-based pathways to jobs in the semiconductor industry.**  To that end, ETA should continue to provide training grants and tools to partnerships that prepare workers for high-skill employment, including:

    o  ETA should provide H-1B Skills Training Grants, which support training partnerships in key fields, which can include semiconductor manufacturing.  These grants should target veterans, military spouses, transitioning service members, and underrepresented populations in the applicable sectors, including women, people of color, justice-involved individuals, individuals with disabilities, and other populations with employment barriers that hinder movement into middle- to high-skilled H-1B occupations.

    o  The Administration should use ETA funds to work with industry and labor, community colleges, and non-profit partners to support pathways to semiconductor employment through its Registered Apprenticeship programs.  Through industry and labor-driven partnerships, apprenticeships provide high-quality career pathways.

    o  ETA should continue to promote and provide technical assistance on the use of semiconductor industry-related competency models, such as the Advanced Manufacturing Competency Model developed in collaboration with SEMI and other subject-matter experts. In consultation with ETA, SEMI is currently developing an additional level of detail for the Advanced Manufacturing Competency Model, describing the industry-sector technical competencies specific to the semiconductor sector.  In the coming months, ETA plans to publish the updated model on its Competency Model Clearinghouse website.

    o  The American Jobs Plan creates The Sectoral Employment through Career Training for Occupational Readiness program.  Congress should fund these investments, which will be targeted to high-growth industries and sectors such as semiconductor manufacturing. Investments will support the formation of sector partnerships, development and scaling of sector training programs, and establishment of sector-focused career centers.  The program will also provide supports to modernize the delivery of training, including using on-line modalities.  The Department of Labor will make grants to consortia of workforce system entities, education providers, employers/industry groups, labor-management partnerships, community-based organizations, and unions.  Investments can also be used to provide wraparound services and supports to help workers successfully complete the training programs.  While this program will primarily target workers early in their career trajectory, it can be used to bring more underrepresented communities into this skilled workforce and begin building the pipeline

    o  DoD should invest in a strategic Public-Private-Academic partnership workforce development model with a focus on 1) tailored curriculum to meet defense microelectronics talent needs; and 2) recruitment into the defense industry base and U.S. agencies.

- **Retain and support foreign workers filling essential gaps in the semiconductor workforce**: Losing top STEM talent to competitor nations is detrimental to U.S. competitiveness and especially counterproductive when the workers were educated at U.S. universities.  Concurrent with funding semiconductor production incentives, Congress should address the immediate need for high-skilled semiconductor workers, including engineers and computer scientists, by increasing the number of

high-skilled visas, eliminating limits on employment-based visas by country and exempting highly-skilled STEM talent from employment-based visa caps. Congress should pass the U.S. Citizenship Act proposed by President Biden on January 20, 2021. Relevant measures of the bill:

- o Increases the total number of available of employment-based visas and exempts spouses and minor children visa-holders from green card caps. By increasing the number of visas issued annually, and recapturing unused visas, the bill will clear the employment-based visa backlog and reduce wait times that can stretch decades.
- o Eliminates per-country visa caps to ultimately increase opportunities for high-skilled persons from larger nations like China and India.

- **Build a diverse pipeline of engineers and computer scientists, which require years of STEM education:**

  - o Congress should invest in evidence-based CTE programs in middle and high schools to ensure that students are prepared to be successful in a variety of fields, including in advanced STEM fields. Funds should increase access to computer science and create high quality career pathway programs in middle and high schools, prioritizing models that allow students to earn college credit or result in a credential, and that connect underrepresented students to STEM and in-demand sectors, including programs that leverage partnerships between schools, community colleges and employers.
  - o Congress should increase investments in the institutions with a track record of closing racial inequities in STEM fields. HBCUs and Tribal Colleges and Universities (TCUs), and MSIs such as Hispanic-serving institutions and Asian American and Native American Pacific Islander-serving institutions collectively enroll more than 6 million undergraduate students, of which 4 million are students of color. Appropriations should: include research and development grants specifically for HBCUs, TCUs, and MSIs; ensure students at HBCUs, TCUs, and MSIs have state of the art equipment, including upgraded brick-and-mortar laboratories and computing capabilities and networks; create 200 centers of excellence that serve as research incubators at HBCUs, TCUs, and MSIs to provide graduate fellowships and other opportunities.

## 6. Engage with Allies and Partners on Semiconductor Supply Chain Resilience

Deepen engagement with allies and partners in support of a more resilient global semiconductor supply chain and shared benefits of additional research and development, beginning with the countries that are most integral to global semiconductor manufacturing. Specific recommendations are as follows:

- The Department of Commerce should encourage allied and partner foundries and materials suppliers to invest in the United States and allied and partner regions to provide a diverse supplier base.
- The interagency should promote research and development partnerships and harmonization of policies to address unfair trade practices and industrial policies.
- The interagency should continue to collaborate with allies and partners on supply chain concerns. This includes through the Quadrilateral Security Dialogue (United States, India, Australia, and Japan), which recently announced a dialogue on semiconductor supply chains, and through bilateral engagement with the Republic of Korea to facilitate mutual and complementary investment in semiconductors.

7. **Protect U.S. Technological Advantage in Semiconductor Manufacturing and Advanced Packaging Supply Chain**

- **Ensure that Export Controls Support Semiconductor Manufacturing and Advanced Packaging Supply Chain:** Export controls protect U.S. national security through identification of technologies that can enhance military, intelligence and security capabilities; and contribute to U.S. and allied and partner country technology leadership. Specific recommendations are as follows:

  o The Administration should target and implement export controls that can support policy actions to identify and address vulnerabilities in the semiconductor manufacturing and advanced packaging supply chain.

  o The Administration should target and implement export controls on critical semiconductor equipment and technologies to address certain supply chain vulnerabilities. The Administration should also make efforts to collaborate and coordinate with key supplier allies and partners on effective multilateral controls. Together, such controls will protect U.S. national security interests by limiting advanced semiconductor capabilities in countries of concern while enabling continued leadership of the U.S. semiconductor sector.

- **Continue to Ensure Foreign Investment Reviews for National Security Considerations in the Semiconductor Manufacturing and Advanced Packaging Supply Chain:** Similar to export controls, reviews of semiconductor industry-related foreign investment transactions by CFIUS include analysis of the threat, vulnerability and potential national security consequences of a specific transaction. CFIUS risk-based analysis can include factors relevant to supply chain resilience, such as the role of the target U.S. business in supply chains with national security implications. Specific recommendations are as follows:

  o In conducting its reviews, CFIUS should continue to consider the impact of the transaction on the national security vulnerabilities in the semiconductor manufacturing and advanced packaging supply chain identified in this report.

  o As authorized by the Defense Production Act, as amended, and subject to applicable confidentiality requirements, CFIUS should continue to conduct robust outreach as appropriate with foreign partners to share information regarding industry and acquisition trends and threats as well as to encourage allies and partners to implement robust national security-based investment screening regimes. These interagency efforts will continue to implement the strategy to build their capacity to review, mitigate, prohibit, or require divestment of foreign investments that may threaten national security interests, and to share information that will allow the United States and our partners to better identify and address transnational risks.

# ABBREVIATIONS

ASICS - Application-Specific Integrated Circuits
AI - Artificial Intelligence
ATP - Assembly, test, and packaging
CTE - Career and Technical Education
CSET - Center for Security and Emerging Technology
CPU - Central Processing Unit
CHIPS - Creating Helpful Incentives for Production of Semiconductors
CFIUS - Committee on Foreign Investment in the United States
CAGR - Compound Annual Growth Rate
DUV - Deep Ultra Violet lithography
DOL - Department of Labor
DARPA - Defense Advanced Research Projects Agency
DOD - Department of Defense
DMEA - Defense Microelectronics Activity
DRAM - Dynamic Random Access Memory
EDA - Electronic Design Automation
EPEAT - Electronic Product Environmental Assessment Tool
ETA - Employment and Training Administration
EU - European Union
E.O. - Executive Order
EXIM - Export-Import Bank of the United States
EUV - Extreme Ultraviolet lithography
FPGA - Field Programmable Gate Arrays
FY - Fiscal Year
F-GHG - Fluorinated Greenhouse Gas
GaAs - Gallium Arsenide
GaN - Gallium Nitride
GPU - Graphics Processing Units
HBCUs - Historically Black Colleges and Universities
IT - Information Technology
ISA - Instruction Set Architecture
IDM - Integrated Device Manufacturer
IP - Intellectual Property
IoT - Internet of Things
LiDAR - Light Detection and Ranging
MEP - Manufacturing Extension Program
MOCVD - Metal Organic Chemical Vapor Deposition
MEMS - Microelectromechanical Systems
MSIs - Minority-Serving Institutions
nm - Nanometer
NDAA - National Defense Authorization Act
NIST - National Institute of Standards and Technology
IC - National Integrated Circuit Fund (China)
NSTC - National Semiconductor Technology Center
NAICS - North American Industry Classification System
NOI - Notice of Inquiry
OECD - Organization for Economic Cooperation and Development
OSAT - Outsourced Semiconductor Assembly and Test
R&D - Research & Development
STEM - Science, Technology, Engineering, and Math
SIA - Semiconductor Industry Association
SME - Semiconductor Manufacturing Equipment
SMIC - Semiconductor Manufacturing International Corporation
SRC - Semiconductor Research Corporation

SiC - Silicon Carbide
SEE - Single Event Effect
SBA - Small Business Administration
SBIR - Small Business Innovation Research
STTR - Small Business Technology Transfer
SOEs - State-owned Enterprises
TSMC - Taiwan Semiconductor Manufacturing Company
TEL - Tokyo Electron
TCUs - Tribal Colleges and Universities
USB - Universal Serial Bus
USPAE - U.S. Partnership for Assured Electronics
WTO - World Trade Organization
YMTC - Yangtze Memory Technology Company