# Exhibit E

An official website of the United States Government  Here's how you know

U.S. Department *of* Defense

News   Multimedia   Spotlights   About

**RELEASE**

IMMEDIATE RELEASE

# DOD Releases List of People's Republic of China (PRC) Military Companies in Accordance With Section 1260H of the National Defense Authorization Act for Fiscal Year 2021

Jan. 31, 2024

Today, the Department of Defense released an update to the names of "Chinese military companies" operating directly or indirectly in the United States in accordance with the statutory requirement of Section 1260H of the National Defense Authorization Act for Fiscal Year 2021.

Updating the Section 1260H list of "Chinese military companies" is an important continuing effort in highlighting and countering the PRC's Military-Civil Fusion strategy. The PRC's Military-Civil Fusion strategy supports the modernization goals of the People's Liberation Army (PLA) by ensuring it can acquire advanced technologies and expertise developed by PRC companies, universities, and research programs that appear to be civilian entities. Section 1260H directs the Department to begin identifying, among other things, Military-Civil Fusion contributors operating directly or indirectly in the United States.

The Department will continue to update the list with additional entities as appropriate. The United States Government reserves the right to take additional actions on these entities under authorities other than section 1260H. The list is available here.

china

## Subscribe to Defense.gov Products

Choose which Defense.gov products you want delivered to your inbox.

Subscribe

DEFENSE.GOV
Home
News
Spotlights
About

HELPFUL LINKS
Live Events
Today in DOD
Contracts
For the Media
Contact

RESOURCES
DOD Resources
DOD Careers
Help Center
DOD / Military Websites
Agency Financial Report

POPULAR
Value of Service
Taking Care of Our People
FY 2025 Defense Budget
National Defense Strategy

The Department of Defense provides the military forces needed to deter war and ensure our nation's security.

Search...

Privacy & Security   Links Disclaimer   Section 508   DOD Social Media Policy   Web Policy   Plain Writing Act   DOD IG
Reporting Civilian Casualties   No FEAR Act   Imagery Use   FOIA   Open GOV   Strategic Management Plan   USA.gov

Subscribe

**Entities Identified as Chinese Military Companies Operating in the United States in accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283)****

360 Security Technology Inc. (Qihoo 360)*

Advanced Micro-Fabrication Equipment Inc. China (AMEC)

Aerospace CH UAV Co., Ltd (S-SEA)*

Aviation Industry Corporation of China Ltd. (AVIC)*
    AVIC Aviation High-Technology Company Limited (AVIC Aviation Hi-Tech)*
    AVIC Heavy Machinery Company Limited (AVIC Heavy Machinery)*
    AVIC Jonhon Optronic Technology Co., Ltd. (AVIC Jonhon)*
    AVIC Shenyang Aircraft Company Limited (AVIC Shenyang)*
    AVIC Xi'an Aircraft Industry Group Company Ltd. (AVIC Xi'an)*
    Jiangxi Hongdu Aviation Industry Co., Ltd. (Hongdu Aviation)*
    Zhonghang Electronic Measuring Instruments Company Limited (ZEMIC)*

Beijing Megvii Technology Co., Ltd. (Megvii)

Beijing Zhidao Chuangyu Information Technology Co., Ltd. (Knownsec)*

BGI Genomics Co., Ltd. (BGI)*

Chengdu JOUAV Automation Tech Co., Ltd. (JOUAV)

Chengdu M&S Electronics Technology Co., Ltd. (M&S Electronics)

China Aerospace Science and Industry Corporation Limited (CASIC)*
    Aerosun Corporation (Aerosun)*

China Communications Construction Group (Limited) (CCCG)*
    China Communications Construction Company Limited (CCCC)*

China Construction Technology Co., Ltd. (CCTC)

China Electronics Corporation (CEC)*

China Electronics Technology Group Corporation (CETC)*
    Hangzhou Hikvision Digital Technology Co., Ltd. (Hikvision)*

China General Nuclear Power Corporation (CGN)*

China Mobile Communications Group Co., Ltd. (China Mobile Comm)*
    China Mobile Limited (China Mobile)*

China National Chemical Corporation Ltd. (ChemChina)*

China National Chemical Engineering Group Corporation (CNCEC)

China National Nuclear Corporation (CNNC)*

China National Offshore Oil Corporation (CNOOC)*
    CNOOC Limited*

China North Industries Group Corporation Limited (Norinco Group)*
    Inner Mongolia First Machinery Group Co., Ltd. (Inner Mongolia)*

China Railway Construction Corporation Limited (CRCC)*

China South Industries Group Corporation (CSGC)*
    Costar Group Co., Ltd. (Costar)*

China SpaceSat Co., Ltd. (China SpaceSat)*

China State Construction Engineering Corporation Limited (CSCEC)
    China State Construction Group Co.*

China State Shipbuilding Corporation Limited (CSSC)*
    China Marine Information Electronics Company Limited (China Marine Info Elec)*

China Telecom Group Co., Ltd. (China Telecom)
    China Telecom Corporation Limited*
    China Telecommunications Corporation*

China Three Gorges Corporation (CTG)

China United Network Communications Group Co., Ltd. (China Unicom)*
    China Unicom (Hong Kong) Limited (China Unicom HK)*

CloudWalk Technology Co., Ltd (CloudWalk)*

CRRC Corporation Limited (CRRC)*

Dawning Information Industry Co., Ltd. (Sugon)*

Global Tone Communication Technology Co Ltd. (GTCOM)*

Guizhou Aviation Technical Development Co., Ltd. (Guizhou Aviation Tech)

Hesai Technology Co., Ltd. (Hesai)

Huawei Investment & Holding Co., Ltd. (Huawei Holding)*
    Huawei Technologies Co., Ltd. (Huawei)*

IDG Capital Partners Co., Ltd. (IDG Capital)

Inspur Group Co., Ltd. (Inspur)*

NetPosa Technologies, Ltd. (NetPosa)

Semiconductor Manufacturing International Corporation (SMIC)*
    Semiconductor Manufacturing International (Beijing) Corporation (SMIC Beijing)*
    Semiconductor Manufacturing International (Shenzhen) Corporation (SMIC Shenzhen)*
    Semiconductor Manufacturing International (Tianjin) Corporation (SMIC Tianjin)*
    Semiconductor Manufacturing South China Corporation (SMIC South China)*
    SMIC Holdings Limited (SMIC Holdings)*
    SMIC Northern Integrated Circuit Manufacturing (Beijing) Co., Ltd (SMIC NICM)*
    SMIC Semiconductor Manufacturing (Shanghai) Co., Ltd (SMIC Shanghai)*

Shanghai Yitu Network Technology Co., Ltd. (Yitu)

ShenZhen Consys Science & Technology Co., Ltd. (Consys)

Shenzhen DJI Innovation Technology Co., Ltd. (DJI)*

Wuhan Geosun Navigation Technology Co., Ltd. (Geosun)

Yangtze Memory Technologies Co., Ltd. (YMTC)

Zhejiang Dahua Technology Co., Ltd. (Dahua)*

\* Denotes entities previously identified as Chinese Military Companies operating in the United States in accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Public Law 116-283)

\*\* Subsidiaries Listed with Parent Companies

**The Following Entities Did Not Meet Some or All of the Requirements of Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal 2021 (Public Law 116-283)**

China International Engineering Consulting Corporation (CIECC) *Note: No apparent U.S. nexus*
SMIC Hong Kong International Company Limited (SMIC HK) *Note: No longer owned by SMIC*
Fujian Torch Electron Technology Co., Ltd. (Torch Electron) *Note: No apparent U.S. nexus*