# Exhibit F

Michael L. Resch (SBN 202909)
mresch@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Dale Giali (SBN 150382)
dgiali@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

*Attorneys for Defendants*
STRAND CONSULT AND ROSLYN LAYTON

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. AND YANGTZE MEMORY TECHNOLOGIES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>STRAND CONSULT, ROSLYN LAYTON, AND DCI GROUP AZ LLC, <br><br>Defendants. | Case No. 5:24-cv-03454-NW <br><br>**DECLARATION OF JOHN STRAND IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR *FORUM NON CONVENIENS*** <br><br>Date: Sept. 3, 2025 <br>Time: 9:00 a.m. <br>Location: Courtroom 3, 5th Floor <br>Judge: The Hon. Noël Wise <br><br>FAC: November 17, 2024 <br>Trial Date: March 22, 2027 |

# DECLARATION OF JOHN STRAND

I, John Strand, submit this declaration in support of the defendants' motion to dismiss the first amended complaint on grounds of *forum non conveniens* in *Yangtze Memory Technologies Co., Ltd. v. Strand Consult*, No. 5:24-cv-3454-NW (N.D. Cal.). This declaration is submitted solely for the purpose of providing information relevant to that motion and does not constitute consent to the exercise of personal jurisdiction over me or Strand Consult Aps in that action. I hereby declare as follows, based on my personal knowledge:

1. I am the CEO of Strand Consult ApS ("Strand Consult"), which is named as a defendant in the action listed above. I have been the CEO since 1997.

2. Strand Consult is a private limited company formed in 1997 under the laws of and subject to the jurisdiction of Denmark. It has always maintained its headquarters in Copenhagen.

3. I am a citizen of Denmark and have been so since 1964.

4. I live in Copenhagen, along with my wife, Roslyn Layton (who is named as a defendant in the action listed above), and our three children, ages 12, 10, and 6, who are all enrolled full-time in a local school.

5. I have lived in Copenhagen since 1964 and intend to remain there with my wife and children.

6. Copenhagen Airport (Købehavns Lufthavn) is a large international airport located less than 7km from the center of Copenhagen.

7. In my experience, transit through immigration controls at Copenhagen Airport is handled very efficiently and rarely takes me more than fifteen minutes.

8. There are many hotels located near Copenhagen Airport as well as in the center of Copenhagen.

9. Based on my knowledge of travel in and around Copenhagen, transit from Copenhagen Airport to the Maritime and Commercial Court, by car or by public transit, would take approximately 15-20 minutes.

10. As CEO of Strand Consult, I am familiar with the China Tech Threat ("CTT") website and

with the amount of time typically spent to produce each of the types of publications that appear on that website.

11. I am familiar with the blog post titled "As YMTC Booms, China Aims to Dominate Flash Memory Industry" that was published on CTT on or about January 4, 2021, which is attached to the first amended complaint as Exhibit 3. That blog post was prepared in the approximately two to three days immediately prior to its publication.

12. A CTT blog post of that length typically took roughly two days to produce.

13. At the time of that blog post and the work to produce it, I was in Denmark.

14. Denmark was subject to a lockdown due to the coronavirus pandemic from mid-December 2020 through late February 2021, and I did not travel out of Copenhagen during that time period.

15. I am familiar with the report titled "Silicon Sellout: How Apple's Partnership with Chinese Military Chip Maker YMTC Threatens American National Security" that was published on CTT on or about June 8, 2022, which is attached to the first amended complaint as Exhibit 4. That report was prepared in the approximately four weeks immediately prior to its publication.

16. A CTT report typically took roughly one month to produce.

17. At the time of that report and the work to produce it, I was in Denmark. Specifically, I was and remained in Denmark from mid-April through mid-July, 2022.

18. All work for Strand Consult by its employees is completed on computers owned by Strand Consult and that are generally located in Denmark (unless an employee is working while traveling).

19. Traveling to San Jose, California, to participate in this litigation would be extremely burdensome to Strand Consult and me. Given that my wife is also a defendant in the case, there would be a significant impact on my children. I would have to arrange and pay for around-the-clock childcare for our three school-aged children, including transportation to and from school, meals, and assistance with schoolwork (which would require the provider to be fluent in Danish). The employment of such childcare providers is strictly regulated under Danish law. The approximate wage for such a childcare provider would be 40-50 USD per hour, plus 25% sales

tax. These significant expenses would be a financial burden.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of July, 2025.

/s/ _____
John Strand