# Exhibit G

| | |
|---|---|
| 1 | Michael L. Resch (SBN 202909) |
| | *mresch@kslaw.com* |
| 2 | **KING & SPALDING LLP** |
| | 50 California Street, Suite 3300 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 318-1200 |
| 4 | Facsimile: (415) 318-1300 |
| 5 | Dale Giali (SBN 150382) |
| | *dgiali@kslaw.com* |
| 6 | **KING & SPALDING LLP** |
| | 633 West Fifth Street, Suite 1600 |
| 7 | Los Angeles, California 90071 |
| | Telephone: (213) 443-4355 |
| 8 | Facsimile: (213) 443-4310 |
| 9 | *Attorneys for Defendants* |
| | STRAND CONSULT AND ROSLYN LAYTON |

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. AND YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRAND CONSULT, ROSLYN LAYTON, AND DCI GROUP AZ LLC, <br><br> Defendants. | Case No. 5:24-cv-03454-NW <br><br> **DECLARATION OF ROSLYN LAYTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR *FORUM NON CONVENIENS*** <br><br> Date: Sept. 3, 2025 <br> Time: 9:00 a.m. <br> Location: Courtroom 3, 5th Floor <br> Judge: The Hon. Noël Wise <br><br> FAC: November 17, 2024 <br> Trial Date: March 22, 2027 |

DECLARATION OF ROSLYN LAYTON IN SUPPORT OF MOTION TO DISMISS FOR *FORUM NON CONVENIENS*

CASE NO. 5:24-cv-03454-NW

## DECLARATION OF ROSLYN LAYTON

I, Roslyn Layton, submit this declaration in support of the defendants' motion to dismiss the first amended complaint in *Yangtze Memory Technologies Co., Ltd. v. Strand Consult*, No. 5:24-cv-3454-NW (N.D. Cal.). This declaration is submitted solely for the purpose of providing information relevant to that motion and does not constitute consent to the exercise of personal jurisdiction over me in that action. I hereby declare as follows, based on my personal knowledge:

1. As an employee of Strand Consult, I completed work for the China Tech Threat ("CTT") website. I am familiar with the amount of time typically spent to produce each of the types of publication that appear on CTT.

2. I am familiar with the blog post titled "As YMTC Booms, China Aims to Dominate Flash Memory Industry" that was published on CTT on or about January 4, 2021, which is attached to the first amended complaint as Exhibit 3.

3. A CTT blog post of that length typically took roughly two days to produce. This blog post, which summarizes an article I wrote that was published in *Forbes*, took approximately two to three days to produce and was prepared in the days immediately preceding its publication on CTT.

4. At the time of that blog post and the work to produce it, I was in Denmark.

5. Denmark was subject to a lockdown due to the coronavirus pandemic from mid-December 2020 through late February 2021, and I did not travel out of Copenhagen during that time period.

6. I am familiar with the report titled "Silicon Sellout: How Apple's Partnership with Chinese Military Chip Maker YMTC Threatens American National Security" that was published on CTT on or about June 8, 2022, which is attached to the first amended complaint as Exhibit 4.

7. A CTT report typically took roughly one month to produce. This report took approximately four weeks to produce and was prepared in the time immediately preceding its publication on CTT.

8. At the time of that report and the work to produce it, I was in Denmark. Specifically, I remained in Denmark from mid-April through mid-July, 2022.

9. All my work for Strand Consult is completed on computers owned by Strand Consult and generally located in Denmark unless I am traveling and working when I travel.

10. Traveling to San Jose, California, to participate in this litigation would be extremely burdensome. Given that my husband is likely to be a witness in this case because he is CEO of Strand Consult, there would be a significant impact on my children. I would have to arrange and pay for around-the-clock childcare for our three school-aged children, including transportation to and from school, meals, and assistance with schoolwork (which would require the provider to be fluent in Danish). The employment of such childcare providers is strictly regulated under Danish law. The approximate wage for such a childcare provider would be 40-50 USD per hour, plus 25% sales tax. These significant expenses would be a financial burden.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of July, 2025.

/s/ Roslyn Layton
Roslyn Layton