IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES CO., LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STRAND CONSULT APS, et al.,<br><br>Defendants. | No. 25-cv-3554-CJN |

**[PROPOSED] ORDER**
**GRANTING DEFENDANTS STRAND CONSULT AND ROSLYN LAYTON'S**
**MOTION TO DISMISS COMPLAINT**

 Having considered Defendants Strand Consult ApS and Dr. Roslyn Layton's Motion to Dismiss the Complaint and supporting papers and evidence, Plaintiffs' opposition thereto and supporting papers, Defendants' reply in support thereof, the arguments of counsel, and the record herein, it is hereby ordered that the Motion to Dismiss is **GRANTED**.

SO ORDERED this __ day of _____, 2026.

_____
Carl J. Nichols
UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 15, 2026, Defendants [Proposed] Order Granting Strand Consult and Roslyn Layton's Motion to Dismiss Complaint were served on Plaintiffs and their counsel via e-mail and personal service to Plaintiffs' counsel as follows:

Robert M. Schwartz
*robertschwartz@quinnemanuel.com*
Aaron Perahia
*aaronperahia@quinnemanuel.com*
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

David E. Eiseman
*davideiseman@quinnemanuel.com*
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Evan Pearson
*evanpearson@quinnemanuel.com*
300 West Sixth Street, Suite 2010
Austin, Texas 78701-3901
Telephone: (737) 667-6100
Facsimile: (737) 667-6200

David Needham
*davidneedham@quinnemanuel.com*
1300 I Street NW
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100


DATED: January 15, 2026

                                                           */s/ Michael L. Resch*
                                                         Michael L. Resch (D.C. Bar #481402)
                                                         KING & SPALDING LLP