# Exhibit C

1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    YANGTZE MEMORY TECHNOLOGIES,          Case No. 24-cv-03454-NW
     INC., et al.,

8               Plaintiffs,                **JUDGMENT OF DISMISSAL**

9          v.

10   STRAND CONSULT, et al.,

11              Defendants.

12

13         The Court having dismissed the operative complaint as to all Defendants, IT IS HEREBY

14   ORDERED AND ADJUDGED that the action is DISMISSED as to all Defendants.  The Clerk of

15   Court shall close the file in this matter.

16         **IT IS SO ORDERED.**

17   Dated: October 2, 2025

18                                         _____

19                                         Noël Wise
                                           United States District Judge
20

21

22

23

24

25

26

27

28