**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

YANGTZE MEMORY TECHNOLOGIES, INC.
and YANGTZE MEMORY TECHNOLOGIES
CO., LTD.,

                Plaintiffs,

v.

STRAND CONSULT ApS (d/b/a CHINA TECH
THREAT) and ROSLYN LAYTON,

                Defendants.

Case No. 25-cv-3554-CJN

## [PROPOSED] ORDER

For the reasons stated in the joint motion for an extension of time to address Defendants'

motion for sanctions, it is so ORDERED that Plaintiffs' opposition to the motion is due no later

than March 16, 2026 and Defendants' reply is due no later than April 6, 2026.

DATE:  January ____, 2026

                CARL J. NICHOLS
                United States District Judge