**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

YANGTZE MEMORY TECHNOLOGIES,
INC. and YANGTZE MEMORY
TECHNOLOGIES CO., LTD.,

                  Plaintiffs,

v.

STRAND CONSULT ApS
(d/b/a CHINA TECH THREAT),

and

ROSLYN LAYTON,

                  Defendants.

Case No. 1:25-cv-3554

Hon. Carl J. Nichols

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Having considered Defendants Strand Consult ApS' and Roslyn Layton's Motion to

Dismiss and supporting papers and evidence, Plaintiffs' opposition thereto and supporting

papers, Defendants' reply in support thereof, the arguments of counsel, and the record herein, it

is hereby **ORDERED** that the motion to dismiss is **DENIED**.


DATE: _____, 2026

                                              HON. CARL J. NICHOLS
                                              United States District Judge

13309-00001/17965840.1

Attorneys to be noticed:

Dale Giali (D.C. Bar #436514)
dgiali@kslaw.com
Lena T. Colin
lcolin@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, California 90071

Michael L. Resch (D.C. Bar #481402)
mresch@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111