**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES, INC. and YANGTZE MEMORY TECHNOLOGIES CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>STRAND CONSULT ApS (d/b/a CHINA TECH THREAT),<br><br>and<br><br>ROSLYN LAYTON,<br><br>Defendants. | Case No. 1:25-cv-3554<br><br>Hon. Carl J. Nichols |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS**

Having considered Defendants Strand Consult ApS' and Roslyn Layton's Motion for Sanctions and supporting papers and evidence, Plaintiffs' opposition thereto and supporting papers, Defendants' reply in support thereof, the arguments of counsel, and the record herein, it is hereby **ORDERED** that the motion for sanctions is **DENIED**.

DATE: _____, 2026

HON. CARL J. NICHOLS
United States District Judge

Attorneys to be noticed:

Dale Giali (D.C. Bar #436514)
dgiali@kslaw.com
Lena T. Colin
lcolin@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, California 90071

Michael L. Resch (D.C. Bar #481402)
mresch@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111