**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YANGTZE MEMORY TECHNOLOGIES
CO., LTD., *et al.*,

      *Plaintiffs*,

    v.

STRAND CONSULT APS, *et al.*,

      *Defendants*.

Civil Action No. 1:25-cv-03554 (CJN)

## ORDER

For the reasons given in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Strand Consult and Layton's Motion to Dismiss, ECF 22, is **GRANTED**;

and it is further

**ORDERED** that Strand Consult and Layton's Motion for Sanctions, ECF 23, is **DENIED**;

and it is further

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

This is a final, appealable Order.

The Clerk of Court is **DIRECTED** to terminate this case.

DATE:  August 13, 2026

CARL J. NICHOLS
United States District Judge

1